**U.S. Department of Justice**
Immigration and Naturalization Service

## WARRANT FOR ARREST OF ALIEN
*(Orden de arresto del extranjero)*

**UNITED STATES OF AMERICA**
*(Estados Unidos de America)*
**DEPARTMENT OF JUSTICE**
*(Departmento de Justicia)*
**IMMIGRATION AND NATURALIZATION SERVICE**
*(Servicio de Inmigración y Naturalización)*

File No. __A72 322 134__
*(No. del registro)*

To any officer in the service of the United States Immigration and Naturalization Service:
*(A cualquier funcionario del Servicio de Inmigración y Naturalización de los Estados Unidos:)*

From evidence submitted to me, it appears that: *(Según las pruebas que se me han presentado, al parecer:)*

__Mr. Michal POCIEJ_____, an alien who entered this country at or near *(extranjero que entró a este país aproximadamente por)* __New York, New York__ on or about *(aproximadamente, el día)* __October 4, 1989__, is within the United States in violation of the immigration laws and is therefore liable to being taken into custody as authorized by section 242 of the Immigration and Nationality Act. *(se encuentra en los Estados Unidos en violación de las leyes de inmigración y, en consecuencia, está expuesto a arresto de acuerdo con la sección 242 de la Ley de Inmigración y Nacionalidad.)*

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above named alien into custody for proceedings thereafter in accordance with the applicable provisions of the immigration laws and regulations. *(En virtud de la autoridad que me han otorgado las leyes de inmigración de los Estados Unidos y los reglamentos promulgados conforme a las mismas, le ordeno que arreste al extranjero mencionado anteriormente para que se someta a los trámites consiguientes según las disposiciones pertinentes de las leyes y los reglamentos de inmigración.)*

Signature: _____
*(Firma)*
Title: __Deputy Assistant District Director, Investigations__
*(Título)*
Date: __October 8, 1996__
*(Fecha)*

03 0231

### CERTIFICATE OF SERVICE

Served at __Los Angeles, CA__ on __October 8__, 19__96__ at __4:50__ am/**pm**.

_____
Signature of Officer/Employee

_____
Title of Officer/Employee

**PLAINTIFF'S EXHIBIT** NO. _____

FEB 1 2 2003

Form I-200 (Revised 6/12/92) N

File No: **72 322 134**

Date: **April 23, 1997**

Alien's full name: **Michael POCIEJ**

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☒ For a period of 5 years from the date of your departure from the United States because you have been found inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

☐ For a period of 10 years from the date of your departure from the United States because you have been found:
  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by an immigration officer, a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:
  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.
  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or office of the United States Immigration and Naturalization Service. Refer to the above file number when requesting forms or information.

> **WARNING:** Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States during the period in which he or she is barred from so doing without the Attorney General's consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

_____
(Signature of officer serving warning)

Deportation Officer
(Title of officer)

Los Angeles CA
(Location of INS office)

Form I-294 (4-1-97)N

**U.S. Department of Justice**
Immigration and Naturalization Service

Order to Show Cause and Notice of Hearing

# ORDER TO SHOW CAUSE AND NOTICE OF HEARING
## (ORDEN DE PRESENTAR MOTIVOS JUSTIFICANTES Y AVISO DE AUDIENCIA)

In Deportation Proceedings under section 242 of the Immigration and Nationality Act.
*(En los trámites de deportación a tenor de la sección 242 de la Ley de Inmigración y Nacionalidad.)*

United States of America:
*(Estados Unidos de América:)*

File No. **A72 322 134**
*(No. de registro)*
Dated **October 8, 1996**
*(Fechada)*

In the matter of **Mr. Michal POCIEJ** (Respondent)
*(En el asunto de)* *(Demandado)*

Address **10330 Lorne Street**
*(Dirección)* **Sun Valley, California 91352**

Telephone No. (Area Code) **(818) 768-1352**
*(No. de teléfono y código de área)*

Upon inquiry conducted by the Immigration and Naturalization Service, it is alleged that:
*(Según las indagaciones realizadas por el Servicio de Inmigración y Naturalización, se alega que:)*

1) You are not a citizen or national of the United States;
   *(Ud. no es ciudadano o nacional de los Estados Unidos)*

2) You are a native of **Poland** and a citizen of **Poland**;
   *(Ud. es nativo de Poland y ciudadano de Poland)*

3) You entered the United States at or near **New York, New York** on or about **October 4, 1989**;
   *(Ud. entró a los Estados Unidos en o cerca de New York, New York el día o hacia esa fecha 4 de octubre de 1989)*

4) At that time you were admitted as a nonimmigrant visitor for business and/or pleasure with authorization to remain in the United States until October 4, 1990;
   *(En ese momento, Ud. fue admitido como no inmigrante visitante por negocio y/o placer con autorización para permanecer en los Estados Unidos hasta el 4 de octubre de 1990)*

5) You remained in the United States beyond October 4, 1990, without authorization from the Immigration and Naturalization Service;
   *(Ud. permaneció en los Estados Unidos mas allá del 4 de octubre de 1990, sin autorización del Servicio de Inmigración y Naturalización)*

Form I-221 (Rev. 6/12/92) N

Page 1

**U.S. Department of Justice**
Immigration and Naturalization Service                               Order to Show Cause and Notice of Hearing

|  |  |
|---|---|
| Respondent __Mr. Michal POCIEJ__ | Dated __October 8, 1996__ *(Fechada)* |
| *(Demandado)* | File No. __A72 322 134__ *(No. de registro)* |

**AND** on the basis of the foregoing allegations, it is charged that you are subject to deportation pursuant to the following provision(s) of law:

*(Y según los alegatos anteriores, se le acusa de estar sujeto a deportación de acuerdo con la(s) siguiente(s) disposicion(es) de la ley:)*

Section 241(a)(1)(B) of the Immigration and Nationality Act (Act), as amended in that after admission as a nonimmigrant under section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted.

*(Seccion 241(a)(1)(B) de la Ley de Inmigracion y Nacionalidad (INA), segun enmendada, en que despues de su admision como no inmigrante a tenor de la seccion 101(a)(15) de la INA, Ud. permanecio en los Estados Unidos por un periodo mayor del permitido.)*

**WHEREFORE, YOU ARE ORDERED** to appear for a hearing before an Immigration Judge of the Executive Office for Immigration Review of the United States Department of Justice at:

*(POR LO CUAL, SE LE ORDENA comparecer ante un juez de inmigración de la Oficina Ejecutiva de Revisión de Inmigración del Departamento de Justicia de los Estados Unidos en:)*

Address __TO BE CALENDARED AND NOTICE PROVIDED BY THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW.__
*(Dirección)* __NOTICE WILL BE MAILED TO THE ADDRESS PROVIDED BY THE RESPONDENT.__
*(La Oficina del juez de inmigración enviará un aviso a la dirección facilitada por el demandado con la fecha de la audiencia.)*

On _____ At _____ .m.
*(Fecha)*                                    *(Hora)*

and show cause why you should not be deported from the United States on the charge(s) set forth above.
*(y mostrar motivos justificantes por cual no deberia ser deportado de los Estados Unidos por los cargos expresados anteriormente.)*

Dated __October 8, 1996__                         Signature of Issuing Officer _[signature]_
*(Fechada)*                                        *(Firma del funcionario que la expide)*

City and State of Issuance __Los Angeles, California__    Title of Issuing Officer __Deputy Assistant District Director, Investigations__
*(Ciudad y Estado donde se expide)*                       *(Titulo del funcionario que la expide)*

Form I-221 (Rev. 6/12/92) N                                                                              Page 3

**U.S. Department of Justice**
Immigration and Naturalization Service

Order to Show Cause and Notice of Hearing

# ORDER TO SHOW CAUSE AND NOTICE OF HEARING
## (ORDEN DE PRESENTAR MOTIVOS JUSTIFICANTES Y AVISO DE AUDIENCIA)

In Deportation Proceedings under section 242 of the Immigration and Nationality Act.
*(En los trámites de deportación a tenor de la sección 242 de la Ley de Inmigración y Nacionalidad.)*

**United States of America:**
*(Estados Unidos de América:)*

File No. **A72 322 134**
*(No. de registro)*

Dated **October 8, 1996**
*(Fechada)*

In the matter of / *(En el asunto de)*: **Mr. Michal POCIEJ** (Respondent) *(Demandado)*

Address / *(Dirección)*: **10330 Lorne Street**
**Sun Valley, California 91352**

Telephone No. (Area Code): **(818) 768-1352**
*(No. de teléfono y código de área)*

Upon inquiry conducted by the Immigration and Naturalization Service, it is alleged that:
*(Según las indagaciones realizadas por el Servicio de Inmigración y Naturalización, se alega que:)*

1) You are not a citizen or national of the United States;
   *(Ud. no es ciudadano o nacional de los Estados Unidos)*

2) You are a native of **Poland** and a citizen of **Poland**;
   *(Ud. es nativo de Poland y ciudadano de Poland)*

3) You entered the United States at or near **New York, New York** on or about **October 4, 1989**;
   *(Ud. entró a los Estados Unidos en o cerca de New York, New York el día o hacia esa fecha 4 de octubre de 1989)*

4) At that time you were admitted as a nonimmigrant visitor for business and/or pleasure with authorization to remain in the United States until October 4, 1990;
   *(En ese momento, Ud. fue admitido como no inmigrante visitante por negocio y/o placer con autorizacion para permanecer en los Estados Unidos hasta el 4 de octubre de 1990)*

5) You remained in the United States beyond October 4, 1990, without authorization from the Immigration and Naturalization Service;
   *(Ud. permaneció en los Estados Unidos mas alla del 4 de octubre de 1990, sin autorizacion del Servicio de Inmigracion y Naturalizacion)*

Form I-221 (Rev. 6/12/92) N

Page 1

**U.S. Department of Justice**
Immigration and Naturalization Service

Order to Show Cause and Notice of Hearing

Respondent __Mr. Michal POCIEJ__
(Demandado)

Dated __October 8, 1996__
(Fechada)
File No. __A72 322 134__
(No. de registro)

AND on the basis of the foregoing allegations, it is charged that you are subject to deportation pursuant to the following provision(s) of law:

(Y según los alegatos anteriores, se le acusa de estar sujeto a deportación de acuerdo con la(s) siguiente(s) disposición(es) de la ley:)

Section 241(a)(1)(B) of the Immigration and Nationality Act (Act), as amended in that after admission as a nonimmigrant under section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted.
(Seccion 241(a)(1)(B) de la Ley de Inmigracion y Nacionalidad (INA), segun enmendada, en que despues de su admision como no inmigrante a tenor de la seccion 101(a)(15) de la INA, Ud. permanecio en los Estados Unidos por un periodo mayor del permitido.)

WHEREFORE, YOU ARE ORDERED to appear for a hearing before an Immigration Judge of the Executive Office for Immigration Review of the United States Department of Justice at:
(POR LO CUAL, SE LE ORDENA comparecer ante un juez de inmigración de la Oficina Ejecutiva de Revisión de Inmigración del Departamento de Justicia de los Estados Unidos en:)

Address __TO BE CALENDARED AND NOTICE PROVIDED BY THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW.__
(Dirección) __NOTICE WILL BE MAILED TO THE ADDRESS PROVIDED BY THE RESPONDENT.__
(La Oficina del juez de inmigración enviará un aviso a la dirección facilitada por el demandado con la fecha de la audiencia.)

On _____  At _____ .m.
(Fecha)           (Hora)

and show cause why you should not be deported from the United States on the charge(s) set forth above.
(y mostrar motivos justificantes por cual no debería ser deportado de los Estados Unidos por los cargos expresados anteriormente.)

Dated __October 8, 1996__          Signature of Issuing Officer _____
(Fechada)                          (Firma del funcionario que la expide)

City and State of Issuance __Los Angeles, California__    Title of Issuing Officer __Deputy Assistant District Director, Investigations__
(Ciudad y Estado donde se expide)                         (Título del funcionario que la expide)

Form I-221 (Rev. 6/12/92) N                                                                    Page 3

**U.S. Department of Justice**
Immigration and Naturalization Service

Order to Show Cause and Notice of Hearing

# ORDER TO SHOW CAUSE AND NOTICE OF HEARING
## (ORDEN DE PRESENTAR MOTIVOS JUSTIFICANTES Y AVISO DE AUDIENCIA)

In Deportation Proceedings under section 242 of the Immigration and Nationality Act.
*(En los trámites de deportación a tenor de la sección 242 de la Ley de Inmigración y Nacionalidad.)*

**United States of America:**
*(Estados Unidos de América:)*

File No. **A72 322 134**
*(No. de registro)*
Dated **October 8, 1996**
*(Fechada)*

In the matter of *(En el asunto de)*: **Mr. Michal POCIEJ** (Respondent) *(Demandado)*

Address *(Dirección)*: **10330 Lorne Street**
**Sun Valley, California 91352**

Telephone No. (Area Code) **(818) 768-1352**
*(No. de teléfono y código de área)*

Upon inquiry conducted by the Immigration and Naturalization Service, it is alleged that:
*(Según las indagaciones realizadas por el Servicio de Inmigración y Naturalización, se alega que:)*

1) You are not a citizen or national of the United States;
   *(Ud. no es ciudadano o nacional de los Estados Unidos)*

2) You are a native of **Poland** and a citizen of **Poland**;
   *(Ud. es nativo de Poland    y ciudadano de Poland)*

3) You entered the United States at or near **New York, New York** on or about **October 4, 1989**;
   *(Ud. entró a los Estados Unidos en o cerca de New York, New York    el día o hacia esa fecha 4 de octubre de 1989)*

4) At that time you were admitted as a nonimmigrant visitor for business and/or pleasure with authorization to remain in the United States until October 4, 1990;
   *(En ese momento, Ud. fue admitido como no inmigrante visitante por negocio y/o placer con autorizacion para permanecer en los Estados Unidos hasta el 4 de octubre de 1990)*

5) You remained in the United States beyond October 4, 1990, without authorization from the Immigration and Naturalization Service;
   *(Ud. permanecio en los Estados Unidos mas alla del 4 de octubre de 1990, sin autorizacion del Servicio de Inmigracion y Naturalizacion)*

Form I-221 (Rev. 6/12/92) N

Page 1

**U.S. Department of Justice**
Immigration and Naturalization Service

Order to Show Cause and Notice of Hearing

|  |  |
|---|---|
| Respondent __Mr. Michal POCIEJ__ | Dated __October 8, 1996__ (Fechada) |
| (Demandado) | File No. __A72 322 134__ (No. de registro) |

**AND** on the basis of the foregoing allegations, it is charged that you are subject to deportation pursuant to the following provision(s) of law:

*(Y según los alegatos anteriores, se le acusa de estar sujeto a deportación de acuerdo con la(s) siguiente(s) disposicion(es) de la ley:)*

Section 241(a)(1)(B) of the Immigration and Nationality Act (Act), as amended in that after admission as a nonimmigrant under section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted.
*(Seccion 241(a)(1)(B) de la Ley de Inmigracion y Nacionalidad (INA), segun enmendada, en que despues de su admision como no inmigrante a tenor de la seccion 101(a)(15) de la INA, Ud. permanecio en los Estados Unidos por un periodo mayor del permitido.)*

**WHEREFORE, YOU ARE ORDERED** to appear for a hearing before an Immigration Judge of the Executive Office for Immigration Review of the United States Department of Justice at:

*(POR LO CUAL, SE LE ORDENA comparecer ante un juez de inmigración de la Oficina Ejecutiva de Revisión de Inmigración del Departamento de Justicia de los Estados Unidos en:)*

Address  TO BE CALENDARED AND NOTICE PROVIDED BY THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW.
         NOTICE WILL BE MAILED TO THE ADDRESS PROVIDED BY THE RESPONDENT.
(Dirección)  *(La Oficina del juez de Inmigración enviará un aviso a la dirección facilitada por el demandado con la fecha de la audiencia.*
On _____  At _____ .m.
(Fecha)                                       (Hora)

and show cause why you should not be deported from the United States on the charge(s) set forth above.
*(y mostrar motivos justificantes por cual no deberia ser deportado de los Estados Unidos por los cargos expresados anteriormente.)*

| | |
|---|---|
| Dated __October 8, 1996__ | Signature of Issuing Officer [signature] |
| (Fechada) | (Firma del funcionario que la expide) |
| City and State of Issuance __Los Angeles, California__ | Title of Issuing Officer __Deputy Assistant District Director, Investigations__ |
| (Ciudad y Estado donde se expide) | (Titulo del funcionario que la expide) |

Form I-221 (Rev. 6/12/92) N                                        Page 3

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
300 North Los Angeles Street
Los Angeles, California 90012

File No.
A72 322 134
Date: April 23, 1997

Michael POCIEJ
10330 LORNE STREET
SUN VALLEY, CA 91352

As you know, following a hearing in your case you were found deportable and the hearing Officer has entered an order of deportation. A review of your file indicates there is no administrative relief which may be extended to you, and it is now incumbent upon this Service to enforce your departure from the United States.

Arrangements have been made for your departure to __POLAND__ on
(country)

__MAY 19, 1997__ from __Los Angeles, California__ on the
(date)                    (port of departure)

VIA COMMERCIAL TRANSPORTATION
(name of vessel, airline, or other transportation)

You should report to a United States Immigration Officer at the following address:

    300 North Los Angeles Street Room 7621
    Los Angeles, California 90012

at __11:30 AM__ on __MAY 19, 1997__
(hour)                (date)

completely ready for deportation. At the time of your departure from Los Angeles, California you will be limited to 44 (forty-four) pounds of baggage. Should you have personal effects in excess

of this amount, you must immediately contact Officer __B. VALVERDE__
(name of officer)

at (213) 894-6454, or call in person at the address noted above, an appropriate disposition of your excess baggage will be discussed with you.

Very truly yours,

*[signature]*
Richard K. Rogers
District Director
Signed for by:
Ben Valverde

Form I-166(Rev. 4-1-69)
CC:

U.S. Department of Justice
Immigration and Naturalization Service

Warning to Alien Ordered Removed or Deported