UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
LOS ANGELES, CALIFORNIA

POCIEJ, MICHAL
10330 LORNE STREET
SUN VALLEY        CA 91352

IN THE MATTER OF           FILE A 72-322-134         DATE: Jan 8, 1997
POCIEJ, MICHAL

___ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE. THIS DECISION
IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS
WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION.
SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL.
YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST
MUST BE MAILED TO:
            BOARD OF IMMIGRATION APPEALS
            APPEALS PROCESSING UNIT
            5107 LEESBURG PIKE, SUITE 1711
            FALLS CHURCH, VA  22041

X ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT
OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION HEARING. THIS
DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE WITH
SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C.
SECTION 1252B(c)(3). IF YOU FILE A MOTION TO REOPEN, YOUR MOTION MUST
BE FILED WITH THIS COURT:
            IMMIGRATION COURT
            300 N LOS ANGELES ST RM 2001
            LOS ANGELES, CA  90012

___ OTHER: _____

                                          COURT CLERK
                                          IMMIGRATION COURT                  FF

CC: CASAUS, CASSANDRA, ESQ.,
    300 N. LOS ANGELES ST., #8523
    LOS ANGELES, CA, 90012

                                    03 0231              FILED

                                                         FEB 1 2 2003

PLAINTIFF'S EXHIBIT NO. 2

TL

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
LOS ANGELES, CALIFORNIA

IN THE MATTER OF:                                  DATE:   Jan 6, 1997
POCIEJ, MICHAL

                                                   CASE NO. A 72-322-134

RESPONDENT IN DEPORTATION PROCEEDINGS              DECISION


Jurisdiction was established in this cause by the issuance of an Order to
Show Cause and personal service upon the respondent. See Exhibit No. 1.

Notice that this deportation hearing was to be conducted on this date was
given to the parties. The respondent had a reasonable opportunity to be
present but did not appear. No reasonable cause was advanced why
the Respondent was absent. This hearing was, therefore, conducted in
absentia pursuant to Section 242(b) of the Immigration and Nationality
Act. See Matter of Marallag, 13 I&N Dec. 775 (BIA 1971).


[ ]    At an earlier hearing the respondent admitted the allegations of
       fact in the Order to Show Cause and conceded deportability. The
       court finds deportability established as charged.

[X]    At this hearing the Assistant District Counsel submitted evidence of
       deportability relating to the respondent which contained
       information establishing the allegations of fact and charge(s) of
       deportability in the Order to Show Cause. See Matter of Mejia,
       16 I&N Dec. 6 (BIA 1976). The Court finds deportability
       established as charged.


Any pending applications are considered abandoned and denied. See Matter of
Pearson, 13 I&N Dec. 152 (BIA 1969). Cf. Matter of Jean, 17 I&N Dec. 100
(BIA 1979); and Matter of Gonzalez-Lopez, Int. Dec. 3198 (BIA 1993).

ORDER: The respondent shall be deported to POLAND on
the charge(s) contained in the Order to Show Cause.


                                              _____
                                              HARRY L. GASTLEY
                                              Immigration Judge

cc: Assistant District Counsel
    Attorney for Respondent/Respondent                              ZZ

AB