**U.S. Department of Justice**
**Immigration and Naturalization Service**

Notice of Country to which Deportation has been directed and Penalty for Reentry without Permission

PLEASE REFER TO THIS FILE NO.
A#23 221 134

DATE: January 22, 1997

Michal POCIEJ
10330 Lorne St.
Sun Valley, CA 91352

Dear sir/madame:

This is a warning. Please read carefully.

It has been ordered that you be deported to POLAND.

You will be informed, if appropriate, when departure arrangements are complete. If needed, we will assist you as much as possible in arranging your personal affairs for your departure. However, you may be deported at any time and without further notice.

Should you wish to return to the United States, you must write this office or the United States Consular Office nearest your residence abroad as to how to obtain permission to return after deportation. Permission must be obtained from the Attorney General if you are seeking admission within five (5) years of deportation or removal, or within twenty (20) years if your deportation was subsequent to a conviction for an aggravated felony.

By law, (Title 9 of the United States Code, Section 1326), any alien who has been arrested and deported or excluded and deported who enters, attempts to enter, or is at any time found in, the United States shall be subject to the penalties listed below unless, prior to his reembarkation at a place outside of the United States or his application for admission from a foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission:

    (a) Any such alien, other than an alien convicted of a felony, shall be fined not more than $250,000.00 or imprisoned for not more than two (2) years, [8U.S.C. § 1326(A)].

    (b) Any such alien whose deportation was subsequent to a conviction for a felony (other than an aggravated felony) shall be fined not more than $250,000.00, imprisoned for not more than five (5) years, or both. [8U.S.C. § 1326(b)(1)].

    (c) Any such alien whose deportation was subsequent to a conviction for an aggravated felony shall be fined not more than $250,000.00, imprisoned for not more than fifteen (15) years, or both. [8U.S.C. § 1326(b)(2)].

Very Truly yours,

Richard D. Rogers
District Director
Signed for by: MOB
Robert Thompson


PLAINTIFF'S EXHIBIT NO. 3

I understand that I may not be removed from the United States sooner than 72 hours after service of the Final Order of Deportation in my case. I knowingly and voluntarily request to waive this 72 hour period and be deported from the United States as soon as possible.

03-0231

Signed: _____

Date: _____

INS OFFICER: _____

FILED
FEB 1 2 2003
WASHINGTON CLERK
U.S. DISTRICT COURT

Form I-294(Rev.06/12/92)N

## UNITED STATES DEPARTMENT OF JUSTICE
### Immigration and Naturalization Service
300 North Los Angeles Street
Los Angeles, California 90012

File No.
A23 221 134
Date: January 22, 1997

Michal POCIEJ
10330 Lorne St.
Sun Valley, CA 91352

As you know, following a hearing in your case you were found deportable and the hearing Officer has entered an order of deportation. A review of your file indicates there is no administrative relief which may be extended to you, and it is now incumbent upon this Service to enforce your departure from the United States.

Arrangements have been made for your departure to **POLAND** on
(country)

2/10/97 from __Los Angeles, California__ on the
(date)                    (port of departure)

### VIA COMMERCIAL TRANSPORTATION
(name of vessel, airline, or other transportation)

You should report to a United States Immigration Officer at the following address:

**300 North Los Angeles Street Room 7621
Los Angeles, California 90012**

at __8:00 am__ on __2/10/97__
   (hour)        (date)

completely ready for deportation. At the time of your departure from Los Angeles, California you will be limited to 44 (forty-four) pounds of baggage. Should you have personal effects in excess

of this amount, you must immediately contact Officer **Valverde**
(name of officer)

at (213) 894-**6455**, or call in person at the address noted above, an appropriate disposition of your excess baggage will be discussed with you.

Very truly yours,

Richard K. Rogers
District Director
Signed for by:
Robert Thompson

Form I-166(Rev. 4-1-69)
CC:
CC: