UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
300 North Los Angeles Street
Los Angeles, California 90012

File No.
A72 322 134
Date: April 23, 1997

Michael POCIEJ
10330 LORNE STREET
SUN VALLEY, CA 91352

As you know, following a hearing in your case you were found deportable and the hearing Officer has entered an order of deportation. A review of your file indicates there is no administrative relief which may be extended to you, and it is now incumbent upon this Service to enforce your departure from the United States.

Arrangements have been made for your departure to **POLAND** on
_(country)_

**MAY 19, 1997** from **Los Angeles, California** on the
(date)           (port of departure)

## VIA COMMERCIAL TRANSPORTATION
(name of vessel, airline, or other transportation)

You should report to a United States Immigration Officer at the following address:

    300 North Los Angeles Street Room 7621
    Los Angeles, California 90012

at **11:30 AM** on **MAY 19, 1997**
  (hour)        (date)

completely ready for deportation. At the time of your departure from Los Angeles, California you will be limited to 44 (forty-four) pounds of baggage. Should you have personal effects in excess

of this amount, you must immediately contact Officer **B. VALVERDE**
                                        (name of officer)

at (213) 894-**6454**, or call in person at the address noted above, an appropriate disposition of your excess baggage will be discussed with you.

Very truly yours,

*[signature]*
Richard K. Rogers
District Director
Signed for by:
Ben Valverde

Form I-166(Rev. 4-1-69)
CC:

PLAINTIFF'S EXHIBIT NO. 4

03  0231

FILED
FEB 1 2 2003

U.S. Department of Justice
Immigration and Naturalization Service

**Warning to Alien Ordered Removed or Deported**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT