TAMMY J. EVANS
Assistant District Counsel
Immigration and Naturalization Service
300 N. Los Angeles St., Room 8323
Los Angeles, CA 90012
(213) 894-2805

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| POCIEJ, Michael ) | In Deportation Proceedings |
| A72 322 134 ) | |
| ) | Immigration Judge Dunkel-Bradley |
| Respondent. ) | |
| ) | |
| Los Angeles, California ) | |

### RESPONSE TO RESPONDENT'S MOTION TO REOPEN AND STAY OF DEPORTATION

The respondent, through counsel, moves the Court to vacate and set aside an *in absentia* order of deportation entered on or about January 8, 1997 and to stay respondent's deportation. The Immigration and Naturalization Service (Service) does not oppose the respondent's motion to reopen because a review of the court's file evidenced that there was no proof of service of the notice of hearing and thus, the respondent did not receive proper notice. In fact, the notice of hearing was returned to EOIR on December 11, 1996, as evidenced by the envelope which contained the notice of hearing. Accordingly, the Service agrees that the *in absentia* order should be vacated.

Respectfully submitted,

5-29-97
DATE

TAMMY J. EVANS
Assistant District Counsel, INS

03 0231



FILED

FEB 1 2 2003



## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Service's response on the respondent's counsel by depositing it in the U.S. Mail, postage prepaid, addressed as follows:

>Danielle L.C. Beach, Esq.
>Noto & Oswald, P.C.
>1100 New York Avenue, N.W.
>Suite 350 West
>Washington, D.C. 20005

5-29-97
DATE

TAMMY J. EVANS
Assistant District Counsel, INS
Los Angeles, CA