UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
LOS ANGELES, CALIFORNIA

IN THE MATTER OF: }
}
POCIEJ, Michal } In Deportation Proceedings
} A72-322-134
}
RESPONDENT }
}

## MOTION FOR CONTINUANCE OF HEARING

**COMES NOW** Respondent by and through Counsel pursuant to 8 C.F.R. 3.29 and 242.8 (a) requests that the Merit hearing scheduled on March 13, 1998 be rescheduled due to the following circumstances. In support of this motion, Respondent states the following:

1. Counsel intends to obtain a non-opposition statement to continuance from assistant trial attorney and has spoken to Cassandra Casaus, who said she is no longer assigned to the case and that no other attorney has yet been assigned that case to her knowledge. I have tried to reach the duty a attorney Kerri Harland, but have not reached her yet.

2. Counsel's husband is scheduled for surgery on February 12, 1998 based on heart problems that will require by-pass surgery. Counsel needs to be present due to the seriousness involved.

3. In addition to being eligible for suspension, Respondent will also be eligible for adjustment based on a special immigrant petition. Suspension application is being filed.

**Wherefore,** the Respondent urges in the interests of justice, that this Motion be granted and that a hearing be rescheduled.

PLAINTIFF'S EXHIBIT NO. 7

FILED
FEB 12 2003