NOTICE OF HEARING IN DEPORTATION PROCEEDINGS
IMMIGRATION COURT
606 SOUTH OLIVE ST. 15TH FLOOR
LOS ANGELES, CA  90014

RE: POGTEJ, MICHAL
FILE: A72-322-134                                           DATE: Mar 9, 1998

TO:      DANIELLE L.C. BEACH, ESQ.
         NOTO & OSWALD, PC
         1100 NEW YORK AVE., N.W. #350
         WASHINGTON, DC  20005

     Please take notice that the above captioned case has been scheduled for
MASTER hearing before an Immigration Judge on Jun 24, 1998 at  9:00 A.M. at:

              16TH FLOOR, COURTROOM "P"
              606 SOUTH OLIVE ST. 15TH FLOOR
              LOS ANGELES, CA  90014

     You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is accredited to represent
persons before an Immigration Judge.  Your hearing date has not been scheduled
earlier than 14 days from the date of service of the Order to Show Cause, in
order to permit you the opportunity to obtain an attorney or representative.
You can request an earlier hearing in writing.  If you wish to be represented,
your attorney or representative must appear with you at the hearing prepared
to proceed.

     Failure to appear at your hearing except for exceptional circumstances may
result in one or more of the following actions:
         1.  You may be taken into custody by the Immigration and
Naturalization Service and held for further action.
         2.  Your hearing may be held in your absence under section 242(b) and
section 242B of the Immigration and Nationality Act.  An order of deportation
will be entered against you if the Immigration and Naturalization Service
establishes by clear, unequivocal and convincing evidence that a) you or your
attorney has been provided this notice and b) you are deportable.

     IF YOUR ADDRESS IS NOT LISTED ON THE ORDER TO SHOW CAUSE, OR IF IT IS NOT
CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE OFFICE OF THE
IMMIGRATION JUDGE LOS ANGELES, CA, WRITTEN NOTICE OF YOUR ADDRESS AND PHONE
NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.  IF YOU
CHANGE YOUR ADDRESS, YOU MUST PROVIDE TO THE IMMIGRATION COURT WRITTEN NOTICE
WITHIN FIVE DAYS OF ANY CHANGE OF ADDRESS, ON FORM EOIR-33.  WRITTEN NOTICE TO
THE MOST RECENT ADDRESS YOU HAVE PROVIDED WILL BE CONSIDERED SUFFICIENT NOTICE
TO YOU, AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

                                                              03 0231

     A list of pro bono attorneys and representatives has been provided to you
by the Immigration and Naturalization Service.  For information regarding the
status of your case, call toll free 1-800-898-7180 OR 703-305-1662.

CMP



FILED
FEB 12 2003

