U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

4216 - HH

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | |
|---|---|---|
| WAC-98-179-51326 | I360   PETITION FOR AMERASIAN, WIDOWER, OR SPECIAL IMMIGRANT | |
| RECEIVED DATE | PRIORITY DATE | PETITIONER |
| June 12, 1998 | | CHURCH OF SCIENTOLOGY OF LOS ANGEL |
| NOTICE DATE | PAGE | BENEFICIARY  A72 322 132 |
| June 15, 1998 | 1 of 1 | POCIEJ, MICHAL |

ROBERT L. OSWALD
NOTO & OSWALD PC
RE MICHAL POCIEJ
1100 NEW YORK AVENUE NW SUITE 350W
WASHINGTON DC 20005

Notice Type: Receipt Notice

Amount received: $  80.00

Section: Special Immigrant-Religious
Worker, Sec.101(a)(27)(C)(ii)

The above application or petition has been received. It usually takes 45 to 90 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect. Our customer service phone number is listed below.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number below to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

03 0231

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (714) 360-2769 -33


FILED
FEB 12 2003

2400 Ajola Rd. Rm 304

PLAINTIFF'S EXHIBIT NO. 10

Form I-797C (Rev. 09/07/93)N



LAW OFFICES
NOTO & OSWALD, P.C.
SUITE 350
WEST TOWER
1100 NEW YORK AVENUE N.W.
WASHINGTON, D.C. 20005-3934
(202) 408-1313
FAX: (202) 326-5299

MARIO T. NOTO
ROBERT L. OSWALD
ESTRELLA R. PHILLIPS +

+Not a member of the Bar

DANIELLE L.C. BEACH-OSWALD*
HOWARD C. M. HOBBS*
R. SCOTT OSWALD*

*Not a member of the D.C. Bar. Practice limited to matters and proceedings before federal courts and agencies.

June 9, 1998

BY CERTIFIED MAIL

United States Department of Justice
Immigration & Naturalization Service
California Service Center
P.O. Box 30111
Laguna Niguel, California 92607-0111

RE:   Petition for Special Immigrant Religious Worker (I-360)
      Petitioner: Church of Scientology of Los Angeles
      Beneficiary: Michael Pociej

Dear Sir or Madam:

Enclosed please find the following documents:

1. Notice of Entry of Appearance as Attorney (Form G-28);

2. Petition for Special Immigrant Religious Worker (INS Form I-360);

3. Letter of support from the Church of Scientology of Los Angeles verifying Beneficiary's active membership with the Church of Scientoloty of Los Angeles and explaining the offer of employment; and

4. Copy of Certifications from the Church of Scientology, Qualifications Division for the following:

   - The Dynamics of Money;
   - Overcoming Ups 7 Downs in Life;
   - Hubbard Dianetics Seminar;
   - Graduate of Study Technology;
   - Purification Rundown Delivery in Charge;
   - Purification Rundown Completion; and
   - Hubbard Qualified Scientologist (Course Completion).

US Dept. of Justice – INS
June 9, 1998
Page 2

Your kind consideration to this matter is greatly appreciated.

Very truly yours,

Robert L. Oswald

RLO:ct
fs\ntserver\colleen\4216_02

# NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

| In re: | Petition for Special Immigrant Religious Worker (I-360) | DATE 06/  /98 |
| --- | --- | --- |
| | | FILE No. N/A |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following-named person(s):

| NAME | Petitioner | Applicant |
| --- | --- | --- |
| Church of Scientology of Los Angeles | [X] Petitioner  ☐ Beneficiary | ☐ |

ADDRESS (Apt No.) (Number & Street) (City) (State) (ZIP Code)
4810 Sunset Blvd, Los Angeles, California 90077

| NAME | | ☐ Petitioner  ☐ Beneficiary | ☐ Applicant |
| --- | --- | --- | --- |

ADDRESS (Apt. No.) (Number & Street) (City) (State) (ZIP Code)

*Check Applicable Item(s) below:*

[X] 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

District of Columbia Court of Appeals
*(Name of Court)*
and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following-named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

[X] 3. I am associated with     Noto & Oswald, PC
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2, whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE *[signed]* | COMPLETE ADDRESS NOTO & OSWALD, PC  1100 New York Avenue, NW, Suite 350W  Washington DC 20005 |
| --- | --- |
| NAME (Type or Print)  Robert L. Oswald | TELEPHONE NUMBER  (202) 408-1313 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING-NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS: _____
*(Name of Attorney or Representative)*

THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
| --- | --- | --- |
| Matt Ward, Deputy Director | | 06/  /98 |

*(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)*

Form G-28
(Rev. 10-25-79)N                 (OVER)                 UNITED STATES DEPARTMENT OF JUSTICE
                                                        Immigration and Naturalization Service

U.S. Department of Justice  
Immigration and Naturalization Service

OMB #1115-0117  
Petition for Amerasian, Widow or Special Immigrant

## START HERE - Please Type or Print

**Part 1. Information about person or organization filing this petition.** (Individuals should use top name line; organizations should use the second line.) *If you are filing for yourself, skip to Part 2. A widow(er) must file for him/her self.*

| Family Name | | Given Name | | Middle Initial |
|---|---|---|---|---|

Company or Organization Name: **Church of Scientology of Los Angeles**

Address - C/O: **Matt Ward, Deputy Director of Special Affairs**

Street Number and Name: **4810 Sunset Boulevard**   Apt. #:

City: **Los Angeles**   State or Province: **California**

Country: **USA**   ZIP/Postal Code: **90027**

U.S. Social Security #:   A #:   IRS Tax # (if any): **95-3671415**

### Part 2. Classification Requested (check one):

a. ☐ Amerasian  
b. ☐ Widow(er) of a U.S. citizen who died within the past 2 years  
c. ☐ Special Immigrant Juvenile  
d. ☒ Speical Immigrant Religious Worker  
e. ☐ Special Immigrant based on employment with the Panama Canal Company, Canal Zone Government or U.S. Government in the Canal Zone  
f. ☐ Special Immigrant Physician  
g. ☐ Special Immigrant International Organization Employee or family member

### Part 3. Information about the person this petition is for.

Family Name: **POCIEJ**   Given Name: **Michal**   Middle Initial:

Address - C/O:

Street Number and Name: **10330 Lorne Street**   Apt. #:

City: **Sun Valley**   State or Province: **California**

Country: **USA**   ZIP/Postal Code: **91352**

Date of Birth (Month/Day/Year): **9-26-47**   Country of Birth: **Poland**

U.S. Social Security # (if any): **607 34 6989**   A# (if any): **72 322 132**

Complete the items below if this person is in the United States:

Date of Arrival (Month/Day/Year): **10-4-89**   I-94 #: **631800813 01**

Current Nonimmigrant Status: **In proceedings**   Expires on (Month/Day/Year): **NA**

**FOR INS USE ONLY**

Returned:  
Receipt:  
Resubmitted:  
Reloc Sent:  
Reloc Rec'd:  

☐ Petitioner/Applicant Interviewed  
☐ Beneficiary Interviewed  
☐ I-485 Filed Concurrently  
☐ Bene "A" File Reviewed  

Classification:  
Consulate:  
Priority Date:  
Remarks:  
Action Block:  

To Be Completed by *Attorney* or *Representative*, if any  
☐ Fill in box if G-28 is attached to represent the applicant  
VOLAG#:  
ATTY State License #:

Form I-360 (Rev. 09/19/91) N    *Continued on back.*

## Part 7. Complete only if filing for a Widow or Widower.

Section A. Information about the U.S. citizen husband or wife who died.

| Family Name | Given Name | Middle Initial |
|---|---|---|
| NA | NA | NA |

| Date of Birth (Month/Day/Year) | Country of Birth | Date of Death (Month/Day/Year) |
|---|---|---|
| NA | NA | NA |

His/her U.S. citizenship was based on (check one)
☐ Birth in the U.S.  NA     ☐ Birth abroad to U.S. citizen parent(s)  NA     ☐ Naturalization  NA

Section B. Additional Information about you.

| How many times have you been married? | How many times was the person in Section A married? |
|---|---|
| NA | NA |

Give the date and place you and the person in Section A were married.
NA

Did you live with this U.S. citizen spouse from the date you were married until he/she died?  NA
☐ Yes  NA          ☐ No (attach explanation)

Were you legally separated at the time of the United States citizen's death?
☐ Yes (attach explanation)  NA     ☐ No  NA

Give your address at the time of the United States citizen's death.
NA

## Part 8. Information about the children and spouse of the person this petition is for.
For a widow or widower, include any children of your deceased spouse.

| | Family Name | Given Name | Middle Initial | Date of Birth (Month/Day/Year) |
|---|---|---|---|---|
| A. | KOPCZYNSKA | Julita | NA | 05-18-48 |
| | Country of Birth: Poland | Relationship: ☒ Spouse  ☐ Child | | A #: NA |
| B. | POCIEJ-ZALESKA | Agata | NA | 12-9-72 |
| | Country of Birth: Poland | Relationship: ☐ Spouse  ☒ Child | | A #: NA |
| C. | POCIEJ | Piotr | NA | 5-8-79 |
| | Country of Birth: Poland | Relationship: ☐ Spouse  ☒ Child | | A #: NA |
| D. | NA | NA | NA | NA |
| | Country of Birth: NA | Relationship: NA  ☐ Spouse  ☐ Child | | A #: NA |
| E. | NA | NA | NA | NA |
| | Country of Birth: NA | Relationship: NA  ☐ Spouse  ☐ Child | | A #: NA |
| F. | NA | NA | NA | NA |
| | Country of Birth: NA | Relationship: NA  ☐ Spouse  ☐ Child | | A #: NA |
| G. | NA | NA | NA | NA |
| | Country of Birth: NA | Relationship: NA  ☐ Spouse  ☐ Child  NA | | A #: NA |
| H. | NA | NA | NA | NA |
| | Country of Birth: NA | Relationship: NA  ☐ Spouse  ☐ Child  NA | | A #: NA |

Continued on back.



# CHURCH OF SCIENTOLOGY
## OF LOS ANGELES

4810 Sunset Boulevard, Los Angeles, CA 90027 (213) 953-3200

Immigration and
Naturalization Service

re: Michal Pociej

May 25, 1998

To Whom It May Concern:

    This letter is written in support of the Special Immigrant Religious Worker (I-360) petition on behalf of Michal Pociej.

    The Church of Scientology is a world wide religious organization. The Church of Scientology of Los Angeles was established in 1954. It is recognized as tax exempt by the IRS. It has the same form of ecclesiastical administration, creed, forms of worship, formal code of doctrine and religious services and ceremonies in established places of religious worship as all of the other Churches of Scientology.

    The Church of Scientology of Los Angeles would like to employ Michal Pociej as a staff member of its organization. Mr. Pociej is a certified minister in the Scientology religion. As a minister he may perform all the functions that are ordinarily performed by an ordained minister of a religion, such as marriage cerimonies, christenings, funerals, etc. The position we are offering Mr. Pociej is that of supervisor for the Purification Rundown, a program to detoxify the body and enable parishioners to then procede with the spiritual counseling offered by the Church.

    Additionally, as part of his duties Mr. Pociej will be training and working to directly assist Scientology parishioners seeking enlightment through religious counseling and study of the religious scriptures of the Founder of the Scientology religion. These actions may include contacting parishioners to invite them to religious events, counseling parishioners one-on-one, administering ecclesiastical forms which will determine which services the parishioner will take and which involves working with the parishioners one-on-one, disseminating Scientology

Improving Life in a Troubled World

religious precepts to the broad public in groups or on a one-on-one basis, giving lectures on the principles of Scientology, and supervising the delivery of Scientology religious courses.

Mr. Pociej has been selected for these duties due to his familiarity with the nomenclature used in the Scientology religious scriptures and because of the training and experience he has regarding these scriptures.

Mr. Pociej has performed as a religious worker for the Church of Scientology of Los Angeles for the previous two (2) years.

Our Church would appreciate your kind attention to this matter on behalf of Mr. Pociej.

Sincerely,

Matt Ward
Deputy Director of
Special Affairs

3- 3-98 TUE 9:03 NEW-CAL                                   P.08



*The Church of Scientology®*
*Qualifications Division,*
*Department of Certificates and Awards*
*Does Hereby Certify That*

# Michal Pociej

*Has Satisfactorily Attained and Completed*
*the Requirements Necessary and is*
*Awarded the Certificate of*

# THE DYNAMICS OF MONEY
## COURSE GRADUATE

Attested by _____    Attested by _____
Director of Certificates and Awards              Keeper of Seals and Signature

Issued at: __LA DAY__  Date: __24 FEB 92__  Certificate No: __32492 LAD__



The Church of Scientology  
Qualifications Division,  
Department of Certificates and Awards  
Does Hereby Certify That  

# Michal Pociej

Has Satisfactorily Attained and Completed  
the Requirements Necessary and is  
Awarded the Certificate of  

# OVERCOMING UPS & DOWNS IN LIFE
## COURSE GRADUATE

Attested by  
_Clay Taylor_  
Director of Certificates and Awards  

Attested by  
_____  
Keeper of Seals and Signature  

Issued at: LA DAY  Date: 3 OCT 91  Certificate No. F 09 06 92 CRO



*The Church of Scientology*
*Qualifications Division,*
*Department of Certificates and Awards*
*Does Hereby Certify That*

# Michal Pociej

*Has Satisfactorily Attained and Completed*
*the Requirements Necessary and is*
*Awarded the Certificate of*

# HUBBARD
# DIANETICS SEMINAR
## GRADUATE

Attested by
_Clay Taylor_
Director of Certificates and Awards

Attested by
_G. MacTaggart_
Keeper of Seals and Signatures

Issued at: LAD    Date: 24 SEPT 91    Certificate No. 9109241858

_Founder_

The Church of Scientology
Qualifications Division, Department of Validity
Does Hereby Certify That

## Michael Pociej

Has Satisfactorily Attained and Completed
the Requirements Necessary and is Awarded the Certificate of

# Graduate of Study Technology



Attested by
*Melanie Lekas*
Director of Validity

Attested by
_____
Keeper of Seals and Signature

_____
Founder

Provisional

Issued at: **LA Foundation** Date: **10 DEC '94** Certificate No. **1012.94A**

*The Church of Scientology,*
*Qualifications Division, Department of Validity*
*Does Hereby Certify That*

# MICHAL POCIEJ

*Has Satisfactorily Attained and Completed*
*the Requirements Necessary and is Awarded this Certificate*

# PURIFICATION RUNDOWN
# DELIVERY IN CHARGE



Provisional

Issued at: L.A. Feb.   Date: Aug 97   Certificate No. 0108972

Division Validity   Keeper of Seals and Signets   Founder

# PURIFICATION RUNDOWN COMPLETION

The Church of Scientology
Qualifications Division, Department of Certificates and Awards
Does Hereby Certify That

## MICHAL POCIEJ

Has Satisfactorily Attained and Completed the Requirements Necessary and is Awarded the Certificate of

Attested by _____  Attested by _____
Director of Certificates and Awards    Keeper of Tech and Signatures

Issued at: _LRH_  Date: _27 Jan 93_  Certificate No.: _LA A30127_


Founder

# The Church of Scientology

Qualifications Division, Department of Certificates and Awards

Does Hereby Certify That

## MICHAL POCIEJ

Has Satisfactorily Attained and Completed the Requirements Necessary and is Awarded the Certificate of

# HUBBARD QUALIFIED SCIENTOLOGIST
### COURSE COMPLETION



Issued at: _____ Date: 21 May 03  Certificate No. _____

Attested by: _____
Director of Certificates and Awards

Attested by: _____
Keeper of Seals and Signatures

_____
Founder