NOTICE OF HEARING IN DEPORTATION PROCEEDINGS
IMMIGRATION COURT
606 SOUTH OLIVE ST. 15TH FLOOR
LOS ANGELES, CA   90014

RE: POCIEJ, MICHAL                                    DATE: Jun 24, 1998
FILE: A72-322-134

TO:   DANIELLE L.C. BEACH, ESQ.
      NOTO & OSWALD, PC
      1300 NEW YORK AVE., N.W. #350
      WASHINGTON, DC  20005

   Please take notice that the above captioned case has been scheduled for a Master/Individual hearing before an Immigration Judge on __9-25-98__ at __8:30 AM__ at

606 SOUTH OLIVE ST. 15TH FLOOR
LOS ANGELES, CA   90014

   You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is accredited to represent persons before an Immigration Judge.  Your hearing date has not been scheduled earlier than 14 days from the date of service of the Order to Show Cause, in order to permit you the opportunity to obtain an attorney or representative. You can request an earlier hearing in writing.  If you wish to be represented your attorney or representative must appear with you at the hearing prepared to proceed.

   Failure to appear at your hearing except for exceptional circumstances result in one or more of the following actions:
      1.  You may be taken into custody by the Immigration and Naturalization Service and held for further action.
      2.  Your hearing may be held in your absence under section 242(b) section 242B of the Immigration and Nationality Act.  An order of deportation will be entered against you if the Immigration and Naturalization Service establishes by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are deportable.

   IF YOUR ADDRESS IS NOT LISTED ON THE ORDER TO SHOW CAUSE, OR IF IT IS CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE OFFICE OF IMMIGRATION JUDGE LOS ANGELES, CA, WRITTEN NOTICE OF YOUR ADDRESS AND PHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.  IF YOU CHANGE YOUR ADDRESS, YOU MUST PROVIDE TO THE OFFICE OF THE IMMIGRATION JUDGE WRITTEN NOTICE WITHIN FIVE DAYS OF ANY CHANGE OF ADDRESS, ON FORM EOIR 33 WRITTEN NOTICE TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU, AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

   A list of pro bono attorneys and representatives has been provided by the Immigration and Naturalization Service.  For information regarding the status of your case, call toll free 1-800-898-7180.

FILED
FEB 1 2 2003

CMP

PLAINTIFF'S EXHIBIT
NO. 11

03 0231


NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT