NOTICE OF HEARING IN DEPORTATION PROCEEDINGS
IMMIGRATION COURT
606 SOUTH OLIVE ST. 15TH FLOOR
LOS ANGELES, CA    90014

RE: POCIEJ, MICHAL
FILE: A72-322-134

DATE: Sep 25, 1998

*Hate*

TO:   DANIELLE L.C. BEACH, ESQ.
      NOTO & OSWALD, PC
      1100 NEW YORK AVE., N.W. #350
      WASHINGTON, DC   20005

*Jan 18, 2000  40B*
*Mar 16, 2000*
*1:00 PM.*
*16th FL*
*P Ct Rm Jan. 29  8:30*
*Los Angeles*

Please take notice that the above captioned case has been scheduled for a Master/Individual hearing before an Immigration Judge on _____ at _____ at

606 SOUTH OLIVE ST. 15TH FLOOR
LOS ANGELES, CA    90014

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is accredited to represent persons before an Immigration Judge. Your hearing date has not been scheduled earlier than 14 days from the date of service of the Order to Show Cause, in order to permit you the opportunity to obtain an attorney or representative. You can request an earlier hearing in writing. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions:
   1. You may be taken into custody by the Immigration and Naturalization Service and held for further action.
   2. Your hearing may be held in your absence under section 242(b) and section 242B of the Immigration and Nationality Act. An order of deportation will be entered against you if the Immigration and Naturalization Service establishes by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are deportable.

IF YOUR ADDRESS IS NOT LISTED ON THE ORDER TO SHOW CAUSE, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE OFFICE OF THE IMMIGRATION JUDGE LOS ANGELES, CA, WRITTEN NOTICE OF YOUR ADDRESS AND PHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. IF YOU CHANGE YOUR ADDRESS, YOU MUST PROVIDE TO THE OFFICE OF THE IMMIGRATION JUDGE WRITTEN NOTICE WITHIN FIVE DAYS OF ANY CHANGE OF ADDRESS, ON FORM EOIR 33. WRITTEN NOTICE TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU, AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of pro bono attorneys and representatives has been provided to you by the Immigration and Naturalization Service. For information regarding the status of your case, call toll free 1-800-898-7180.

JEB

**FILED**
FEB 12 2003
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**03 0231**

PLAINTIFF'S EXHIBIT NO. 12

ALIEN NUMBER: 72-322-134                    NAME: POCIEJ, MI(  )

## LIMITATION ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

(✓) 1. You have been scheduled for a deportation hearing, at the time and place set forth on the attached sheet. Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for a period of five (5) years after the date of entry of the final order of deportation.

( ) 2. You have been scheduled for an asylum hearing, at the time and place set forth on the attached notice. Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for a period of five (5) years from the date of your scheduled hearing.

( ) 3. You have been granted voluntary departure from the United States pursuant to section 244(e)(1) of the Immigration and Nationality Act. Remaining in the United States beyond the authorized date other than because of exceptional circumstances beyond your control** will result in your being ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for five (5) years from the date of scheduled departure or the date of unlawful reentry, respectively.

( ) 4. A final order of deportation has been entered against you. If you fail to appear for deportation at the time and place ordered by the INS, other than because of exceptional circumstances beyond your control** you will not be eligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for five (5) years after the date you are scheduled to appear.

    ** The term "Exceptional circumstances" refers to exceptional circumstances such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances.

A. THE FORMS OF RELIEF FROM DEPORTATION FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
   1) Voluntary departure as provided for in section 242(b) of the Immigration and Nationality Act;
   2) Suspension of deportation or voluntary departure as provided for in section 244(e) of the Immigration and Nationality Act; and
   3) Adjustment of status or change of status as provided for in section 245, 248 or 249 of the Immigration and Nationality Act.

   This written notice was provided to the alien in English and in Spanish. Oral notice of the contents of this notice was given to the alien in his/her native language, or in a language he/she understands.

Date: Sep 25, 1998

                                      Immigration Judge: _____
                                                 or
                                      Clerk of the Court: _____  60