January 8, 1999

**Via Certified Mail**
US Department of Justice
Immigration & Naturalization Service
Western Service Center
PO Box 30111
Laguna Niguel, CA 92677

        RE:    Petition for Special Immigrant (I-360) filed June 1998
        Alien: POCIEJ, Michal A# 72-322-132

Dear Sir or Madam:

A petition for special immigrant was filed on Michal Pociej's behalf in June of 1998. Attached is a copy of the receipt notice dated June 12, 1998 stating that processing time is roughly 45 to 90 days. **Over six months have elapsed** since his petition was filed and neither Mr. Pociej nor our offices have received any notice from the INS. **Please expedite the processing of Mr. Pociej's I-360 so that his case may move forward as soon as possible.**

s greatly appreciated.

Very truly yours,

Danielle Beach-Oswald
Noto & Oswald, PC

---

Z 254 317 186

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| Sent to | |
|---|---|
| INS | |
| Street & Number | |
| PO Box 30111 | |
| Post Office, State, & ZIP Code | |
| Laguna Niguel, CA 92677 | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |
| 1/8/99 | |

PS Form 3800, April 1995

---

FILED
03 0231  FEB 1 2 2003
WHITTINGTON, CLERK
DISTRICT COURT



PLAINTIFF'S EXHIBIT NO. 13

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Action**

4216 - HH

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| **RECEIPT NUMBER** WAC-98-179-51326 | | **CASE TYPE** I360  PETITION FOR AMERASIAN, WIDOWER, OR SPECIAL IMMIGRANT | |
| **RECEIVED DATE** June 12, 1998 | **PRIORITY DATE** | **PETITIONER** CHURCH OF SCIENTOLOGY OF LOS ANGEL | |
| **NOTICE DATE** June 15, 1998 | **PAGE** 1 of 1 | **BENEFICIARY** A72 322 132 POCIEJ, MICHAL | |

ROBERT L. OSWALD
NOTO & OSWALD PC
RE MICHAL POCIEJ
1100 NEW YORK AVENUE NW SUITE 350W
WASHINGTON DC 20005

**Notice Type:** Receipt Notice

**Amount received:** $ 80.00

**Section:** Special Immigrant-Religious Worker, Sec.101(a)(27)(C)(ii)

The above application or petition has been received. It usually takes 45 to 90 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect. Our customer service phone number is listed below.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number below to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111   949
Customer Service Telephone: (714) 360-2769



Form I-797C (Rev. 09/07/93)N