July 8, 1999

**Via Certified Mail**
U.S. Department of Justice
Immigration & Naturalization Service
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

      RE:       ***IMMEDIATE APPROVAL OF I-360 PETITION***
                    ***RECEIPT NOTICE ISSUED JUNE 1998***
      **Petitioner:**   **Church of Scientology**
      **Beneficiary:**   **Michal POCIEJ A72-322-132**

Dear Sir or Madam:

An I-360 Petition was filed on behalf of Michal Pociej with the California Service Center in June 1998. A receipt notice was issued on June 15, 1998 (see attached). **Over a year has passed since the filing of the this application and neither Mr. Pociej, the Church of Scientology or our offices have received any word regarding the status of this petition despite repeated inquiries.** The stated processing time on the receipt notice is three months. Over 13 months have passed since the issuance of the receipt notice. Please see to it that the I-360 is approved immediately so that Mr. Pociej can move forward with his case.

Although you were already of our address change last year please note our address on the letterhead. Also, Mr. Pociej has recently moved to the following address:

2829 North Beachwood Drive
Hollywood, CA 90068

Your immediate attention to this matter is greatly appreciated.

                Very truly yours,

                Danielle Beach-Oswald
                Noto & Oswald, PC

**03 0231**





FILED

FEB 1 2 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Z 254 312 127

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| | |
|---|---|
| Sent to US INS | |
| Street & Number PO BOX 30111 | |
| Post Office, State, & ZIP Code Laguna Niguel, CA 92607 | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| **TOTAL** Postage & Fees | $ |
| Postmark or Date 07/08/99 | |

PS Form 3800, April 1995