## LAW OFFICES
## NOTO & OSWALD, PC
SUITE 920
1850 M STREET, N.W.
WASHINGTON, D.C. 20036-5820
(202) 331-2883
FAX: (202) 261-2835

DANIELLE L. C. BEACH-OSWALD
DIRECT DIAL (202) 261-2807

July 8, 1999

ADMITTED IN MARYLAND ONLY.
PRACTICE IN D.C. LIMITED TO MATTERS
AND PROCEEDINGS BEFORE FEDERAL
COURTS AND AGENCIES.

**Via Certified Mail**
U.S. Department of Labor
P.O. Box 193767
71 Stevenson Street
Room 805
San Francisco, CA 94119-3767

RE:   Status of Alien Labor Certification
      Transferred to DOL from California EDD March 1997
      *CERTIFICATION HAS BEEN PENDING*
      *FOR OVER 2 YEARS*
Alien: Michal POCIEJ
      09056515/DOT89113701

Dear Sir or Madam:

An Alien Labor Certification was transferred to your offices from the California Employment Development Department on behalf of Michal Pociej in March 1997. **Over two years have elapsed and neither Mr. Pociej nor our offices have received word on the status of this petition. Please approve Mr. Pociej's labor certification as soon as possible so that his case may finally move forward.**

Your immediate attention to this matter is greatly appreciated.

Very truly yours,

Danielle Beach-Oswald
Noto & Oswald, PC

**FILED**
FEB 1 2 2003

03 0231


PLAINTIFF'S
EXHIBIT
NO. 16