*************** -COM[illegible]URNAL- ******************** DATE JAN-07-2[illegible] ***** TIME 18:45 ********

MODE = MEMORY TRANSMISSION START=JAN-07 18:22 END=JAN-07 18:45

FILE NO.=577

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | 503 | 8 | 9096431538----4216 | 000/004 | 00:05:30 |

POCIEJ

-NOTO & OSWALD, P.C. -

************************************** - - ***** - 202 261 2835- *********

# NOTO and OSWALD, P.C.

## FAX COVER SHEET

**Tel. No. (202) 331-2883**
**Fax No. (202) 261-2835**

Confidential Attorney-Client Privileged [illegible]

The information contained in this facsimile transmission and the accompanying pages is intended for the addressee named below. If you are not the addressee or responsible for delivering these documents to an addressee, you have received this [illegible] in error and you are strictly prohibited from reading or disclosing it to anyone. The information contained in this document is subject to legally enforceable privileges [illegible] with this document or the information it contains other than calling us immediately at the number listed above and returning this document to us via first class mail.

FACSIMILE TRANSMISSION: Fax No: (909) 643-1538

TO : Victor Sanchez
Duty Officer
California Service Center

FROM : Robert L. Oswald

RE : I-360 Petition by the Church of Scientology on behalf of POCEIJ, Michal

DATE : January 7, 2000

**NO OF PAGES INCLUDING COVER PAGE: 4**

03 0231




1

FILED
FEB 12 2003
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# NOTO and OSWALD, P.C.

# FAX COVER SHEET

**Tel. No. (202) 331-2883**
**Fax No. (202) 261-2835**

<u>Confidential Attorney Client Privileged Facsimile</u>

The information contained in this facsimile transmission and the accompanying pages is intended for the addressee named below. If you are not an addressee or responsible for delivering these documents to an addressee, you have received this document in error and you are strictly prohibited from reading or disclosing it to anyone. The information contained in this document is subject to legally enforceable privileges if you do anything with this document or the information it contains other than calling us immediately at the number listed above and returning this document to us via first class mail.

FACSIMILE TRANSMISSION: Fax No: (909) 643-1538

TO : Victor Sanchez
Duty Officer
California Service Center

FROM : Robert L. Oswald

RE : I-360 Petition by the Church of Scientology on behalf of POCEIJ, Michal

DATE : January 7, 2000

**NO OF PAGES INCLUDING COVER PAGE: 4**

LAW OFFICES
NOTO & OSWALD, PC
SUITE 920
1850 M STREET, N.W.
WASHINGTON, D.C. 20036-5820
(202) 331-2883
FAX: (202) 261-2835

ROBERT L. OSWALD
DIRECT DIAL (202) 261-2804

January 7, 2000
California Service Center
Victor Sanchez
Duty Officer
24000 Avila Road
Laguna Niguel, CA 92607
Fax No. (909) 643 1538

Re: PETITIONER: Church of Scientology
Beneficiary: POCIEF, Michal
A72 323 132
WAC-98-179 51326

Dear Victor:

The Church of Scientology filed a I-360 petition on behalf of Michal Pocief which was received by California Service Center on June 12, 1998. To date, my firm has no received any information relating to the status of this matter.

I would appreciate it if you could advise me when I can expect a decision on this matter. It has been more than 18 months since the petition was filed. You were very kind to help on the Dr. Kim case earlier this year. Again thank you for your help.

I enclosing a copy of the receipt notice and a copy of the inquiry form. Thank you.

Respectfully

Robert L. Oswald

**SERVICE CENTER PROCESSING**

**California Service Center Fax Inquiry Sheet**

[signature] January 7, 2000
(Signature of Attorney/Applicant Required) Date

Return Mail Label:
Respond to: Robert L. Oswald

Address: NOTO & OSWALD P C
1850 M Street, N.W. S-920
Washington, D.C. 20036

This is the:
___ 1st Inquiry
949/360-2877
___ 2nd Inquiry
949/360-2881
XX 3rd Inquiry
949/643-1538

CASE WAC # 98 179 51326 "A" 72 322 132
TYPE OF CASE: (Please indicate petition form number)
Petitioner: Church of Scientology Beneficiary: Michal Pociej
Identify Principal applicant if different from above:
Name: ________ WAC #: ________
(For I-485 Cases, Provide The Following:)
Name: ________ Country of Birth: ________
WAC # ________ "A" Number (if known): ________
Visa Category: ________ Priority Date: ________
I-140 Petition Approved Receipt # (WAC) ________
COMMENTS: (Include any family member's cases)
This case was received on 6-12-98. We would appreciate a status report, i.e. when can we expect a decision.

***INS RESPONSE** INS RESPONSE** INS RESPONSE***

In response to your fax inquiry, please note the item(s) checked below:
__ The application/petition is not outside the normal processing time
__ The application/petition has been transferred from the CSC to the ________
__ The application/petition was approved on _____ and a notice was mailed.
__ If you wish a duplicate approval notice please file Form I-824
__ Processing for this application/petition is now an additional ___ weeks
__ The application/petition was denied on _____ and a decision was mailed.
__ Other
COMMENTS:

...rtment of Justice
...tion and Naturalization Service

# Notice of Action

4216-HH

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE |
|---|---|---|
| WAC-98-179-51326 | | I360 PETITION FOR AMERASIAN, WIDOWER, OR SPECIAL IMMIGRANT |
| RECEIVED DATE | PRIORITY DATE | PETITIONER |
| June 12, 1998 | | CHURCH OF SCIENTOLOGY OF LOS ANGEL |
| NOTICE DATE | PAGE | BENEFICIARY A72 322 132 |
| June 15, 1998 | 1 of 1 | POCIEJ, MICHAL |

ROBERT L. OSWALD
NOTO & OSWALD PC
RE MICHAL POCIEJ
1100 NEW YORK AVENUE NW SUITE 350W
WASHINGTON DC 20005

**Notice Type:** Receipt Notice

Amount received: $ 80.00

Section: Special Immigrant-Religious Worker, Sec.101(a)(27)(C)(ii)

The above application or petition has been received. It usually takes 45 to 90 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect. Our customer service phone number is listed below.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number below to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** ~~(714)~~ 949 360-2769

