# NOTO and OSWALD, P.C.
# FAX COVER SHEET

Tel. No. (202) 331-2883
Fax No. (202) 261-2835

Confidential Attorney Client Privileged Facsimile

The information contained in this facsimile transmission and the accompanying pages is intended for the addressee named below. If you are not an addressee or responsible for delivering these documents to an addressee, you have received this document in error and you are strictly prohibited from reading or disclosing it to anyone. The information contained in this document is subject to legally enforceable privileges if you do anything with this document or the information it contains other than calling us immediately at the number listed above and returning this document to us via first class mail.

FACSIMILE TRANSMISSION: Fax No:   (909) 643-1538

TO     MR. VICTOR SANCHEZ

FROM:  Robert L. Oswald

RE  :  PETITIONER: CHURCH OF SCIENTOLOGY   WAC 98-179-51326

DATE : February 23, 2000    BENECIFIARY: MICHAL POCIEL A72-322-132

**NO OF PAGES INCLUDING COVER PAGE:** One Page:

Dear Victor:

  I have been trying to reach you by telephone but keep getting your voice mail that you back in one hour. Last week I reached you "stand-in" apparently you were off duty for the day. He said that the Church of Scientology had been sent a notice requesting additional information on January 18, 2000. The "Church" tells me that they have received nothing from INS regarding Mr. Pociel. This case has been pending since June 1998. Would you be so kind to send me what was alleged to be sent the "Church" on Jan 18 of this year. Mr. Pociel is in proceedings, I need to determine the the status of this matter. Your help would be most appreciated.

My address is: Robert L. Oswald, 1850 M Street, N.W., Washington, D.C. 20036

Thank you,

Robert L. Oswald

FILED
FEB 1 2 2003

03 0231

PLAINTIFF'S EXHIBIT NO. 18

**SERVICE CENTER PROCESSING**

## California Service Center Fax Inquiry Sheet

_____  2/16/2000
(Signature of Attorney/Applicant Required)  Date

Return Mail Label:
Respond to:  Danielle L.C. Beach

Address:  Noto & Oswald
1850 M St. N.W.
Suite 920
Washington, D.C.
20036

This is the:
___ 1st Inquiry
949/360-2877
___ 2nd Inquiry
949/360-2881
_XX_ 3rd Inquiry
949/643-1538

CASE WAC # 98-179-51326    "A" 72-322-132
TYPE OF CASE: (Please indicate petition form number) I-360
Petitioner: Church Scientology  Beneficiary: Michal Pociei
Identify Principal applicant if different from above:
Name: _____  WAC #: _____
(For I-485 Cases, Provide The Following:)
Name: _____  Country of Birth: _____
WAC # _____  "A" Number (if known): _____
Visa Category: _____  Priority Date: _____
I-140 Petition Approved Receipt # (WAC) _____
COMMENTS: (Include any family member's cases)
Case has been pending since June 1998. Attached is the
receipt notice

***INS RESPONSE** INS RESPONSE** INS RESPONSE***

In response to your fax inquiry, please note the item(s) checked below:
___ The application/petition is not outside the normal processing time
___ The application/petition has been transferred from the CSC to the
_____
___ The application/petition was approved on _____ and a notice was mailed.
___ If you wish a duplicate approval notice please file Form I-824
___ Processing for this application/petition is now an additional ___ weeks
___ The application/petition was denied on _____ and a decision was mailed.
___ Other
COMMENTS:
_____
_____
_____

Department of Justice
Immigration and Naturalization Service

**Notice of Action**

4216-HH

**UNITED STATES OF AMERICA**

| | |
|---|---|
| **RECEIPT NUMBER** <br> WAC-98-179-51326 | **CASE TYPE** 1360 PETITION FOR AMERASIAN, WIDOWER OR SPECIAL IMMIGRANT |
| **RECEIVED DATE** June 12, 1998    **PRIORITY DATE** | **PETITIONER** <br> CHURCH OF SCIENTOLOGY OF LOS ANGEL |
| **NOTICE DATE** June 15, 1998    **PAGE** 1 of 1 | **BENEFICIARY** A72 322 132 <br> POCIEJ, MICHAL |

ROBERT L. OSWALD
NOTO & OSWALD PC
RE MICHAL POCIEJ
1100 NEW YORK AVENUE NW SUITE 350W
WASHINGTON DC 20005

Notice Type: Receipt Notice

Amount received: $ 80.00

Section: Special Immigrant-Religious Worker, Sec 101(a)(27)(C)(ii)

The above application or petition has been received. It usually takes 45 to 90 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect. Our customer service phone number is listed below.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number below to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (714) 360-2769

2400 Avila Rd Rm 2304

n1-797C (Rev. 09/07/93)N

January 8, 1999

**Via Certified Mail**
US Department of Justice
Immigration & Naturalization Service
Western Service Center
PO Box 30111
Laguna Niguel, CA 92677

      RE: **Petition for Special Immigrant (I-360) filed June 1998**
        **Alien: POCIEJ, Michal A# 72-322-132**

Dear Sir or Madam:

A petition for special immigrant was filed on Michal Pociej's behalf in June of 1998. Attached is a copy of the receipt notice dated June 12, 1998 stating that processing time is roughly 45 to 90 days. **Over six months have elapsed** since his petition was filed and neither Mr. Pociej nor our offices have received any notice from the INS. **Please expedite the processing of Mr. Pociej's I-360 so that his case may move forward as soon as possible.**

Your attention to this matter is greatly appreciated.

        Very truly yours,

        Danielle Beach-Oswald
        Noto & Oswald, PC

LAW OFFICES
## NOTO & OSWALD, PC
SUITE 920
1850 M STREET, N.W.
WASHINGTON, D.C. 20036-5820
(202) 331-2883
FAX: (202) 261-2835

DANIELLE L. C. BEACH-OSWALD
DIRECT DIAL (202) 261-2807

July 8, 1999

ADMITTED IN MARYLAND ONLY.
PRACTICE IN D.C. LIMITED TO MATTERS
AND PROCEEDINGS BEFORE FEDERAL
COURTS AND AGENCIES.

Via Certified Mail
U.S. Department of Justice
Immigration & Naturalization Service
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

RE:     *IMMEDIATE APPROVAL OF I-360 PETITION RECEIPT NOTICE ISSUED JUNE 1998*
Petitioner:    Church of Scientology
Beneficiary:   Michal POCIEJ A72-322-132

Dear Sir or Madam:

An I-360 Petition was filed on behalf of Michal Pociej with the California Service Center in June 1998. A receipt notice was issued on June 15, 1998 (see attached). **Over a year has passed since the filing of the this application and neither Mr. Pociej, the Church of Scientology or our offices have received any word regarding the status of this petition despite repeated inquiries.** The stated processing time on the receipt notice is three months. Over 13 months have passed since the issuance of the receipt notice. Please see to it that the I-360 is approved immediately so that Mr. Pociej can move forward with his case.

Although you were already of our address change last year please note our address on the letterhead. Also, Mr. Pociej has recently moved to the following address:

2829 North Beachwood Drive
Hollywood, CA 90068

Your immediate attention to this matter is greatly appreciated.

Very truly yours,

Danielle Beach-Oswald
Noto & Oswald, PC