## CERTIFICATE OF SERVICE

CASE NAME:   Michal POCIEJ

CASE NUMBER:   A72-322-134

I, HEREBY CERTIFY that on this 2nd day of March 2000, I caused to be served MOTION TO CONTINUE.

_____ by placing a true copy thereof in a sealed envelope, with postage thereon fully

prepaid and causing the same to be mailed by first class mail to the person at the address set forth below.

_____ by causing to be personally delivered a true copy thereof to the person at the address set forth below.

\_\_X\_\_ by FEDERAL EXPRESS: Airborne Express or UPS Next Day Air to the person

at the address set forth below.

_____ by telefaxing with acknowledgment of receipt to the person at the address set forth below.

Kerri Harlan Gonzalez
Assistant District Counsel
U.S. Department of Justice
Immigration and Naturalization Service
606 South Olive Street
Los Angeles, CA 90014

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 2, 2000.

Danielle L.C. Beach-Oswald
Noto & Oswald, PC
1850 M Street, NW Suite 920
Washington, DC 20036

03 0231



FILED

FEB 1 2 2003

March 2, 2000

**Via FEDEX**
Clerk of Court
Executive Office of Immigration Review
U.S. Immigration Court
606 South Olive Street
Los Angeles, CA 90014

**RE: Motion to Reschedule Hearing**

Dear Sir or Madam

I am attaching a motion to reschedule this court's hearing on Respondent's application removal proceedings. Please forward my motion to Judge Dunkel-Bradley's chambers as soon as possible.

I would also appreciate it if you would time and date stamp the attached copy of my letter and return it to me in my self-addressed stamped envelope.

                  Very truly yours,


                  Danielle L.C. Beach-Oswald
                  Noto & Oswald, PC

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE OF IMMIGRATION REVIEW
OFFICE OF IMMIGRATION JUDGE
LOS ANGELES, CA

FILE

| | |
|---|---|
| POCIEJ, MICHAL | In Deportation Proceedings |
| | A72-322-134 |
| Respondent | |

## UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW, the Respondent Michal Pociej, by and through Counsel pursuant to 8 C.F.R. 3.29 and 242.8(a) to request that the proceedings be continued and rescheduled for a later date. Respondent is currently scheduled for a hearing on March 16, 2000 at 1:00 PM. In support of this motion we submit the following:

1. Counsel is located in Washington, D.C. and at the last hearing Judge Dunkel-Bradley requested that I call her clerk if we needed a continuance. Mr. Pociej is eligible for relief under suspension. However, he is also eligible for relief on adjustment very shortly which would be a preferred avenue of relief. His Petition as a Special Immigrant (I-360) has has been pending since June 1998 and after numerous calls and

letters we were told that a notice had been sent on January 18, 2000. Neither the employer nor the attorney of record have received anything as apparently it was sent to the wrong address. We should be receiving this notice in the next week or so. Mr. Pociej has gone to the California Service Center himself and been told a copy would be mailed. We have also spoken to them by phone and they have corrected the address and are sending us the notice. In addition Respondent has a skilled Labor certification that has been pending since 1996 and should be reached in three to four months.

2. Respondent's case will in no way be prejudiced by this delay. Nor will the Service be prejudiced as there are no negative discretionary factors to prevent Respondent from approval on adjustment of status.

3. Counsel has spoken to Kerri Harlin Gonzalez, Assistant District Counsel for INS and she has consented to a joint motion for continuance.

2

## Airbill 1

**FedEx USA Airbill** — Tracking Number: 8187 4555 2102
Form ID No: 0215 — Sender's Copy

**From:**
- Date: 02/25/00
- Sender's FedEx Account Number: 1161-2674-5
- Sender Name: Danielle Beach-Oswald
- Phone: (202) 331-2883
- Company: NOTO & OSWALD PC
- Address: 1850 M ST NW STE 920
- City: WASHINGTON   State: DC   ZIP: 20036
- Your Internal Billing Reference: Pociej 4216

**To:**
- Recipient's Name: Cari Harlan Gonzalez
- Phone: (213) 894-2805
- Company: US Department of Justice - Immigration & Naturalizaion Service
- Address: 606 S. Olive Street   #1500
- City: Los Angeles   State: CA   ZIP: 90014

**4a Express Package Service:** ☒ FedEx Standard Overnight

**5 Packaging:** ☒ FedEx Letter

**7 Payment Bill to:** ☒ Sender

0117641468
369

---

## Airbill 2

**FedEx USA Airbill** — Tracking Number: 8187 4555 2098
Form ID No: 0215 — Sender's Copy

**From:**
- Date: 02/25/00
- Sender's FedEx Account Number: 1161-2674-5
- Sender Name: Danielle Beach-Oswald
- Phone: (202) 331-2883
- Company: NOTO & OSWALD PC
- Address: 1850 M ST NW STE 920
- City: WASHINGTON   State: DC   ZIP: 20036
- Your Internal Billing Reference: Pociej 4216

**To:**
- Recipient's Name: Judge Dorthy Dunkel-Bradley
- Company: Executive Office Of Immigration REview, US Immigration Court
- Address: 606 S. Olive Street   #1500
- City: Los Angeles   State: CA   ZIP: 90014

**4a Express Package Service:** ☒ FedEx Standard Overnight

**7 Payment Bill to:** ☒ Sender

0117641468
369

NOTICE OF HEARING IN DEPORTATION PROCEEDINGS
IMMIGRATION COURT
606 SOUTH OLIVE ST, 15TH FLOOR
LOS ANGELES, CA   90014

RE: POCIEJ, MICHAL
FILE  A72-322-134                                         DATE: Aug 2, 2000

TO:     DANIELLE L.C. BEACH, ESQ.
        NOTO & OSWALD, PC
        1100 NEW YORK AVE., N.W. #350
        WASHINGTON, DC  20005

Please take notice that the above captioned case has been scheduled for a Master/Individual hearing before an Immigration Judge on __12/5-00__ at __8:30 AM__ at:

606 SOUTH OLIVE ST, 15TH FLOOR
LOS ANGELES, CA  90014

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is accredited to represent persons before an Immigration Judge. Your hearing date has not been scheduled earlier than 14 days from the date of service of the Order to Show Cause, in order to permit you the opportunity to obtain an attorney or representative. You can request an earlier hearing in writing. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions:
    1. You may be taken into custody by the Immigration and Naturalization Service and held for further action.
    2. Your hearing may be held in your absence under section 242(b) and section 242B of the Immigration and Nationality Act. An order of deportation will be entered against you if the Immigration and Naturalization Service establishes by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are deportable.

IF YOUR ADDRESS IS NOT LISTED ON THE ORDER TO SHOW CAUSE, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE OFFICE OF THE IMMIGRATION JUDGE LOS ANGELES, CA, WRITTEN NOTICE OF YOUR ADDRESS AND PHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. IF YOU CHANGE YOUR ADDRESS, YOU MUST PROVIDE TO THE OFFICE OF THE IMMIGRATION JUDGE WRITTEN NOTICE WITHIN FIVE DAYS OF ANY CHANGE OF ADDRESS, ON FORM EOIR 33. WRITTEN NOTICE TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU, AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of pro bono attorneys and representatives has been provided to you by the Immigration and Naturalization Service. For information regarding the status of your case, call toll free 1-800-898-7180.

UPA

LIMITATION ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

(✓) 1. You have been scheduled for a deportation hearing, at the time and place set forth on the attached sheet. Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A, below) for a period of five (5) years after the date of entry of the final order of deportation.

( ) 2. You have been scheduled for an asylum hearing, at the time and place set forth on the attached notice. Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A, below) for a period of five (5) years from the date of your scheduled hearing.

( ) 3. You have been granted voluntary departure from the United States pursuant to section 244(e)(1) of the Immigration and Nationality Act. Remaining in the United States beyond the authorized date other than because of exceptional circumstances beyond your control** will result in your being ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A, below) for five (5) years from the date of scheduled departure or the date of unlawful reentry, respectively.

( ) 4. A final order of deportation has been entered against you. If you fail to appear for deportation at the time and place ordered by the INS, other than because of exceptional circumstances beyond your control** you will not be eligible for certain forms of relief under the Immigration and Nationality Act (see Section A, below) for five (5) years after the date you are scheduled to appear.

** The term "Exceptional circumstances" refers to exceptional circumstances such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances.

A. THE FORMS OF RELIEF FROM DEPORTATION FOR WHICH YOU WILL BECOME INELIGIBLE ARE: 
1) Voluntary departure as provided for in section 242(b) of the Immigration and Nationality Act;
2) Suspension of deportation or voluntary departure as provided for in section 244(e) of the Immigration and Nationality Act; and
3) Adjustment of status or change of status as provided for in section 245, 248 or 249 of the Immigration and Nationality Act.

This written notice was provided to the alien in English and in Spanish. Oral notice of the contents of this notice was given to the alien in his/her native language, or in a language he/she understands.

Date: Aug 2, 2000

Immigration Judge: _____
or
Clerk of the Court: _____ 6U





**U.S. Department of Justice** Old?
Immigration and Naturalization Service

*California Service Center*
*P.O. Box 10360*
*Laguna Niguel, CA  92607-0360*

Date:   AUG 1 0 2000

Church of Scientology of Los Angeles
4810 Sunset Blvd.
Los Angeles, CA 90027        M11-49-5-3

Refer to file no.:     WAC 98 179 51326
In behalf of:          Michal Pociej.

## NOTICE OF DECISION

The petitioner filed Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant. Upon a Service request for evidence, the petitioner is afforded 12 weeks to respond. If a petitioner fails to respond to a Service request for evidence within the allotted period, the petition is considered abandoned.

8 C.F.R.103.2(b)(13) states:

> ... If all requested initial evidence and requested additional evidence is not submitted by the required date, the application ... shall be considered abandoned and, accordingly, shall be denied.

On March 01, 2000, the Service requested further evidence and granted the petitioner a 12 week period in which to submit the requested evidence. As of this date, there is no record of a response to that request. Therefore, the petition is denied due to abandonment.

Submission at this time of the information and/or evidence previously requested will not serve to overcome this decision. For further information refer to the enclosed Form M-188 relating to motions to reopen based on an abandonment denial.

Dona L. Coultice
Director

Enclosure: M-188
cc: Robert L. Oswald, Esq.

CSC9398/WS188/DIV I

C-4216

## Motion to Reopen based on an Abandonment Denial

A denial for abandonment cannot be appealed. However, the applicant or petitioner may file a motion to reopen in accordance with 8 C.F.R. 103.5(a)(2). The motion must be filed within thirty (30) days of this decision and be submitted with the filing fee of $110.00. The motion must demonstrate that the Service's decision was in error and must include evidence showing:

(1) The requested evidence was not material to the issue of eligibility;

(2) The required initial evidence was submitted with the application or petition, or the request for initial evidence or additional information or appearance was complied with during the allotted period; or

(3) The request for additional information or appearance was sent to an address other than that on the application, petition, or notice of representation, or that the applicant or petitioner advised the Service, in writing, of a change of address or change of representation subsequent to filing and before the Service's request was sent, and the request did not go to the new address.

The motion to reopen must address at least one of the three preceding issues. If the applicant or petitioner files a motion to reopen that does not show that the decision was in error because of at least one of the three preceding issues, the motion will be dismissed. Submission of the previously requested evidence at this time will not overcome the abandonment decision.

However, if the applicant or petitioner claims that he or she submitted the requested evidence to this office timely, he or she must submit evidence of mailing, such as a return receipt, and include an additional set of the previously requested evidence in addition to the motion.

The applicant or petitioner may instead file a new application or petition with fee. 8 C.F.R. 103.2(b)(15) states that the priority or processing date of an abandoned application or petition may not be applied to a new application or petition.

M-188