LAW OFFICES

## NOTO & OSWALD, PC
SUITE 920
1850 M STREET, N.W.
WASHINGTON, D.C. 20036-5820
(202) 331-2883
FAX: (202) 261-2835

# FILE

ROBERT L. OSWALD
DIRECT DIAL (202) 261-2804

November 16, 2000

BY FEDERAL EXPRESS

United States Department of Justice
Immigration and Naturalization Service
California Service Center
24000 Avila Road
2nd Floor
Laguna Niguel, California

RE:   Petition for Special Immigrant Religious Worker (I-
      360)
      Petitioner:    Church of Scientology of Los Angeles,
                     California
      Beneficiary:   MICHAL POCIEJ
                     WAC98 179 51326

Dear Sir or Madam:

Under cover of my June 9, 1998 letter, the undersigned
counsel submitted a Petition for Special Immigrant
Religious Worker (I-360) by the Church of Scientology of
Los Angeles, California on behalf of Michal Pociej.
Attached is a copy of that submission which includes
numerous certificates awarded to Mr. Pociej by said church.
Undersigned counsel has yet to be informed as to the
disposition of this matter.

Recently, the church forwarded to me two (2) pages of
what appears to be a deficiency notice requiring a response
from your office regarding this petition.  Documented is
requested as follows:

1.   Tax exempt certificate issued by the INS showing **03 0231**
     that the Church is exempt from taxation with
     Section 501(c)(3) of the Internal Revenue Code of
     1986 as it relates to religious organizations.



PLAINTIFF'S
EXHIBIT
NO. 20



FILED

FEB 1 2 2003

NOTO & OSWALD, PC

United States Department of Justice - INS
November 16, 2000
Page 2

2.   Copy of directory listing of all the churches or
     subunits or affiliates of the Church of
     Scientology.

3.   Letter from authorized official stating the
     following:

     •   That Mr. Pociej has two (2) years membership
         in the Church of Scientology immediately
         preceding this petition;

     •   That Mr. Pociej has two (2) years of full-
         time experience in the same religious
         vocation, profession or other work for which
         the petition is being filed;

     •   The number of hours per week in the
         religious vocation;

     •   If Mr. Pociej is a minister, that he has
         authorization to conduct worship and other
         usual duties of a minister;

     •   The duties, authority and responsibilities of
         the position offered to Mr. Pociej;

     •   That Mr. Pociej is being offered this
         position solely to be a minister or other
         religious worker;

     •   Will not be dependent on supplemental
         employment or solicitation of funds for
         support;

     •   Terms of payment or remuneration.

4.   Description of the staffing of the Church
     including number of employees and types of
     position.  This should include full name of

NOTO & OSWALD, PC

United States Department of Justice – INS
November 16, 2000
Page 3

                employees, their SSNs, job titles and dates of
                hiring.

5.     Evidence of ability to pay the proffered wage.
       Where the employer employs 100 or more employees,
       a signed statement from a financial officer of
       the Church will be acceptable.

      Enclosed is a letter signed by Pam Shannon,
Corporation Secretary of the Church of Scientology, Los
Angeles, CA, in reference to Michal Pociej. (See letter in
support marked as Attachment 1.) Attached to this letter is
the tax exempt certificate provided to the Church by the
Internal Revenue Service. (Attachment 2.) Also attached is
a listing of the congregations of the Church of Scientology
nationwide. (Attachment 3.)

      Paragraph 2 of page 2 of the supporting letter
(attachment 1) indicates that Michal Pociej has been
performing on a full time basis in the church since May
1996.  Paragraph 3 of Page 2 indicates that Mr. Pociej has
been an ordained minister of the Church of Scientology
since March 2, 1998.  Also included is a copy of Michal
Pociej's Certificate of Ordination. (Attachment 4.)

      The letter in support also establishes the duties and
responsibilities of the position being offered to Mr.
Pociej and that this position being offered to him being a
Minister of Religion will not be dependent on supplemental
employment or solicitation of funds for support. Michal
Pociej's terms of remuneration will be well above the
poverty level set by the government for a single person,
i.e., $10,000 a year.  Paragraph 1 of page 2 indicates that
the Church of Scientology of Los Angeles, California has a
staff of over 100 people and gross receipts of
$1,971,824.99.  Inasmuch as the Church of Scientology of
Los Angeles, California employs more than 100 employees, a
signed statement by Pam Shannon, Corporate secretary, will
be sufficient as set out in your instructions.

NOTO & OSWALD, PC

United States Department of Justice - INS
November 16, 2000
Page 4

     We therefore move that Michal Pociej be granted legal permanent residency as Special Immigrant Religious Worker (Minister of Religion.)

                Very truly yours,

                Robert L. Oswald

**Attachment to Form I-797**          **WAC 98 179 51326**

Please submit:

Tax exempt certificate (or letter) issued by the Internal Revenue
Service.

                    **or**

Tax exempt certificate (or letter) issued by the Internal Revenue
Service showing that it is GROUP exempt from taxation in accordance
with Section 501(c)(3) of the Internal Revenue Code of 1986 as it
relates to religious organizations. Please submit a copy of the
Directory listing all the churches or subunits or affiliate
organizations under the central control for the exemption.

A letter from an authorized official of the religion (other than
the beneficiary) stating:

> That the beneficiary has two years membership in that religion
> immediately preceding filing of the petition **AND** that he or
> she has two years of full-time work experience in the same
> religious vocation, profession, or other work for which the
> petition is being filed.  Where has the beneficiary been
> working for the past two years?  How many hours per week in
> each position?

> If the beneficiary is a minister, that he or she has
> authorization to conduct worship and other usual duties of a
> minister.

> The duties, authority and responsibilities of the position
> offered to the beneficiary.

> A letter from the petitioner must state that the beneficiary
> will be coming solely to be a minister, professional or other
> worker.  The letter must clearly state that the beneficiary
> will not be dependent on supplemental employment or
> solicitation of funds for support.  **The letter must also state
> the terms of payment or remuneration.**

Description of the staffing of the Church, including number   of
employees and types of positions:  Provide a complete list of all
current employees including full name, SSN, job title and date of
hiring.

Page 2

<u>Income Verification.</u>   In accordance with 8 C.F.R. 204.5(g)(2), please submit evidence of the employer's ability to pay the beneficiary's wage.

Evidence of this ability shall be either in the form of copies of most recent annual reports, filed federal tax returns, or audited financial statements.   In a case where the prospective United States employer employs 100 or more workers, the director will accept a signed statement from a financial officer of the organization which establishes the prospective employer's ability to pay the proffered wage.

CSC9398WS209



# Church of
# SCIENTOLOGY
## of Los Angeles

## Office of Public Affairs

August 1, 2000

U.S. Department of Justice
Immigration & Naturalization Service

> In re: Religious Worker Petition
> Petitioner:   CHURCH OF SCIENTOLOGY OF LOS ANGELES
> Beneficiary: **MICHAEL POCIEJ**

Dear Sir or Madam:

This is in response to the attached request received from the INS regarding the I-360 petition filed on behalf of MICHAEL POCIEJ.

The Church of Scientology of Los Angeles is a religious corporation under the laws of the State of California. It has the same form of ecclesiastical administration, creed, forms of worship, formal code of doctrine and religious services and ceremonies in established places of religious worship as all of the other Churches of Scientology worldwide.

As a subordinate organization, the Church of Scientology of Los Angeles receives its exemption from the Church of Scientology International. Please refer to the enclosed letter from the Internal Revenue Office to the Church of Scientology International granting group exemption under section 501(c)(3). Attached to the exemption letter is a list of all the Churches of Scientology in the US including the Church of Scientology of Los Angeles.

Opening its doors on February 18, 1954, the Church of Scientology of Los Angeles (the very first Scientology church), began as a thinly-staffed group who, nevertheless, wanted to deliver L. Ron Hubbard's life-changing religious philosophy to others and help him achieve the goal of a new civilization. As word about the miracle results of Mr. Hubbard's applied religious philosophy spread, and as his organizational policy was issued and implemented, the Los Angeles church grew. Today, the Church of Scientology is a worldwide religious organization and the Church of Scientology of Los Angeles is but one of several hundred churches and missions dedicated to bringing into reality L. Ron Hubbard's dream of civilization without insanity, without criminals and without war, where the able can have rights, and where man is free to rise to greater heights.

**4810 Sunset Blvd. • Los Angeles, California  90027 • (323) 953-3200**

Page 2.

Today the Church of Scientology of Los Angeles has a staff of 104 and had gross receipts totaling $1,971,824.99 in the last calendar year.

Michael Pociej has been a member of the Church of Scientology since May of 1996. Mr. Pociej is a certified minister in the Church of Scientology. As a minister, he has been performing all the functions that are ordinarily performed by an ordained minister of religion such as marriage ceremonies, christenings, funerals, etc. He has been a volunteer on a nearly full time basis with the Church of Scientology of Los Angeles since May of 1996. The position being offered Mr. Pociej will continue as the same, imparting our scriptures to our parishioners.

Mr. Pociej has been an ordained minister of the Church of Scientology since March 2, 1998. (See ordination certificate dated March 2, 1998 attached hereto as Exhibit 1.) (See also certificates of achievement attached hereto as Exhibit 2.)

Mr. Pociej's duties will also include further study of the religious scriptures of the Founder of the Scientology religion. These duties also may include contacting parishioners to invite them to religious events, counseling parishioners one-on-one, administering ecclesiastical forms which will determine which services the parishioner will participate in, disseminating Scientology religious doctrines to the general public and giving lectures on the principles of Scientology. In addition, he will supervise other religious workers in the Church of Scientology in delivering Scientology religious courses. Mr. Pociej has been selected for these responsibilities because of his familiarity with the nomenclature used in Scientology Scriptures and his training and experience as well.

Mr. Pociej has been offered this position solely to be a religious worker and minister of religion in the Church of Scientology. He will not be dependent on supplemental employment or solicitation of funds for support. His terms of remuneration are above the poverty level for a single person.

Should you have further questions regarding the Church of Scientology or Michael Pociej, please do not hesitate to call me.

Respectfully Yours,

Pam Shannon
Corporation Secretary

# CERTIFICATION

I, Leslie Lane Browning, do hereby certify as follows:

1.   That I am the Assistant Secretary of Church of Scientology International, a non-profit religious corporation organized under laws of the state of California.

2.   That attached hereto is a true and correct copy of a letter from the Internal Revenue Service dated October 1, 1993 addressed to Church of Scientology International granting exemption from federal income tax under section 501(a) of the Internal Revenue Code as described in section 501(c)(3).

Executed this 12th day of October 1993.

_____
Leslie Lane Browning

State of California    )
                       ) ss
County of Los Angeles )

On 12 October 1993 before me, the undersigned, a notary public for the State of California, personally appeared Leslie Lane Browning personally known to me to be the person whose name is subscribed to the within instrument and acknowledged the same in her authorized capacity and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
(Signature)

OFFICIAL NOTARY SEAL
JOYCE E. VAN DYK
Notary Public — California
LOS ANGELES COUNTY
My Comm. Expires APR 11, 1995

**Internal Revenue Service**

Department of the Treasury

Washington, DC 20224

Church of Scientology
International
6331 Hollywood Blvd.
Los Angeles, CA 90028

Person to Contact:    J. Rotz

Telephone Number:    (202) 622-8100

Refer Reply to:    E:EO:R:2

Date:

Employer Identification Number:    59-2153303
Key District:    Los Angeles
Service Center:    Fresno, CA 93888
Accounting Period Ending:    December 31
Foundation Status Classification:    509(a)(1) &
170(b)(1)(A)(i)

Form 990 Required:    No

Dear Applicant:

Based on information supplied, and assuming the operations of your subordinate organizations will be as stated in your application for recognition of exemption, we have determined that your subordinate organizations are exempt from federal income tax under section 501(a) of the Internal Revenue Code as organizations described in section 501(c)(3).

Our records show that you were recognized as exempt from federal income tax as an organization described in section 501(c)(3) of the Code.

We have further determined that your subordinate organizations are not private foundations within the meaning of section 509(a) of the Code, because your subordinates are organizations described in the section(s) above.

If your subordinate organizations' sources of support, purposes, character, or method of operation change, please let your key district know so that office can consider the effect of the change on the exempt status and foundation status of your subordinate organizations.  In the case of an amended document or bylaws, please send a copy of the amended document or bylaws to your key district.  Also, you should inform your key District Director of all changes in the name or address of your subordinates.

As of January 1, 1984, unless specifically excepted, your subordinate organizations are liable for taxes under the Federal Insurance Contributions Act (social security taxes) on remuneration of $100 or more paid to each of your subordinates employees during a calendar year.  This does not apply, however, if your

Church of Scientology
International

subordinate organizations make or have made a timely election
under section 3121(w) of the Code to be exempt from such tax.
Your subordinate organizations are not liable for the tax imposed
under the Federal Unemployment Tax Act (FUTA).

Since your subordinate organizations are not a private
foundations, your subordinate organizations are not subject to
the excise taxes under Chapter 42 of the Code. However, your
subordinate organizations are not automatically exempt from other
federal excise taxes. If your subordinate organizations have any
questions about excise, employment, or other federal taxes,
please contact the applicable key District Director.

Donors may deduct contributions to your subordinate organi-
zations as provided in section 170 of the Code. Bequests,
legacies, devises, transfers, or gifts to your subordinate
organizations are deductible for federal estate and gift tax
purposes if they meet the applicable provisions of sections 2055,
2106, and 2522.

Donors (including private foundations) may rely on this
ruling unless the Internal Revenue Service publishes notice to
the contrary. However, if your subordinate organizations lose
section 509(a) status as shown above, donors (other than private
foundations) may not rely on the classification shown above if
they were in part responsible for, or were aware of, the act that
resulted in the loss of such status, or they acquired knowledge
that the Internal Revenue Service had given notice that your
subordinate organization would be removed from that classifica-
tion. Private foundations may rely on the classification as long
as your subordinate organizations were not directly or indirectly
controlled by them or by disqualified persons with respect to
them. However, private foundations may not rely on the classifi-
cation shown above if they acquired knowledge that the Internal
Revenue Service had given notice that your subordinate organiza-
tions would be removed from that classification.

If your subordinate organizations conduct fund raising
events such as benefit dinners, auctions, membership drives,
etc., where something of value is received in return for contri-
butions, your subordinate organizations can help the donors avoid
difficulties with their income tax returns by assisting them in
determining the proper tax treatment of their contributions. To
do this your subordinate organizations should, in advance of the
event, determine the fair market value of the benefit received
and state it in the fund raising materials such as solicitations,
tickets, and receipts in such a way that the donors can determine
how much is deductible and how much is not. To assist your
subordinate organizations in this, the Service has issued Publi-

-3-

Church of Scientology
Inter.ational

cation 1391, Deductibility of Payments Made to Organizations
Conducting Fund Raising Events. The subordinate organizations
may obtain copies of Publication 1391 from applicable key dis-
trict office.

Your subordinate organizations are not required to file
federal income tax returns unless your subordinate organizations
are subject to the tax on unrelated business income under section
511 of the Code. If your subordinate organizations are subject
to this tax, each must file an income tax return on Form 990-T,
Exempt Organization Business Income Tax Return. In this letter
we are not determining whether any of your subordinate organiza-
tions present or proposed activities are unrelated trade or
business as defined in section 513 of the Code.

Your subordinate organizations are required to make their
annual return available for public inspection for three years
after the return is due. You are required to make a copy of your
group exemption application, and supporting documents, and your
exemption letter available for public inspection. Failure to
make these documents available for public inspection may subject
you and the subordinate organization to a penalty of $10 per day
for each day there is failure to comply. See Internal Revenue
Service Notice 88-120, 1988-2 C.B. 454, for additional informa-
tion.

Each year, at least 90 days before the end of your annual
accounting period, please send the items listed below to the
service center shown above.

1.  A statement describing any changes during the year in
the purposes, character, or method of operation of your
subordinates.

2.  A list showing the names, mailing addresses (including
postal ZIP codes), actual address if different, and employer
identification numbers of subordinates that during that
year:

    a.  changed names or addresses;
    b.  were deleted from your roster; or
    c.  were added to your roster.

If you are not a church or church-controlled organization,
you will receive a "List of Parents and Subsidiary Ac-
counts," from your service center approximately six months
prior to the end of your accounting period. For your con-
venience, you may use that information to update your list

-4-

Church of Scientology
 International

  of subordinate units.  An annotated directory of subordi-
  nates will not be accepted for this purpose.

  3.  For subordinates to be added, attach:
      a.  a statement that the information on which your
          present group exemption letter is based applies to
          the new subordinate;
      b.  a statement that each has given you written
          authorization to add its name to the roster;
      c.  a list of those to which the Service previously
          issued exemption rulings or determination letters;
      d.  a statement that none of the subordinates is a
          private foundation as defined in section 509(a) of
          the Code;
      e.  the street address of subordinates where the mailing
          address is a P.O. Box; and
      f.  for each subordinate that is a school claiming
          exemption under section 501(c)(3), the information
          required by Rev. Proc. 75-50, 1975-2 C.B. 587.  Also
          include any other information necessary to establish
          that the school is complying with the requirements
          of Rev. Rul. 71-447, 1971-2 C.B. 230.  This is the
          same information required by Schedule B, Form 1023,
          Application for Recognition of Exemption under
          section 501(c)(3) of the Internal Revenue Code.

  4.  If applicable, a statement that your group exemption
      roster did not change during the year.

  This ruling is based on evidence that the funds of your
subordinate organizations are dedicated to the purposes listed in
section 501(c)(3) of the Code.  To assure your subordinate
organizations continued exemption, your subordinates should
maintain records to show that funds are expended only for those
purposes.  If your subordinate organizations distribute funds to
other organizations, records should be maintained to show whether
they are exempt under section 501(c)(3).  In cases where the
recipient organization is not exempt under section 501(c)(3),
there should be evidence that the funds will remain dedicated to
the required purposes and that they will be used for those
purposes by the recipient.

  If distributions are made to individuals, case histories
regarding the recipients should be kept showing names, addresses,
purposes of awards, manner of selection, and relationship (if
any) to members, officers, trustees or donors of funds to you and
your subordinate organizations, so that any and all distributions
made to individuals can be substantiated upon request by the
Internal Revenue Service. (Rev. Rul. 56-304 1956-2, C.B. 306.)

-5-

Church of Scientology
  International


    In this letter, we have not determined the effect on the
exempt status of your subordinate organizations of financing
activities with the proceeds of tax-exempt bonds since you have
not indicated that your subordinate organizations intend to use
such methods now or in the future.

    Your subordinate organizations need an employer identifica-
tion number even if there are no employees.  Please use that
number on all returns filed by you and your subordinate organiza-
tions and in all correspondence with the Internal Revenue Ser-
vice.  We are informing your key District Director of this
ruling.  Because this letter could help resolve any questions
about the exempt status and foundation status of your subordinate
organizations, you should keep it in your permanent records.

    This determination does not apply to any of your subordinate
organizations organized and operated in a foreign country.

    Your service center will send you a Group Exemption Number.
Please provide your subordinates with the Group Exemption Number.
It must be used on any tax or information return required to be
filed.

    If you have any questions about this ruling, please contact
the person whose name and telephone number are shown in the
heading of this letter.  For other matters, including questions
concerning reporting requirements, please contact your key
District Director.

                              Sincerely,

                              Jeanne Gessay

                              Jeanne S. Gessay
                              Chief, Exempt Organizations
                                Rulings Branch 2

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE WASHINGTON, D.C.
Address:  4214 16th Street, N.W.
          Washington, D.C.
Employer ID #:  52-1400512


CHURCH OF SCIENTOLOGY OF CENTRAL OHIO (Columbus)
Address: 167 E. State Street
         Columbus, Ohio  43215
Employer ID #: 31-0898884


CHURCH OF SCIENTOLOGY OF COLORADO
Address:  375 South Navajo Street
          Denver, Colorado
Employer ID #:  84-0690819


CHURCH OF SCIENTOLOGY OF CONNECTICUT (New Haven)
Address:  909 Whaley Ave.
          New Haven, Connecticut  06515
Employer ID #: 06-1077361


FOUNDING CHURCH OF SCIENTOLOGY OF WASHINGTON D.C.
Address:  2125 S Street N.W.
          Washington, D.C.  20008
Employer ID #:  53-6014221


CHURCH OF SCIENTOLOGY OF GEORGIA (Atlanta)
Address:  2632 Piedmont Road, NE
          Atlanta, Georgia 30324-3011
Employer ID #: 58-1877994


CHURCH OF SCIENTOLOGY OF ILLINOIS
Address:  3011 North Lincoln Avenue
          Chicago, Illinois  60651
Employer ID #:  36-2811475


CHURCH OF SCIENTOLOGY OF KANSAS CITY
Address:  3619 Broadway
          Kansas City, Missouri  64111
Employer ID #: 43-1346944


CHURCH OF SCIENTOLOGY OF LONG ISLAND
Address:  99 Railroad Station Plaza
          Hicksville, NY 11801
Employer ID #: 11-2488514

- 2 -

CHURCH OF SCIENTOLOGY OF LOS ANGELES
Address:   4810 W. Sunset Blvd.
           Los Angeles, Calif.   90027
Employer ID #:   95-3671415


CHURCH OF SCIENTOLOGY OF MOUNTAIN VIEW
Address:   2483 Old Middlefield Way
           Mountain View, California   94043
Employer ID #:   94-2478723


CHURCH OF SCIENTOLOGY OF NEW MEXICO (Albuquerque)
Address:   8106 Menaul Blvd, N.E.
           Albuquerque, New Mexico   87110
Employer ID #: 85-0210803


CHURCH OF SCIENTOLOGY OF OHIO (Cincinnati)
Address: 215 W. 4th Street, Fifth Floor
           Columbus, Ohio 45220
Employer ID #: 31-0929925


CHURCH OF SCIENTOLOGY OF ORANGE COUNTY
Address:   1451 Irvine Blvd.
           Tustin, Calif.   92680
Employer ID #:   23-7429358


CHURCH OF SCIENTOLOGY OF ORLANDO, INC.
Address:   1510 E. Colonial Drive, Suite 100 W
           Orlando, Florida   32803
Employer ID #: 59-2153243


CHURCH OF SCIENTOLOGY OF PENNSYLVANIA (Philadelphia)
Address:   1315 Race Street
           Philadelphia, Pennsylvania
Employer ID #:   23-1732803


CHURCH OF SCIENTOLOGY OF PUERTO RICO
Address:   272 Avenue Central
           Hyde Park
           Hato Rey, Puerto Rico   00918
Employer ID #: 66-0438770


- 3 -

CHURCH OF SCIENTOLOGY OF SAN FRANCISCO
Address:  83 McAllister Street
          San Francisco, Calif.  94102
Employer ID #:  94-2784858


CHURCH OF SCIENTOLOGY OF STEVENS CREEK
Address:  80 E. Rosemary
          San Jose, California  95112
Employer ID #:  94-1695341


CHURCH OF SCIENTOLOGY OF TAMPA, INC.
Address:  4809 N. Armenia Suite 215
          Tampa, Florida  33603
Employer ID #:  59-2001225


CHURCH OF SCIENTOLOGY OF UTAH
Address:  1931 South 100 East
          Salt Lake City, Utah  84106
Employer ID #: 87-0277039


CHURCH OF SCIENTOLOGY OF THE VALLEY
Address:  3619 W. Magnolia
          Burbank, Calif.  91505
Employer ID #:  95-2648209

- 4 -

## CERTIFICATION

I, Leslie Lane Browning, do hereby certify as follows:

1. That I am the Assistant Secretary of Church of Scientology International, a non-profit religious corporation organized under laws of the state of California.

2. That attached hereto is a true and correct copy of a list from the Internal Revenue Service entitled "Subordinate Churches Under CSI Group Exemption."

Executed this _12th_ day of October 1993.

_____
Leslie Lane Browning

State of California )
                    ) ss
County of _Los Angeles_ )

On _12 October 1993_ before me, the undersigned, a notary public for the State of California, personally appeared Leslie Lane Browning personally known to me to be the person whose name is subscribed to the within instrument and acknowledged the same in her authorized capacity and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
(Signature)

```
OFFICIAL NOTARY SEAL
JOYCE E. VAN DYK
Notary Public — California
LOS ANGELES COUNTY
My Comm. Expires APR 11,1995
```

**Subordinate Churches Under CSI Group Exemption**

CHURCH OF SCIENTOLOGY OF ANN ARBOR
Address:  122 South Main Street
          Ann Arbor, Michigan  48104
Employer ID #:  38-2139059


CHURCH OF SCIENTOLOGY OF ARIZONA
Address:  4450 N. Central Ave, Suite 102
          Phoenix, Arizona  85013
Employer ID #:  86-0336186


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE DALLAS
Address:  8501 Manderville Lane
          Dallas, Texas  75231
Employer ID #: 75-1338096


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL
Address:  5930 Franklin Ave.
          LA, Calif.  90028
Employer ID #:  95-2707137


CHURCH OF SCIENTOLOGY CREATIVE MISSION OF LAS VEGAS
Address:  1100 S. 10th Street
          LV, Nevada  89104
Employer ID #:  88-0123784


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE NASHVILLE
Address:  38 Music Square West
          Nashville, Tennessee
Employer ID #:  62-1233115


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE NEW YORK
Address:  65 E. 82nd Street
          NY, NY 10036
Employer ID #:  13-3239797


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE PORTLAND
Address:  709 South West Salmon Street
          Portland, Oregon 97205
Employer ID #: 93-0833789

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE WASHINGTON, D.C.
Address: 4214 16th Street, N.W.
         Washington, D.C.
Employer ID #: 52-1400512


CHURCH OF SCIENTOLOGY OF CENTRAL OHIO (Columbus)
Address: 167 E. State Street
         Columbus, Ohio 43215
Employer ID #: 31-0898884


CHURCH OF SCIENTOLOGY OF COLORADO
Address: 375 South Navajo Street
         Denver, Colorado
Employer ID #: 84-0690819


CHURCH OF SCIENTOLOGY OF CONNECTICUT (New Haven)
Address: 909 Whaley Ave.
         New Haven, Connecticut 06515
Employer ID #: 06-1077361


FOUNDING CHURCH OF SCIENTOLOGY OF WASHINGTON D.C.
Address: 2125 S Street N.W.
         Washington, D.C. 20008
Employer ID #: 53-6014221


CHURCH OF SCIENTOLOGY OF GEORGIA (Atlanta)
Address: 2632 Piedmont Road, NE
         Atlanta, Georgia 30324-3011
Employer ID #: 58-1877994


CHURCH OF SCIENTOLOGY OF ILLINOIS
Address: 3011 North Lincoln Avenue
         Chicago, Illinois 60651
Employer ID #: 36-2811475


CHURCH OF SCIENTOLOGY OF KANSAS CITY
Address: 3619 Broadway
         Kansas City, Missouri 64111
Employer ID #: 43-1346944


CHURCH OF SCIENTOLOGY OF LONG ISLAND
Address: 99 Railroad Station Plaza
         Hicksville, NY 11801
Employer ID #: 11-2488514

- 2 -

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE WASHINGTON, D.C.
Address:  4214 16th Street, N.W.
          Washington, D.C.
Employer ID #:  52-1400512


CHURCH OF SCIENTOLOGY OF CENTRAL OHIO (Columbus)
Address: 167 E. State Street
          Columbus, Ohio  43215
Employer ID #: 31-0898884


CHURCH OF SCIENTOLOGY OF COLORADO
Address:  375 South Navajo Street
          Denver, Colorado
Employer ID #:  84-0690819


CHURCH OF SCIENTOLOGY OF CONNECTICUT (New Haven)
Address:  909 Whaley Ave.
          New Haven, Connecticut  06515
Employer ID #: 06-1077361


FOUNDING CHURCH OF SCIENTOLOGY OF WASHINGTON D.C.
Address:  2125 S Street N.W.
          Washington, D.C.  20008
Employer ID #:  53-6014221


CHURCH OF SCIENTOLOGY OF GEORGIA (Atlanta)
Address:  2632 Piedmont Road, NE
          Atlanta, Georgia 30324-3011
Employer ID #: 58-1877994


CHURCH OF SCIENTOLOGY OF ILLINOIS
Address:  3011 North Lincoln Avenue
          Chicago, Illinois  60651
Employer ID #:  36-2811475


CHURCH OF SCIENTOLOGY OF KANSAS CITY
Address:  3619 Broadway
          Kansas City, Missouri  64111
Employer ID #: 43-1346944


CHURCH OF SCIENTOLOGY OF LONG ISLAND
Address:  99 Railroad Station Plaza
          Hicksville, NY 11801
Employer ID #: 11-2488514

- 2 -

CHURCH OF SCIENTOLOGY OF LOS ANGELES
Address:   4810 W. Sunset Blvd.
           Los Angeles, Calif.   90027
Employer ID #:   95-3671415


CHURCH OF SCIENTOLOGY OF MOUNTAIN VIEW
Address:   2483 Old Middlefield Way
           Mountain View, California   94043
Employer ID #:   94-2478723


CHURCH OF SCIENTOLOGY OF NEW MEXICO (Albuquerque)
Address:   8106 Menaul Blvd, N.E.
           Albuquerque, New Mexico   87110
Employer ID #: 85-0210803


CHURCH OF SCIENTOLOGY OF OHIO (Cincinnati)
Address: 215 W. 4th Street, Fifth Floor
           Columbus, Ohio 45220
Employer ID #: 31-0929925


CHURCH OF SCIENTOLOGY OF ORANGE COUNTY
Address:   1451 Irvine Blvd.
           Tustin, Calif.   92680.
Employer ID #:   23-7429358


CHURCH OF SCIENTOLOGY OF ORLANDO, INC.
Address:   1510 E. Colonial Drive, Suite 100 W
           Orlando, Florida   32803
Employer ID #: 59-2153243


CHURCH OF SCIENTOLOGY OF PENNSYLVANIA (Philadelphia)
Address:   1315 Race Street
           Philadelphia, Pennsylvania
Employer ID #:   23-1732803


CHURCH OF SCIENTOLOGY OF PUERTO RICO
Address:   272 Avenue Central
           Hyde Park
           Hato Rey, Puerto Rico   00918
Employer ID #: 66-0438770

CHURCH OF SCIENTOLOGY OF SAN FRANCISCO
Address:   83 McAllister Street
           San Francisco, Calif.   94102
Employer ID #:   94-2784858


CHURCH OF SCIENTOLOGY OF STEVENS CREEK
Address:   80 E. Rosemary
           San Jose, California   95112
Employer ID #:   94-1695341


CHURCH OF SCIENTOLOGY OF TAMPA, INC.
Address:   4809 N. Armenia Suite 215
           Tampa, Florida   33603
Employer ID #:   59-2001225


CHURCH OF SCIENTOLOGY OF UTAH
Address:   1931 South 100 East
           Salt Lake City, Utah   84106
Employer ID #: 87-0277039


CHURCH OF SCIENTOLOGY OF THE VALLEY
Address:   3619 W. Magnolia
           Burbank, Calif.   91505
Employer ID #:   95-2648209


- 4 -

## CERTIFICATION

I, Leslie Lane Browning, do hereby certify as follows:

1.   That I am the Assistant Secretary of Church of Scientology International, a non-profit religious corporation organized under laws of the state of California.

2.   That attached hereto is a true and correct copy of a list from the Internal Revenue Service entitled "Subordinate Churches Under CSI Group Exemption."

Executed this _12th_ day of October 1993.

_____
Leslie Lane Browning

State of California    )
                       ) ss
County of _Los Angeles_ )


On _12 October 1993_ before me, the undersigned, a notary public for the State of California, personally appeared Leslie Lane Browning personally known to me to be the person whose name is subscribed to the within instrument and acknowledged the same in her authorized capacity and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
(Signature)

```
OFFICIAL NOTARY SEAL
JOYCE E. VAN DYK
Notary Public — California
LOS ANGELES COUNTY
My Comm. Expires  APR 11,1995
```

**Subordinate Churches Under CSI Group Exemption**

CHURCH OF SCIENTOLOGY OF ANN ARBOR
Address:   122 South Main Street
           Ann Arbor, Michigan  48104
Employer ID #:  38-2139059


CHURCH OF SCIENTOLOGY OF ARIZONA
Address:   4450 N. Central Ave, Suite 102
           Phoenix, Arizona  85013
Employer ID #:  86-0336186


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE DALLAS
Address:   8501 Manderville Lane
           Dallas, Texas  75231
Employer ID #:  75-1338096


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL
Address:   5930 Franklin Ave.
           LA, Calif.  90028
Employer ID #:  95-2707137


CHURCH OF SCIENTOLOGY CREATIVE MISSION OF LAS VEGAS
Address:   1100 S. 10th Street
           LV, Nevada  89104
Employer ID #:  88-0123784


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE NASHVILLE
Address:   38 Music Square West
           Nashville, Tennessee
Employer ID #:  62-1233115


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE NEW YORK
Address:   65 E. 82nd Street
           NY, NY 10036
Employer ID #:  13-3239797


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE PORTLAND
Address:   709 South West Salmon Street
           Portland, Oregon 97205
Employer ID #: 93-0833789

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE WASHINGTON, D.C.
Address:   4214 16th Street, N.W.
           Washington, D.C.
Employer ID #:   52-1400512


CHURCH OF SCIENTOLOGY OF CENTRAL OHIO (Columbus)
Address: 167 E. State Street
         Columbus, Ohio  43215
Employer ID #: 31-0898884


CHURCH OF SCIENTOLOGY OF COLORADO
Address:  375 South Navajo Street
          Denver, Colorado
Employer ID #:  84-0690819


CHURCH OF SCIENTOLOGY OF CONNECTICUT (New Haven)
Address:  909 Whaley Ave.
          New Haven, Connecticut  06515
Employer ID #: 06-1077361


FOUNDING CHURCH OF SCIENTOLOGY OF WASHINGTON D.C.
Address:  2125 S Street N.W.
          Washington, D.C.  20008
Employer ID #:  53-6014221


CHURCH OF SCIENTOLOGY OF GEORGIA (Atlanta)
Address:  2632 Piedmont Road, NE
          Atlanta, Georgia 30324-3011
Employer ID #: 58-1877994


CHURCH OF SCIENTOLOGY OF ILLINOIS
Address:  3011 North Lincoln Avenue
          Chicago, Illinois  60651
Employer ID #:  36-2811475


CHURCH OF SCIENTOLOGY OF KANSAS CITY
Address:  3619 Broadway
          Kansas City, Missouri  64111
Employer ID #: 43-1346944


CHURCH OF SCIENTOLOGY OF LONG ISLAND
Address:  99 Railroad Station Plaza
          Hicksville, NY 11801
Employer ID #: 11-2488514

- 2 -



*The Church of Scientology*

*Qualifications Division,*

*Department of Certificates and Awards*

*Does Hereby Certify That*

# Michal Pociej

*Has Satisfactorily Attained and Completed*

*the Requirements Necessary and is*

*Awarded the Certificate of*

# Ordained Minister
# of The Church of
# Scientology

Attested by

*P Matthes*

Director of Certificates and Awards

Attested by

*Melanie Lebas*

Keeper of Seals and Signatures

Issued at: LAFdn    Date: 2 Mar 98    Certificate No: _____

**FedEx** Express ® USA Airbill

FedEx Tracking Number **8246 3452 433b**

**0215**

**1 From** Please print and press hard.

Date 7/24/00

Sender's FedEx Account Number **1161-2674-5**

Sender's Name Robert I. Oswald

Phone ( 202 ) 331-2883

Company NOTO & OSWALD PC

Address 1890 M ST NW STE 920

City WASHINGTON   State DC   ZIP 20036

**2 Your Internal Billing Reference** 4613.pociej手配10
First 24 characters will appear on invoice.

**3 To**

Recipient's Name US Dept of Justice

Phone ( )

Company Immigration & Naturalization Service
California Service Center

Address 24000 Avila Road, 2nd Floor Rm 2302
To "HOLD" at FedEx location, print FedEx address.

City Laguna Niguel   State CA   ZIP 92607

**Questions? Visit our Web site at www.fedex.com**
or call 1-800-Go-FedEx® (800)463-3339

See back for application instructions.

0161031419

Dept/Floor/Suite/Room

We cannot deliver to P.O. boxes or P.O. ZIP codes.

**SPH13**

**Sender's Copy**

**4a Express Package Service** Packages up to 150 lbs.

☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☒ FedEx Express Saver

**4b Express Freight Service** Packages over 150 lbs.

☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**

☒ FedEx Envelope/Letter
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other Pkg.

**6 Special Handling**

☐ SATURDAY Delivery
☐ SUNDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☐ No   ☐ Yes As per attached Shipper's Declaration   ☐ Yes Shipper's Declaration not required   ☐ Dry Ice

**7 Payment** Bill to:

☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

**8 Release Signature** Sign to authorize delivery without obtaining signature.

**Total Packages**   **Total Weight**   **Total Declared Value†**

$ .00

**403**

FedEx Use Only

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE.

0215

©1994-99 FedEx PRINTED IN U.S.A.