PLAINTIFF'S
EXHIBIT

NO. 21

PENGAD, Bayonne, N.J.

FILED

FEB 1 2 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

03 0231