CERTIFICATE OF SERVICE

FILE

CASE NAME:      MICHAL POCIEJ
CASE NUMBER:    A72-322-134

    I HEREBY CERTIFY that on this 17th day of November 2000, I caused to be served a MOTION FOR CONTINUANCE.

__x__ By placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid and causing the same to be mailed by first class to the person at the address set forth below.

_____ By causing to be personally delivered a true copy thereof to the person at the address set forth below.

_____ By Federal Express, Airborne Express, or UPS Next Day Air to the person at the address set forth below.

_____ By telefaxing with acknowledgement receipt to the person at the address set forth below.

    District Counsel
Immigration and Naturalization Service
300 North Los Angeles Street
Room 1001
Los Angeles, California 90012

    I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 17, 2000.

Robert L. Oswald
NOTO & OSWALD, PC
1850 M Street, NW
Suite 920
Washington DC 20036

FILED FEB 1 2 2003

PLAINTIFF'S EXHIBIT NO. 22

03-0231

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
606 South Olive Street, 15th Floor
Los Angeles, California 90014

In The Matter of:         )
                          )
                          )
POCIEJ, MICHAL            )    IN REMOVAL PROCEEDINGS
                          )    A#72-322-134
    Respondent            )
                          )
                          )
_____)

MOTION FOR CONTINUANCE

COMES NOW, The Respondent, by and through Counsel, and moves for a brief continuance of the Master hearing in the above entitled proceeding now scheduled for 8:30 A.M. on December 15, 2000 at Los Angeles Immigration Court for the following reasons:

1.  The undersigned counsel will be in the Los Angeles area on December 4th and 5th, 2000 for a family wedding. The undersigned counsel then requests that the Master Hearing be scheduled on December 6, 2000 to defray costs on the part of the Respondent;

2.  In the alternative, the undersigned counsel is requesting a three (3) month continuance.

3.  The Respondent is waiting for the outcome of the I-360 Special Immigrant Religious Worker filed on his behalf by the Church of Scientology of Los Angeles on June 8, 1998. The petition is currently being processed by the California Service Center. The California Service Center currently has a protracted backlog in all matters, in particular, the matters relating to permanent residency.

WHEREFORE, Respondent, by and through Counsel, moves that this matter scheduled for Master Hearing on December 15, 2000 be re-scheduled for December 6, 2000 or, in the alternative, be continued for three (3).

Robert L. Oswald
NOTO & OSWALD, PC
1850 M Street, NW
Suite 920

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
606 South Olive Street, 15th Floor
Los Angeles, California 90014

In The Matter of:            )
                             )
                             )
POCIEJ, MICHAL               )    IN REMOVAL PROCEEDINGS
                             )    A#72-322-134
     Respondent              )
                             )
                             )
_____)

ORDER

GOOD CAUSE being shown, it is hereby ordered this _____ day of November 2000 as follows:

ORDERED that this Motion for Continuance be granted and that a Master Hearing be scheduled on _____, 2000 at ___ am/pm.


                              _____
                              Immigration Judge

NOTICE OF HEARING IN DEPORTATION PROCEEDINGS
IMMIGRATION COURT
606 SOUTH OLIVE ST, 15TH FLOOR
LOS ANGELES, CA  90014

RE: OCIFU MICHAL
FILE  A72-322-134                                              DATE: Aug 2, 2000

TO:    DANIELLE L.C. BEACH, ESQ.
       MOTO & OSWALD, PC
       1100 NEW YORK AVE., N.W. #350
       WASHINGTON, DC  20005

Please take notice that the above captioned case has been scheduled for a Master/Individual hearing before an Immigration Judge on __12-75-00__ at __8:30AM__ at

606 SOUTH OLIVE ST, 15TH FLOOR
LOS ANGELES, CA  90014

You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is accredited to represent persons before an Immigration Judge. Your hearing date has not been scheduled earlier than 14 days from the date of service of the Order to Show Cause in order to permit you the opportunity to obtain an attorney or representative. You may request an earlier hearing in writing. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed.

Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions:
    1. You may be taken into custody by the Immigration and Naturalization Service and held for further action.
    2. Your hearing may be held in your absence under section 242(b) and section 242B of the Immigration and Nationality Act. An order of deportation will be entered against you if the Immigration and Naturalization Service establishes by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are deportable.

IF YOUR ADDRESS IS NOT LISTED ON THE ORDER TO SHOW CAUSE, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE OFFICE OF THE IMMIGRATION JUDGE LOS ANGELES, CA, WRITTEN NOTICE OF YOUR ADDRESS AND PHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. IF YOU CHANGE YOUR ADDRESS, YOU MUST PROVIDE TO THE OFFICE OF THE IMMIGRATION JUDGE WRITTEN NOTICE WITHIN FIVE DAYS OF ANY CHANGE OF ADDRESS, ON FORM EOIR 33. WRITTEN NOTICE TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU, AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

A list of pro bono attorneys and representatives has been provided to you by the Immigration and Naturalization Service. For information regarding the status of your case, call toll free 1-800-898-7180.

UPA

## LIMITATION ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

(✓) 1. You have been scheduled for a deportation hearing, at the time and place set forth on the attached sheet. Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for a period of five (5) years after the date of entry of the final order of deportation.

( ) 2. You have been scheduled for an asylum hearing, at the time and place set forth on the attached notice. Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for a period of five (5) years from the date of your scheduled hearing.

( ) 3. You have been granted voluntary departure from the United States pursuant to section 244(e)(1) of the Immigration and Nationality Act. Remaining in the United States beyond the authorized date other than because of exceptional circumstances beyond your control** will result in your being ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for five (5) years from the date of scheduled departure or the date of unlawful reentry, respectively.

( ) 4. A final order of deportation has been entered against you. If you fail to appear for deportation at the time and place ordered by the INS, other than because of exceptional circumstances beyond your control**, you will not be eligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for five (5) years after the date you are scheduled to appear.

** The term "Exceptional circumstances" refers to exceptional circumstances such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances.

A. THE FORMS OF RELIEF FROM DEPORTATION FOR WHICH YOU WILL BECOME INELIGIBLE ARE: 1) Voluntary departure as provided for in section 242(b) of the Immigration and Nationality Act;
   2) Suspension of deportation or voluntary departure as provided for in section 244(e) of the Immigration and Nationality Act; and
   3) Adjustment of status or change of status as provided for in section 245, 248 or 249 of the Immigration and Nationality Act.

This written notice was provided to the alien in English and in Spanish. Oral notice of the contents of this notice was given to the alien in his/her native language, or in a language he/she understands.

Date: Aug 2, 2000

Immigration Judge: _____
or
Clerk of the Court: _____ GG

# FedEx Express USA Airbill

**FedEx Tracking Number:** 8246 3452 4553

**Sender's Copy**

Date: 11/17/00

Sender's FedEx Account Number: 1161-2674-5

Sender's Name: Robert L. Oswald     Phone: (202) 331-2983

Company: NOTO & OSWALD PC

Address: 1850 M ST NW STE 920

City: WASHINGTON   State: DC   ZIP: 20036

Your Internal Billing Reference: 4216. Pociejurlo

Recipient's Name: US Dept. of Justice

Company: Immigration & Naturalization Service

Address: Immigration Court
606 South Olive Street, 15th Floor

City: Los Angeles   State: CA   ZIP: 90014

## 4a Express Package Service
[X] FedEx Standard Overnight

## 5 Packaging
[X] FedEx Envelope/Letter

## 7 Payment
[X] Sender

0161031419

403

---

**US Postal Service Receipt for Certified Mail**

Z 315 770 207

PS Form 3800, April 1995