NOTICE OF HEARING IN DEPORTATION PROCEEDINGS
IMMIGRATION COURT
606 SOUTH OLIVE ST. 15TH FLOOR
LOS ANGELES, CA   90014

RE: POCIEJ, MICHAL
FILE: A72-322-134                                           DATE: Nov 29, 2000

TO:     ROBERT L. OSWALD, ESQ.
        1850 M ST. N.W., STE. 920
        WASHINGTON, DC  20036

   Please take notice that the above captioned case has been scheduled for MASTER hearing before an Immigration Judge on Jul 27, 2001 at 8:30 A.M. at:

        16TH FLOOR, COURTROOM "P"
        606 SOUTH OLIVE ST. 15TH FLOOR
        LOS ANGELES, CA   90014

   You may be represented in these proceedings, at no expense to the Government, by an attorney or other individual who is accredited to represent persons before an Immigration Judge. Your hearing date has not been scheduled earlier than 14 days from the date of service of the Order to Show Cause, in order to permit you the opportunity to obtain an attorney or representative. You can request an earlier hearing in writing. If you wish to be represented, your attorney or representative must appear with you at the hearing prepared to proceed.

   Failure to appear at your hearing except for exceptional circumstances may result in one or more of the following actions:
        1. You may be taken into custody by the Immigration and Naturalization Service and held for further action.
        2. Your hearing may be held in your absence under section 242(b) and section 242B of the Immigration and Nationality Act. An order of deportation will be entered against you if the Immigration and Naturalization Service establishes by clear, unequivocal and convincing evidence that a) you or your attorney has been provided this notice and b) you are deportable.

   IF YOUR ADDRESS IS NOT LISTED ON THE ORDER TO SHOW CAUSE, OR IF IT IS NOT CORRECT, WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE OFFICE OF THE IMMIGRATION JUDGE LOS ANGELES, CA, WRITTEN NOTICE OF YOUR ADDRESS AND PHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS. IF YOU CHANGE YOUR ADDRESS, YOU MUST PROVIDE TO THE IMMIGRATION COURT WRITTEN NOTICE WITHIN FIVE DAYS OF ANY CHANGE OF ADDRESS, ON FORM EOIR-33. WRITTEN NOTICE TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED WILL BE CONSIDERED SUFFICIENT NOTICE TO YOU, AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.

   A list of pro bono attorneys and representatives has been provided to you by the Immigration and Naturalization Service. For information regarding the status of your case, call toll free 1-800-898-7180 OR FILED 1662.

FEB 1 2 2003

03 0231

VPA


PLAINTIFF'S EXHIBIT NO. 28

D-4216