

03 0231

FILED

FEB 1 2 2003

