# NOTO and OSWALD, P.C.
## FAX COVER SHEET
Tel. No. (202) 331-2883
Fax No. (202) 261-2835

Noto & Oswald
1850 M Street, NW
Suite 920
Washington, DC 20036

## FACSIMILE COVER SHEET

**DATE:** June 27, 2001

**# OF PAGES:** 2
(including cover)

**TO:** California Service Center

**COMPANY:** Immigration & Naturalization Service

**FAX NUMBER:** 949-389-3482

**FROM:** Danielle Beach-Oswald, Esq.

**FAX NUMBER:** (202) 261-2835

**PHONE NUMBER:** (202) 331-2883

**MESSAGE:** My client Michal POCIEJ (A72-322-132) has been waiting for his I-360 petition to be approved since June 12, 1998. Attached is his Receipt Notice # WAC-98-179-51326. Please approve this long overdue petition expeditiously.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS CONFIDENTIAL. IT MAY BE ATTORNEY-CLIENT PRIVILEGED INFORMATION. IT IS INTENDED EXPRESSLY FOR USE BY THE ADDRESSEE. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER AT THE OFFICE NUMBER SHOWN. UNAUTHORIZED USE OF THIS INFORMATION, DISCLOSURE OR COPYING IS PROHIBITED BY LAW.

(*) - 7/26/2000 ABANDONMENT DENIAL WAS ORDERED -
- 8/10/2000 DENIAL NOTICE SENT -

03 0231

FILED

FEB 12 2003





PLAINTIFF'S EXHIBIT NO. 26

TOTAL P.01

## California Service Center
## Optional Expedite Worksheet

### WESTERN SERVICE CENTER
### OPTIONAL EXPEDITE WORKSHEET
(goldenrod)

Instructions: Expedites will only be granted for emergent reasons. They will be granted infrequently. Please remember that "poor planning does not merit an expedite". Also, the volume of expedite requests will be tracked. Cases that are not clearly approvable will not be expedited. Incomplete petitions will also be denied expeditious processing. All cases that are not expedited, will be routed for normal processing. The decision to expedite will be made on a case-by-case basis taking into consideration the following criteria:

1. Whether a significant public health concern or interest is involved
2. Whether significant environmental concerns or interests are involved
3. Whether significant revenue loss wold occur
4. Whether it would be in the compelling national and/or regional interest
5. Whether significant job creating or job loss would occur
6. Whether extraordinary industry specific circumstances exist
   OR
7. Whether there are compelling humanitarian concerns such as medical reasons, political upheaval, etc.

Indicate briefly below the pertinent application/petition information, and the reasons for the expedite request. Also attach a one page letter setting forth the circumstances in detail. Please do not call or send multiple faxes once this request is submitted. If no response is received within ten (10) working days after receipt at the WSC, follow the inquiry procedure. Should the inquiry procedure be necessary, then use the standard WSC Optional Inquiry Sheet.

Type of Application/Petition  Petition for Special Immigrant Religious Worker
Name of Applicant/Petitioner  Church of Scientology of LA, CA                    (I-360)
Name of Beneficiary           MICHAL POCIEJ
Reasons(s) for expedite       This petition was filed on June 9, 1998.

MAILING PROCEDURES. Send All EXPEDITE REQUESTS by overnight mail or courier directly to the WSC street address via DHL, Express Mail, Federal Express, etc. Place a RED DOT on the outside envelope of all expedite requests

DO NOT: (1) Send multiple faxes; (2) Monopolize the facsimile machines by sending duplicates of cases already filed; (3) Use the expedite procedure for failure to adequately plan ahead.

DO: (1) Plan ahead; and (2) Show this to your clients

FAILURE TO FOLLOW THESE PROCEDURES WILL RESULT IN DENIAL OF YOUR EXPEDITE REQUEST

_____ EXPEDITE GRANTED                    _____ EXPEDITE DENIED - CASE ROUTED
                                                  FOR NORMAL PROCESSING

Please note: This optional form is for use with the Western Service Center only