# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-01-276-58149 | CASE TYPE I360   PETITION FOR AMERASIAN, WIDOWER, OR SPECIAL IMMIGRANT |
|---|---|
| RECEIVED DATE July 26, 2001 | PRIORITY DATE | PETITIONER CHURCH OF SCIENTOLOGY OF LOS ANGEL |
| NOTICE DATE September 6, 2001 | PAGE 1 of 1 | BENEFICIARY A72 322 132 POCIEJ, MICHAL |

ROBERT L. OSWALD
NOTO & OSWALD PC
RE: MICHAL POCIEJ
1850 M ST NW STE 920
WASHINGTON DC 20036

Notice Type:  Receipt Notice

Amount received: $  110.00

Section: Special Immigrant-Religious
Worker, Sec.101(a)(27)(C)(ii)

The above application or petition has been received. It usually takes 30 to 60 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (949) 831 8427 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

03 0231



PLAINTIFF'S EXHIBIT NO. 27

FILED

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (949) 831 8427

FEB 12 2003

Form I-797 (Rev. 09/07/93)N

D-4216

LAW OFFICES
NOTO & OSWALD, PC
SUITE 920
1850 M STREET, N.W.
WASHINGTON, D.C. 20036-5820
(202) 331-2888
FAX: (202) 261-2835



ROBERT L. OSWALD
DIRECT DIAL (202) 261-2804

July 17, 2001

BY FEDERAL EXPRESS

United States Department of Justice
Immigration and Naturalization Service
California Service Center
24000 Avila Road
Laguna Niguel, California 92607

RE: Petition for Special Immigrant Religious Worker (I-360) pursuant to Section 203(b)(4) of the Immigration and Nationality Act (INA)
Petitioner: Church of Scientology of Los Angeles
Beneficiary: MICHAEL POCIEJ

Dear Sir or Madam:

Enclosed please find the following:

1. Notice of Entry of Appearance as Attorney (INS Form G-28);

2. Petition for Special Immigrant Religious Worker (INS Form I-360) with corresponding filing fee of $110.00;

3. Letter in support of the petition from the Church of Scientology of Los Angeles verifying Beneficiary's active membership of the Church of Scientology of Los Angeles and explaining the offer of employment;

4. Second letter in support of this petition signed by Pam Shannon, Corporate Secretary of the Church of Scientology, Los Angeles, CA.

NOTO & OSWALD, PC

United States Department of Justice
Immigration and Naturalization Service
California Service Center
July 17, 2001
Page 2

    5.   Copy of Mr. Pociej's Ordination Certificate as
       Minister of the Church of Scientology;

    6.   Other copies of documentation regarding Mr.
       Pociej's qualifying certifications from the
       Church of Scientology:

- The Dynamics of Money
- Overcoming Ups and Downs in Life
- Hubbard Dianetics Seminar
- Graduate of Study Technology
- Purification Rundown Delivery in Charge
- Purification Rundown Completion; and
- Hubbard Qualification Scientologist (Course Completion).

    7.   Copy of the Tax Exempt certificate issued by the
       INS showing that the Church is exempt from
       taxation with Section 501(c)(3) of the Internal
       Revenue Code of 1986 as it relates to religious
       organization;

    8.   Copy of directory listing of all the churches or
       subunits or affiliates of the Church of
       Scientology.

**8 C.F.R. 204.5(m)(3)** states that each petition for a
religious worker must be accompanied by:

    (ii) a letter from an authorized official of
    the religious organization which
    establishes: (A) that, immediately prior to
    the filing of the petition, the alien has
    the required two years of membership in the
    denomination and the required two years of
    experience in the religious vocation,

NOTO & OSWALD, PC

United States Department of Justice
Immigration and Naturalization Service
California Service Center
July 17, 2001
Page 3

    professional    religious    work,    or    other
    religious work.

    The petitioner submits two (2) letters in support of
this petition; one signed by Matt Ward, Deputy Director of
Special Affairs, and the other signed by Pam Shannon, the
Church's Corporation Secretary. (See Attachments 3 and 4).
Both Church officials confirm that Mr. Pociej posses the
required two (2) years of membership in the denomination
and the required two (2) years of experience in the
religious vocation, professional religious work, or other
religious work.

    **8 C.F.R. 204.5(m)(4)** requires that each petition for a
religious worker must be accompanied by a qualifying job
offer from an authorized official of the religious
organization at which the Beneficiary will be employed in
the United States. Petitioner will be employing Beneficiary
as Minister. (See Attachments 3 and 4.)

    **8 C.F.R. 204.5(g)(2)** requires that the petitioner must
submit documentation to establish that it has the ability
to pay the Beneficiary the proffered wage. Where the
employer employs 100 or more employees, a signed statement
from a financial officer of the Church will be acceptable.
Ms. Pam Shannon, Corporation Secretary, indicates in her
letter August 1, 2000 letter that the "Church of
Scientology has a staff of 104 and had gross receipts
totaling $1,971,824.99 in the last calendar year." She
further indicates that Mr. Pociej will "not be dependent on
supplemental employment or solicitation of funds for
support. His terms of remuneration are above the poverty
level for a single person." (See Attachment #4.)

    **8 C.F.R. 204.5(m)(3)(ii)(D)** requires that a petition
for special immigrant religious worker to show that the
alien is qualified in the religious occupation. Mr. Pociej
is an ordained minister at the Church of Scientology. (See
copy of Ordination certificate attached hereto as Exhibit

NOTO & OSWALD, PC

United States Department of Justice
Immigration and Naturalization Service
California Service Center
July 17, 2001
Page 4


6.) Enclosed also are the certificates of achievement
obtained by Mr. Pociej for his exemplary work with the
Church. (See Exhibit 7.)

    8 C.F.R. 204.5(m)(3)(i)(A) states that the Petitioner
must be accompanied by a documentation showing that it is
exempt from taxation in accordance with Section 501(c)(3)
of the Internal Revenue Code of 1986 as it relates to
religious organization. I have enclosed a copy of the tax-
exempt certificate issued by the INS indicating that the
Church is exempt from taxation with Section 501(c)(3) of
the Internal Revenue Code of 1986. (See Exhibit 5.)

    Your kind consideration to this matter is highly
appreciated.

                        Very truly yours,



                        Robert L. Oswald

| In re: | Petition for Special Immigrant Religious Worker (I-360) | DATE | |
|---|---|---|---|
| | | FILE No. | A72-322-132 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following-named person(s):

| NAME | | | ☒ Petitioner | ☐ Applicant |
|---|---|---|---|---|
| Church of Scientologist of Los Angeles | | | ☐ Beneficiary | ☐ |

| ADDRESS (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| 4810 Sunset Boulevard, Los Angeles, California 90027 | | | | |

| NAME | | | ☐ Petitioner | ☐ Applicant |
|---|---|---|---|---|
| | | | ☐ Beneficiary | ☐ |

| ADDRESS (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | | | | |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

United States Supreme Court
_____ and am not under a
*(Name of Court)*
court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following-named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2, whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS  NOTO & OSWALD, PC |
|---|---|
| | 1850 M Street, NW, Suite 920 Washington DC 20036 |

| NAME (Type or Print)  Robert L. Oswald | TELEPHONE NUMBER (202) 331-2883 |
|---|---|

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING-NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:* _____Robert L. Oswald_____
*(Name of Attorney or Representative)*

*THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
|---|---|---|
| Matt Ward, Deputy Director | | |

*(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)*

Form G-28
(Rev. 10-25-79)N

(OVER)

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

OMB No. 1115-0117

**U.S. Department of Justice**
Immigration and Naturalization Service

**Petition for Amerasian, Widow(er), or Special Immigrant**

## START HERE - Please Type or Print

### Part 1. Information about person or organization filing this petition.
(Individuals should use the top name line; organizations should use the second name line.) If you are a self-petitioning spouse or child and do not want INS to send notices about this petition to your home, you may show an alternate mailing address here. If you are filing for yourself and do not want to use an alternate mailing address, skip to part 2.

| | | | | | |
|---|---|---|---|---|---|
| Family Name | N/A | Given Name | N/A | Middle Initial | |

Company or Organization Name   CHURCH OF SCIENTOLOGY OF LOS ANGELES

Address - C/O   Matt Ward, Deputy Director of Special Affairs

Street Number and Name   4810 Sunset Boulevard     Apt. #   N/A

City   Los Angeles     State or Province   California

Country   USA     Zip/Postal Code   90027

| U.S. Social Security # | | A # | | IRS Tax # (if any) | 95-3671415 |
|---|---|---|---|---|---|

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|
| Resubmitted | |
| Reloc Sent | |
| Reloc Rec'd | |

☐ Petitioner/ Applicant Interviewed

☐ Beneficiary Interviewed

☐ I-485 Filed Concurrently
☐ Bene "A" File Reviewed

Classification

Consulate

Priority Date

Remarks:

Action Block

### Part 2. Classification Requested (check one):

a. ☐ Amerasian
b. ☐ Widow(er) of a U.S. citizen who died within the past two (2) years
c. ☐ Special Immigrant Juvenile
d. ☒ Special Immigrant Religious Worker
e. ☐ Special Immigrant based on employment with the Panama Canal Company, Canal Zone Government or U.S. Government in the Canal Zone
f. ☐ Special Immigrant Physician
g. ☐ Special Immigrant International Organization Employee or family member
h. ☐ Special Immigrant Armed Forces Member
i. ☐ Self-Petitioning Spouse of Abusive U.S. Citizen or Lawful Permanent Resident
j. ☐ Self-Petitioning Child of Abusive U.S. Citizen or Lawful Permanent Resident
k. ☐ Other, explain:

### Part 3. Information about the person this petition is for.

| | | | | | |
|---|---|---|---|---|---|
| Family Name | POCIEJ | Given Name | MICHAL | Middle Initial | |

Address - C/O   N/A

Street Number and Name   1316 North Edgemont Drive     Apt. #   206

City   Los Angeles     State or Province   California

Country   USA     Zip/Postal Code   90027

| Date of Birth (Month/Day/Year) | 09/26/47 | Country of Birth | Poland |
|---|---|---|---|

| U.S. Social Security # | 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 | A # (if any) | 72-322-132 |
|---|---|---|---|

Marital Status:   ☐ Single   ☒ Married   ☐ Divorced   ☐ Widowed

Complete the items below if this person is in the United States:

| Date of Arrival (Month/Day/Year) | 10/04/89 | I-94# | 631800813-01 |
|---|---|---|---|

| Current Nonimmigrant Status | In Proceedings | Expires on (Month/Day/Year) | N/A |
|---|---|---|---|

**To Be Completed by Attorney or Representative, if any**

☒ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #   DC364446

*Continued on back.*

Form I-360 (Rev. 09/11/00)Y  Page 6

**Part 7. Complete only if filing as a Widow/Widower, a Self-petitioning Spouse of an Abuser, or as a Self-petitioning Child of an Abuser.**

Section A. Information about the U.S. citizen husband or wife who died or about the U.S. citizen or lawful permanent resident abuser.

| Family Name | N/A | | | Given Name | N/A | | Middle Initial | |
|---|---|---|---|---|---|---|---|---|

| Date of Birth (Month/Day/Year) | N/A | Country of Birth | N/A | Date of Death (Month/Day/Year) | N/A |
|---|---|---|---|---|---|

He or she is now, or was at time of death a (check one):

☐ U.S. citizen born in the United States.
☐ U.S. citizen born abroad to U.S. citizen parents.
☐ U.S. citizen through Naturalization (Show A #) _____
☐ U.S. lawful permanent resident (Show A #) _____
☐ Other, explain _____

**Section B. Additional Information about you.**

| How many times have you been married? | How many times was the person in Section A married? | Give the date and place you and the person in Section A were married. *(If you are a self-petitioning child, write: "N/A")* |
|---|---|---|
| N/A | N/A | N/A |

When did you live with the person named in Section A? From *(Month/Year)* _____ until *(Month/Year)* _____ N/A

If you are filing as a widow/widower, were you legally separated at the time of to U.S citizen's death?   ☐ No   ☐ Yes, *(attach explanation)*.

Give the last address at which you lived together with the person named in Section A, and show the last date that you lived together with that person at that address:   N/A

If we filing as a self-petitioning spouse, have any of your children filed separate self-petitions?   ☐ No   ☐ Yes *(show child(ren)'s full names):*   N/A

**Part 8. Information about the spouse and children of the person this petition is for.** A widow/widower or a self-petitioning spouse of an abusive citizen or lawful permanent resident should also list the children of the deceased spouse or of the abuser.

| | Family Name | Given Name | Middle Initial | Relationship | Date of Birth (Month/Day/Year) | A # |
|---|---|---|---|---|---|---|
| A. | KOPCZYNSKA | JULITA | N/A | ☒ Spouse ☐ Child | 05/13/43 | N A |
| | Country of Birth: Poland | | | | | |
| B. | POCIEJ-ZALESKA | AGATA | N/A | ☒ Child | 12/09/72 | N/A |
| | Country of Birth: Poland | | | | | |
| C. | POCIEJ | PIOTR | N/A | ☒ Child | 05/03/79 | N/A |
| | Country of Birth: Poland | | | | | |
| D. | N/A | N/A | | N/A ☐ Child | N/A | N/A |
| | Country of Birth: N/A | | | | | |
| E. | N/A | N/A | | N/A ☐ Child | N/A | N/A |
| | Country of Birth: N/A | | | | | |
| F. | N/A | N/A | | N/A ☐ Child | N/A | N/A |
| | Country of Birth: N/A | | | | | |

Form I-360 (Rev 09/11/00)Y Page 8

# CHURCH OF
# SCIENTOLOGY
## OF LOS ANGELES

4810 Sunset Boulevard, Los Angeles, CA 90027   (213) 953-3200

Immigration and
Naturalization Service

re: Michal Pociej

May 25, 1998

To Whom It May Concern:

This letter is written in support of the Special Immigrant
Religious Worker (I-360) petition on behalf of Michal Pociej.

The Church of Scientology is a world wide religious
organization.  The Church of Scientology of Los Angeles was
established in 1954.  It is recognized as tax exempt by the IRS.
It has the same form of ecclesiastical administration, creed,
forms of worship, formal code of doctrine and religious services
and ceremonies in established places of religious worship as all
of the other Churches of Scientology.

The Church of Scientology of Los Angeles would like to
employ Michal Pociej as a staff member of its organization.  Mr.
Pociej is a certified minister in the Scientology religion.  As a
minister he may perform all the functions that are ordinarily
performed by an ordained minister of a religion, such as marriage
cerimonies, christenings, funerals, etc.  The position we are
offering Mr. Pociej is that of supervisor for the Purification
Rundown, a program to detoxify the body and enable parishioners
to then procede with the spiritual counseling offered by the
Church.

Additionally, as part of his duties Mr. Pociej will be
training and working to directly assist Scientology parishioners
seeking enlightment through religious counseling and study of the
religious scriptures of the Founder of the Scientology religion.
These actions may include contacting parishioners to invite them
to religious events, counseling parishioners one-on-one,
administering ecclesiastical forms which will determine which
services the parishioner will take and which involves working
with the parishioners one-on-one, disseminating Scientology

Improving Life in a Troubled World

religious precepts to the broad public in groups or on a one-on
-one basis, giving lectures on the principles of Scientology, and
supervising the delivery of Scientology religious courses.

    Mr. Pociej has been selected for these duties due to his
familiarity with the nomenclature used in the Scientology
religious scriptures and because of the training and experience
he has regarding these scriptures.

    Mr. Pociej has performed as a religious worker for the
Church of Scientology of Los Angeles for the previous two (2)
years.

    Our Church would appreciate your kind attention to this
matter on behalf of Mr. Pociej.

                          Sincerely,

                          Matt Ward
                          Deputy Director of
                          Special Affairs



# Church of
# SCIENTOLOGY
## of Los Angeles

## Office of Public Affairs

August 1, 2000

U.S. Department of Justice
Immigration & Naturalization Service

> In re: Religious Worker Petition
> Petitioner:   CHURCH OF SCIENTOLOGY OF LOS ANGELES
> Beneficiary: **MICHAEL POCIEJ**

Dear Sir or Madam:

This is in response to the attached request received from the INS regarding the I-360 petition filed on behalf of MICHAEL POCIEJ.

The Church of Scientology of Los Angeles is a religious corporation under the laws of the State of California. It has the same form of ecclesiastical administration, creed, forms of worship, formal code of doctrine and religious services and ceremonies in established places of religious worship as all of the other Churches of Scientology worldwide.

As a subordinate organization, the Church of Scientology of Los Angeles receives its exemption from the Church of Scientology International. Please refer to the enclosed letter from the Internal Revenue Office to the Church of Scientology International granting group exemption under section 501(c)(3). Attached to the exemption letter is a list of all the Churches of Scientology in the US including the Church of Scientology of Los Angeles.

Opening its doors on February 18, 1954, the Church of Scientology of Los Angeles (the very first Scientology church), began as a thinly-staffed group who, nevertheless, wanted to deliver L. Ron Hubbard's life-changing religious philosophy to others and help him achieve the goal of a new civilization. As word about the miracle results of Mr. Hubbard's applied religious philosophy spread, and as his organizational policy was issued and implemented, the Los Angeles church grew. Today, the Church of Scientology is a worldwide religious organization and the Church of Scientology of Los Angeles is but one of several hundred churches and missions dedicated to bringing into reality L. Ron Hubbard's dream of civilization without insanity, without criminals and without war, where the able can have rights, and where man is free to rise to greater heights.

**4810 Sunset Blvd. • Los Angeles, California 90027 • (323) 953-3200**

Page 2.

Today the Church of Scientology of Los Angeles has a staff of 104 and had gross receipts totaling $1,971,824.99 in the last calendar year.

Michael Pociej has been a member of the Church of Scientology since May of 1996. Mr. Pociej is a certified minister in the Church of Scientology. As a minister, he has been performing all the functions that are ordinarily performed by an ordained minister of religion such as marriage ceremonies, christenings, funerals, etc. He has been a volunteer on a nearly full time basis with the Church of Scientology of Los Angeles since May of 1996. The position being offered Mr. Pociej will continue as the same, imparting our scriptures to our parishioners.

Mr. Pociej has been an ordained minister of the Church of Scientology since March 2, 1998. (See ordination certificate dated March 2, 1998 attached hereto as Exhibit 1.) (See also certificates of achievement attached hereto as Exhibit 2.)

Mr. Pociej's duties will also include further study of the religious scriptures of the Founder of the Scientology religion. These duties also may include contacting parishioners to invite them to religious events, counseling parishioners one-on-one, administering ecclesiastical forms which will determine which services the parishioner will participate in, disseminating Scientology religious doctrines to the general public and giving lectures on the principles of Scientology. In addition, he will supervise other religious workers in the Church of Scientology in delivering Scientology religious courses. Mr. Pociej has been selected for these responsibilities because of his familiarity with the nomenclature used in Scientology Scriptures and his training and experience as well.

Mr. Pociej has been offered this position solely to be a religious worker and minister of religion in the Church of Scientology. He will not be dependent on supplemental employment or solicitation of funds for support. His terms of remuneration are above the poverty level for a single person.

Should you have further questions regarding the Church of Scientology or Michael Pociej, please do not hesitate to call me.

Respectfully Yours,

Pam Shannon
Corporation Secretary



The Church of Scientology®

Qualifications Division,

Department of Certificates and Awards

Does Hereby Certify That

# Michal Pociej

Has Satisfactorily Attained and Completed

the Requirements Necessary and is

Awarded the Certificate of

# Ordained Minister of The Church of Scientology

Attested by
P. Matthes
_____
Director of Certificates and Awards

Attested by
Melanie Lelas
_____
Keeper of Seals and Signature

Issued at: LAFLm   Date: 2 Mar 98   Certificate No: _____



*The Church of Scientology®*
*Qualifications Division,*
*Department of Certificates and Awards*
*Does Hereby Certify That*

# Michał Pociej

*Has Satisfactorily Attained and Completed*
*the Requirements Necessary and is*
*Awarded the Certificate of*

# THE DYNAMICS OF MONEY
## COURSE GRADUATE

*Attested by*

Director of Certificates and Awards

*Attested by*

Keeper of Seals and Signature

*Issued at:* LA DAY *Date:* 24 FEB 92 *Certificate No:* 32492 LAD



The Church of Scientology
Qualifications Division,
Department of Certificates and Awards
Does Hereby Certify That

# Michal Pociej

Has Satisfactorily Attained and Completed
the Requirements Necessary and is
Awarded the Certificate of

# OVERCOMING
# UPS & DOWNS IN LIFE
## COURSE GRADUATE

Attested by

_Clay Taylor_
Director of Certificates and Awards

Attested by

_____
Keeper of Seals and Signature

Issued at: _LA DAY_  Date: _3 OCT 91_  Certificate No.: _F 09 0692 LAO_



The Church of Scientology®
Qualifications Division,
Department of Certificates and Awards
Does Hereby Certify That

# Michal Pociej

Has Satisfactorily Attained and Completed
the Requirements Necessary and is
Awarded the Certificate of

# HUBBARD
# DIANETICS SEMINAR
## GRADUATE

Attested by

_Director of Certificates and Awards_

Attested by
G. MacTaggart
_Keeper of Seals and Signatures_

Issued at: _LAD_     Date: _24 Sept 91_   Certificate No. _9119241858_

_Founder_



The Church of Scientology

Qualifications Division, Department of Validity

Does Hereby Certify That

**Michael Pociej**

Has Satisfactorily Attained and Completed

the Requirements Necessary and is Awarded the Certificate of

# Graduate of Study Technology

Awarded by

_Melanie Lekas_
Director of Validity

Attested by

_____
Keeper of Seals and Signature

Issued at: **LA Foundation** Date: **10 DEC '91** Certificate No: **1012 14A**

Provisional

Founder



The Church of Scientology
Qualifications Division, Department of Validity
Does Hereby Certify That

# MICHAL POCIEJ

Has Satisfactorily Attained and Completed
the Requirements Necessary and is Awarded this Certificate of

# PURIFICATION RUNDOWN DELIVERY IN CHARGE

Attested by _____

Issued at _____ Date _____ Certificate No. 0123972

Provisional _____

Keeper of Seals and Signatures

Division Validity

PURIFICATION RUNDOWN

L. Ron Hubbard, Founder



The Church of Scientology

Qualifications Division, Department of Certificates and Awards

Does Hereby Certify That

# MICHAL POCIEJ

Has Satisfactorily Attained and Completed

the Requirements Necessary and is Awarded the Certificate of

# PURIFICATION RUNDOWN
## COMPLETION

Attested by _____
Director of Certificates and Awards

Verified by _____
Keeper of Seals and Signatures

Issued at _____ Date 22 Jun '93   Certificate No. Int. 93-012

The Church of Scientology

Qualifications Division, Department of Certificates and Awards

Does Hereby Certify That

## MICHAL POCIEJ

Has Satisfactorily Attained and Completed

the Requirements Necessary and is Awarded the Certificate of

# HUBBARD QUALIFIED SCIENTOLOGIST

## COURSE COMPLETION

Attested by _____   Attested by _____

_Director of Certificates and Awards_   _Keeper of Seals and Signatures_

Issued at: _____   Date 21 May 03   Certificate No. _____

## CERTIFICATION

I, Leslie Lane Browning, do hereby certify as follows:

1.   That I am the Assistant Secretary of Church of Scientology International, a non-profit religious corporation organized under laws of the state of California.

2.   That attached hereto is a true and correct copy of a letter from the Internal Revenue Service dated October 1, 1993 addressed to Church of Scientology International granting exemption from federal income tax under section 501(a) of the Internal Revenue Code as described in section 501(c)(3).

Executed this 12th day of October 1993.

_Leslie Lane Browning_
(Leslie Lane Browning)

State of California    )
                       ) ss
County of Los Angeles )

On 12 October 1993 before me, the undersigned, a notary public for the State of California, personally appeared Leslie Lane Browning personally known to me to be the person whose name is subscribed to the within instrument and acknowledged the same in her authorized capacity and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_(Signature)_

OFFICIAL NOTARY SEAL
JOYCE E. VAN DYK
Notary Public — California
LOS ANGELES COUNTY
My Comm. Expires APR 11, 1995

**Internal Revenue Service**                    Department of the Treasury

                                            Washington, DC 20224

Church of Scientology                       Person to Contact:     J. Rotz
    International
6331 Hollywood Blvd.                        Telephone Number:     (202) 622-8100
Los Angeles, CA 90028                       Refer Reply to:       E:EO:R:2

                                            Date:

                Employer Identification Number:   59-2153303
                            Key District:   Los Angeles
                           Service Center:   Fresno, CA 93888
                  Accounting Period Ending:   December 31
           Foundation Status Classification:   509(a)(1) &
                                               170(b)(1)(A)(i)
                      Form 990 Required:   No

Dear Applicant:

     Based on information supplied, and assuming the operations
of your subordinate organizations will be as stated in your
application for recognition of exemption, we have determined that
your subordinate organizations are exempt from federal income tax
under section 501(a) of the Internal Revenue Code as organiza-
tions described in section 501(c)(3).

     Our records show that you were recognized as exempt from
federal income tax as an organization described in section
501(c)(3) of the Code.

     We have further determined that your subordinate organiza-
tions are not private foundations within the meaning of section
509(a) of the Code, because your subordinates are organizations
described in the section(s) above.

     If your subordinate organizations' sources of support,
purposes, character, or method of operation change, please let
your key district know so that office can consider the effect of
the change on the exempt status and foundation status of your
subordinate organizations.  In the case of an amended document or
bylaws, please send a copy of the amended document or bylaws to
your key district.  Also, you should inform your key District
Director of all changes in the name or address of your subordi-
nates.

     As of January 1, 1984, unless specifically excepted, your
subordinate organizations are liable for taxes under the Federal
Insurance Contributions Act (social security taxes) on remunera-
tion of $100 or more paid to each of your subordinates employees
during a calendar year.  This does not apply, however, if your

-2-

Church of Scientology
  International

subordinate organizations make or have made a timely election
under section 3121(w) of the Code to be exempt from such tax.
Your subordinate organizations are not liable for the tax imposed
under the Federal Unemployment Tax Act (FUTA).

    Since your subordinate organizations are not a private
foundations, your subordinate organizations are not subject to
the excise taxes under Chapter 42 of the Code.  However, your
subordinate organizations are not automatically exempt from other
federal excise taxes.  If your subordinate organizations have any
questions about excise, employment, or other federal taxes,
please contact the applicable key District Director.

    Donors may deduct contributions to your subordinate organi-
zations as provided in section 170 of the Code.  Bequests,
legacies, devises, transfers, or gifts to your subordinate
organizations are deductible for federal estate and gift tax
purposes if they meet the applicable provisions of sections 2055,
2106, and 2522.

    Donors (including private foundations) may rely on this
ruling unless the Internal Revenue Service publishes notice to
the contrary.  However, if your subordinate organizations lose
section 509(a) status as shown above, donors (other than private
foundations) may not rely on the classification shown above if
they were in part responsible for, or were aware of, the act that
resulted in the loss of such status, or they acquired knowledge
that the Internal Revenue Service had given notice that your
subordinate organization would be removed from that classifica-
tion.  Private foundations may rely on the classification as long
as your subordinate organizations were not directly or indirectly
controlled by them or by disqualified persons with respect to
them.  However, private foundations may not rely on the classifi-
cation shown above if they acquired knowledge that the Internal
Revenue Service had given notice that your subordinate organiza-
tions would be removed from that classification.

    If your subordinate organizations conduct fund raising
events such as benefit dinners, auctions, membership drives,
etc., where something of value is received in return for contri-
butions, your subordinate organizations can help the donors avoid
difficulties with their income tax returns by assisting them in
determining the proper tax treatment of their contributions.  To
do this your subordinate organizations should, in advance of the
event, determine the fair market value of the benefit received
and state it in the fund raising materials such as solicitations,
tickets, and receipts in such a way that the donors can determine
how much is deductible and how much is not.  To assist your
subordinate organizations in this, the Service has issued Publi-

-3-

Church of Scientology
  Inter..ational

cation 1391, Deductibility of Payments Made to Organizations
Conducting Fund Raising Events.  The subordinate organizations
may obtain copies of Publication 1391 from applicable key dis-
trict office.

    Your subordinate organizations are not required to file
federal income tax returns unless your subordinate organizations
are subject to the tax on unrelated business income under section
511 of the Code.  If your subordinate organizations are subject
to this tax, each must file an income tax return on Form 990-T,
Exempt Organization Business Income Tax Return.  In this letter
we are not determining whether any of your subordinate organiza-
tions present or proposed activities are unrelated trade or
business as defined in section 513 of the Code.

    Your subordinate organizations are required to make their
annual return available for public inspection for three years
after the return is due.  You are required to make a copy of your
group exemption application, and supporting documents, and your
exemption letter available for public inspection.  Failure to
make these documents available for public inspection may subject
you and the subordinate organization to a penalty of $10 per day
for each day there is failure to comply.  See Internal Revenue
Service Notice 88-120, 1988-2 C.B. 454, for additional informa-
tion.

    Each year, at least 90 days before the end of your annual
accounting period, please send the items listed below to the
service center shown above.

    1.  A statement describing any changes during the year in
    the purposes, character, or method of operation of your
    subordinates.

    2.  A list showing the names, mailing addresses (including
    postal ZIP codes), actual address if different, and employer
    identification numbers of subordinates that during that
    year:

        a.  changed names or addresses;
        b.  were deleted from your roster; or
        c.  were added to your roster.

If you are not a church or church-controlled organization,
you will receive a "List of Parents and Subsidiary Ac-
counts," from your service center approximately six months
prior to the end of your accounting period.  For your con-
venience, you may use that information to update your list

-4-

Church of Scientology
  International

      of subordinate units.  An annotated directory of subordi-
      nates will not be accepted for this purpose.

3.  For subordinates to be added, attach:
    a.  a statement that the information on which your
        present group exemption letter is based applies to
        the new subordinate;
    b.  a statement that each has given you written
        authorization to add its name to the roster;
    c.  a list of those to which the Service previously
        issued exemption rulings or determination letters;
    d.  a statement that none of the subordinates is a
        private foundation as defined in section 509(a) of
        the Code;
    e.  the street address of subordinates where the mailing
        address is a P.O. Box; and
    f.  for each subordinate that is a school claiming
        exemption under section 501(c)(3), the information
        required by Rev. Proc. 75-50, 1975-2 C.B. 587.  Also
        include any other information necessary to establish
        that the school is complying with the requirements
        of Rev. Rul. 71-447, 1971-2 C.B. 230.  This is the
        same information required by Schedule B, Form 1023,
        Application for Recognition of Exemption under
        section 501(c)(3) of the Internal Revenue Code.

4.  If applicable, a statement that your group exemption
    roster did not change during the year.

    This ruling is based on evidence that the funds of your
subordinate organizations are dedicated to the purposes listed in
section 501(c)(3) of the Code.  To assure your subordinate
organizations continued exemption, your subordinates should
maintain records to show that funds are expended only for those
purposes.  If your subordinate organizations distribute funds to
other organizations, records should be maintained to show whether
they are exempt under section 501(c)(3).  In cases where the
recipient organization is not exempt under section 501(c)(3),
there should be evidence that the funds will remain dedicated to
the required purposes and that they will be used for those
purposes by the recipient.

    If distributions are made to individuals, case histories
regarding the recipients should be kept showing names, addresses,
purposes of awards, manner of selection, and relationship (if
any) to members, officers, trustees or donors of funds to you and
your subordinate organizations, so that any and all distributions
made to individuals can be substantiated upon request by the
Internal Revenue Service. (Rev. Rul. 56-304 1956-2, C.B. 306.)

-5-

Church of Scientology
  International


     In this letter, we have not determined the effect on the
exempt status of your subordinate organizations of financing
activities with the proceeds of tax-exempt bonds since you have
not indicated that your subordinate organizations intend to use
such methods now or in the future.

     Your subordinate organizations need an employer identifica-
tion number even if there are no employees.  Please use that
number on all returns filed by you and your subordinate organiza-
tions and in all correspondence with the Internal Revenue Ser-
vice.  We are informing your key District Director of this
ruling.  Because this letter could help resolve any questions
about the exempt status and foundation status of your subordinate
organizations, you should keep it in your permanent records.

     This determination does not apply to any of your subordinate
organizations organized and operated in a foreign country.

     Your service center will send you a Group Exemption Number.
Please provide your subordinates with the Group Exemption Number.
It must be used on any tax or information return required to be
filed.

     If you have any questions about this ruling, please contact
the person whose name and telephone number are shown in the
heading of this letter.  For other matters, including questions
concerning reporting requirements, please contact your key
District Director.

                              Sincerely,

                              Jeanne S. Gessay
                              Chief, Exempt Organizations
                                Rulings Branch 2

## CERTIFICATION

I, Leslie Lane Browning, do hereby certify as follows:

1. That I am the Assistant Secretary of Church of Scientology International, a non-profit religious corporation organized under laws of the state of California.

2. That attached hereto is a true and correct copy of a list from the Internal Revenue Service entitled "Subordinate Churches Under CSI Group Exemption."

Executed this 12th day of October 1993.

_Leslie Lane Browning_

State of California      )
                         ) ss
County of Los Angeles    )

On 12 October 1993 before me, the undersigned, a notary public for the State of California, personally appeared Leslie Lane Browning personally known to me to be the person whose name is subscribed to the within instrument and acknowledged the same in her authorized capacity and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

(Signature)

OFFICIAL NOTARY SEAL
JOYCE E. VAN DYK
Notary Public — California
LOS ANGELES COUNTY
My Comm. Expires APR 11,1995

**Subordinate Churches Under CSI Group Exemption**

CHURCH OF SCIENTOLOGY OF ANN ARBOR
Address:  122 South Main Street
          Ann Arbor, Michigan  48104
Employer ID #: 38-2139059


CHURCH OF SCIENTOLOGY OF ARIZONA
Address:  4450 N. Central Ave, Suite 102
          Phoenix, Arizona  85013
Employer ID #: 86-0336186


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE DALLAS
Address:  8501 Manderville Lane
          Dallas, Texas  75231
Employer ID #: 75-1338096


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL
Address:  5930 Franklin Ave.
          LA, Calif.  90028
Employer ID #:  95-2707137


CHURCH OF SCIENTOLOGY CREATIVE MISSION OF LAS VEGAS
Address:  1100 S. 10th Street
          LV, Nevada  89104
Employer ID #: 88-0123784


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE NASHVILLE
Address:  38 Music Square West
          Nashville, Tennessee
Employer ID #:  62-1233115


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE NEW YORK
Address:  65 E. 82nd Street
          NY, NY 10036
Employer ID #:  13-3239797


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE PORTLAND
Address:  709 South West Salmon Street
          Portland, Oregon 97205
Employer ID #: 93-0833789

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE WASHINGTON, D.C.
Address:   4214 16th Street, N.W.
           Washington, D.C.
Employer ID #:  52-1400512


CHURCH OF SCIENTOLOGY OF CENTRAL OHIO (Columbus)
Address: 167 E. State Street
         Columbus, Ohio  43215
Employer ID #: 31-0898884


CHURCH OF SCIENTOLOGY OF COLORADO
Address:  375 South Navajo Street
          Denver, Colorado
Employer ID #:  84-0690819


CHURCH OF SCIENTOLOGY OF CONNECTICUT (New Haven)
Address:  909 Whaley Ave.
          New Haven, Connecticut  06515
Employer ID #: 06-1077361


FOUNDING CHURCH OF SCIENTOLOGY OF WASHINGTON D.C.
Address:  2125 S Street N.W.
          Washington, D.C.  20008
Employer ID #:  53-6014221


CHURCH OF SCIENTOLOGY OF GEORGIA (Atlanta)
Address:  2632 Piedmont Road, NE
          Atlanta, Georgia 30324-3011
Employer ID #: 58-1877994


CHURCH OF SCIENTOLOGY OF ILLINOIS
Address:  3011 North Lincoln Avenue
          Chicago, Illinois  60651
Employer ID #:  36-2811475


CHURCH OF SCIENTOLOGY OF KANSAS CITY
Address:  3619 Broadway
          Kansas City, Missouri  64111
Employer ID #: 43-1346944


CHURCH OF SCIENTOLOGY OF LONG ISLAND
Address:  99 Railroad Station Plaza
          Hicksville, NY 11801
Employer ID #: 11-2488514

- 2 -

CERTIFICATION

I, Leslie Lane Browning, do hereby certify as follows:

1. That I am the Assistant Secretary of Church of Scientology International, a non-profit religious corporation organized under laws of the state of California.

2. That attached hereto is a true and correct copy of a list from the Internal Revenue Service entitled "Subordinate Churches Under CSI Group Exemption."

Executed this 12<u>th</u> day of October 1993.

_____
Leslie Lane Browning

State of California    )
                       ) ss
County of  Los Angeles )


On 12 October 1993 before me, the undersigned, a notary public for the State of California, personally appeared Leslie Lane Browning personally known to me to be the person whose name is subscribed to the within instrument and acknowledged the same in her authorized capacity and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
(Signature)

OFFICIAL NOTARY SEAL
JOYCE E. VAN DYK
Notary Public — California
LOS ANGELES COUNTY
My Comm. Expires APR 11,1995

**Subordinate Churches Under CSI Group Exemption**

CHURCH OF SCIENTOLOGY OF ANN ARBOR
Address:  122 South Main Street
          Ann Arbor, Michigan  48104
Employer ID #:  38-2139059

CHURCH OF SCIENTOLOGY OF ARIZONA
Address:  4450 N. Central Ave, Suite 102
          Phoenix, Arizona  85013
Employer ID #:  86-0336186

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE DALLAS
Address:  8501 Manderville Lane
          Dallas, Texas  75231
Employer ID #:  75-1338096

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL
Address:  5930 Franklin Ave.
          LA, Calif.  90028
Employer ID #:  95-2707137

CHURCH OF SCIENTOLOGY CREATIVE MISSION OF LAS VEGAS
Address:  1100 S. 10th Street
          LV, Nevada  89104
Employer ID #:  88-0123784

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE NASHVILLE
Address:  38 Music Square West
          Nashville, Tennessee
Employer ID #:  62-1233115

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE NEW YORK
Address:  65 E. 82nd Street
          NY, NY 10036
Employer ID #:  13-3239797

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE PORTLAND
Address:  709 South West Salmon Street
          Portland, Oregon 97205
Employer ID #:  93-0833789

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE WASHINGTON, D.C.
Address:  4214 16th Street, N.W.
          Washington, D.C.
Employer ID #:  52-1400512


CHURCH OF SCIENTOLOGY OF CENTRAL OHIO (Columbus)
Address: 167 E. State Street
         Columbus, Ohio  43215
Employer ID #: 31-0898884


CHURCH OF SCIENTOLOGY OF COLORADO
Address:  375 South Navajo Street
          Denver, Colorado
Employer ID #:  84-0690819


CHURCH OF SCIENTOLOGY OF CONNECTICUT (New Haven)
Address:  909 Whaley Ave.
          New Haven, Connecticut  06515
Employer ID #: 06-1077361


FOUNDING CHURCH OF SCIENTOLOGY OF WASHINGTON D.C.
Address:  2125 S Street N.W.
          Washington, D.C.  20008
Employer ID #:  53-6014221


CHURCH OF SCIENTOLOGY OF GEORGIA (Atlanta)
Address:  2632 Piedmont Road, NE
          Atlanta, Georgia 30324-3011
Employer ID #: 58-1877994


CHURCH OF SCIENTOLOGY OF ILLINOIS
Address:  3011 North Lincoln Avenue
          Chicago, Illinois  60651
Employer ID #:  36-2811475


CHURCH OF SCIENTOLOGY OF KANSAS CITY
Address:  3619 Broadway
          Kansas City, Missouri  64111
Employer ID #: 43-1346944


CHURCH OF SCIENTOLOGY OF LONG ISLAND
Address:  99 Railroad Station Plaza
          Hicksville, NY 11801
Employer ID #: 11-2488514

- 2 -

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE WASHINGTON, D.C.
Address:  4214 16th Street, N.W.
          Washington, D.C.
Employer ID #:  52-1400512


CHURCH OF SCIENTOLOGY OF CENTRAL OHIO (Columbus)
Address: 167 E. State Street
          Columbus, Ohio  43215
Employer ID #: 31-0898884


CHURCH OF SCIENTOLOGY OF COLORADO
Address:  375 South Navajo Street
          Denver, Colorado
Employer ID #:  84-0690819


CHURCH OF SCIENTOLOGY OF CONNECTICUT (New Haven)
Address:  909 Whaley Ave.
          New Haven, Connecticut  06515
Employer ID #: 06-1077361


FOUNDING CHURCH OF SCIENTOLOGY OF WASHINGTON D.C.
Address:  2125 S Street N.W.
          Washington, D.C.  20008
Employer ID #:  53-6014221


CHURCH OF SCIENTOLOGY OF GEORGIA (Atlanta)
Address:  2632 Piedmont Road, NE
          Atlanta, Georgia 30324-3011
Employer ID #: 58-1877994


CHURCH OF SCIENTOLOGY OF ILLINOIS
Address:  3011 North Lincoln Avenue
          Chicago, Illinois  60651
Employer ID #:  36-2811475


CHURCH OF SCIENTOLOGY OF KANSAS CITY
Address:  3619 Broadway
          Kansas City, Missouri  64111
Employer ID #: 43-1346944


CHURCH OF SCIENTOLOGY OF LONG ISLAND
Address:  99 Railroad Station Plaza
          Hicksville, NY 11801
Employer ID #: 11-2488514

- 2 -

CHURCH OF SCIENTOLOGY OF LOS ANGELES
Address:  4810 W. Sunset Blvd.
          Los Angeles, Calif.  90027
Employer ID #:  95-3671415


CHURCH OF SCIENTOLOGY OF MOUNTAIN VIEW
Address:  2483 Old Middlefield Way
          Mountain View, California  94043
Employer ID #:  94-2478723


CHURCH OF SCIENTOLOGY OF NEW MEXICO (Albuquerque)
Address:  8106 Menaul Blvd, N.E.
          Albuquerque, New Mexico  87110
Employer ID #: 85-0210803


CHURCH OF SCIENTOLOGY OF OHIO (Cincinnati)
Address: 215 W. 4th Street, Fifth Floor
         Columbus, Ohio 45220
Employer ID #: 31-0929925


CHURCH OF SCIENTOLOGY OF ORANGE COUNTY
Address:  1451 Irvine Blvd.
          Tustin, Calif.  92680
Employer ID #:  23-7429358


CHURCH OF SCIENTOLOGY OF ORLANDO, INC.
Address:  1510 E. Colonial Drive, Suite 100 W
          Orlando, Florida  32803
Employer ID #: 59-2153243


CHURCH OF SCIENTOLOGY OF PENNSYLVANIA (Philadelphia)
Address:  1315 Race Street
          Philadelphia, Pennsylvania
Employer ID #:  23-1732803


CHURCH OF SCIENTOLOGY OF PUERTO RICO
Address:  272 Avenue Central
          Hyde Park
          Hato Rey, Puerto Rico  00918
Employer ID #: 66-0438770


- 3 -

CHURCH OF SCIENTOLOGY OF SAN FRANCISCO
Address:   83 McAllister Street
           San Francisco, Calif.  94102
Employer ID #:  94-2784858


CHURCH OF SCIENTOLOGY OF STEVENS CREEK
Address:   80 E. Rosemary
           San Jose, California  95112
Employer ID #:  94-1695341


CHURCH OF SCIENTOLOGY OF TAMPA, INC.
Address:   4809 N. Armenia Suite 215
           Tampa, Florida  33603
Employer ID #:  59-2001225


CHURCH OF SCIENTOLOGY OF UTAH
Address:   1931 South 100 East
           Salt Lake City, Utah  84106
Employer ID #:  87-0277039


CHURCH OF SCIENTOLOGY OF THE VALLEY
Address:   3619 W. Magnolia
           Burbank, Calif.  91505
Employer ID #:  95-2648209

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE WASHINGTON, D.C.
Address:  4214 16th Street, N.W.
          Washington, D.C.
Employer ID #:  52-1400512


CHURCH OF SCIENTOLOGY OF CENTRAL OHIO (Columbus)
Address: 167 E. State Street
         Columbus, Ohio  43215
Employer ID #: 31-0898884


CHURCH OF SCIENTOLOGY OF COLORADO
Address:  375 South Navajo Street
          Denver, Colorado
Employer ID #:  84-0690819


CHURCH OF SCIENTOLOGY OF CONNECTICUT (New Haven)
Address:  909 Whaley Ave.
          New Haven, Connecticut  06515
Employer ID #: 06-1077361


FOUNDING CHURCH OF SCIENTOLOGY OF WASHINGTON D.C.
Address:  2125 S Street N.W.
          Washington, D.C.  20008
Employer ID #:  53-6014221


CHURCH OF SCIENTOLOGY OF GEORGIA (Atlanta)
Address:  2632 Piedmont Road, NE
          Atlanta, Georgia 30324-3011
Employer ID #: 58-1877994


CHURCH OF SCIENTOLOGY OF ILLINOIS
Address:  3011 North Lincoln Avenue
          Chicago, Illinois  60651
Employer ID #:  36-2811475


CHURCH OF SCIENTOLOGY OF KANSAS CITY
Address:  3619 Broadway
          Kansas City, Missouri  64111
Employer ID #: 43-1346944


CHURCH OF SCIENTOLOGY OF LONG ISLAND
Address:  99 Railroad Station Plaza
          Hicksville, NY 11801
Employer ID #: 11-2488514

CHURCH OF SCIENTOLOGY OF LOS ANGELES
Address:   4810 W. Sunset Blvd.
           Los Angeles, Calif.   90027
Employer ID #:  95-3671415


CHURCH OF SCIENTOLOGY OF MOUNTAIN VIEW
Address:   2483 Old Middlefield Way
           Mountain View, California   94043
Employer ID #:  94-2478723


CHURCH OF SCIENTOLOGY OF NEW MEXICO (Albuquerque)
Address:   8106 Menaul Blvd, N.E.
           Albuquerque, New Mexico   87110
Employer ID #: 85-0210803


CHURCH OF SCIENTOLOGY OF OHIO (Cincinnati)
Address: 215 W. 4th Street, Fifth Floor
           Columbus, Ohio 45220
Employer ID #: 31-0929925


CHURCH OF SCIENTOLOGY OF ORANGE COUNTY
Address:   1451 Irvine Blvd.
           Tustin, Calif.   92680
Employer ID #:  23-7429358


CHURCH OF SCIENTOLOGY OF ORLANDO, INC.
Address:   1510 E. Colonial Drive, Suite 100 W
           Orlando, Florida   32803
Employer ID #: 59-2153243


CHURCH OF SCIENTOLOGY OF PENNSYLVANIA (Philadelphia)
Address:   1315 Race Street
           Philadelphia, Pennsylvania
Employer ID #:  23-1732803


CHURCH OF SCIENTOLOGY OF PUERTO RICO
Address:   272 Avenue Central
           Hyde Park
           Hato Rey, Puerto Rico   00918
Employer ID #: 66-0438770

CHURCH OF SCIENTOLOGY OF SAN FRANCISCO
Address:   83 McAllister Street
           San Francisco, Calif.   94102
Employer ID #:   94-2784858


CHURCH OF SCIENTOLOGY OF STEVENS CREEK
Address:   80 E. Rosemary
           San Jose, California   95112
Employer ID #:   94-1695341


CHURCH OF SCIENTOLOGY OF TAMPA, INC.
Address:   4809 N. Armenia Suite 215
           Tampa, Florida   33603
Employer ID #:   59-2001225


CHURCH OF SCIENTOLOGY OF UTAH
Address:   1931 South 100 East
           Salt Lake City, Utah   84106
Employer ID #:   87-0277039


CHURCH OF SCIENTOLOGY OF THE VALLEY
Address:   3619 W. Magnolia
           Burbank, Calif.   91505
Employer ID #:   95-2648209



**NOTO & OSWALD PC**
**Operating Account**
1850 M Street NW Suite 920
Washington, DC  20036
T521757065

7358

15-122/540
BRANCH 97762

DATE  July 24, 2001

PAY TO THE
ORDER OF ___ I. N. S. _____ $ 110.00

ONE HUNDRED TEN AND 00/100 _____ DOLLARS



**First Union National Bank**
**firstunion.com**
Org. 052   R/T 054001220

FOR ___ Filing Fees, Client No. 4216 _____

⑈000073588⑈ ⑈054001220⑈ 20308000197398⑈

**FedEx** Express  **USA Airbill**

Tracking Number  **8246 3452 0179**

**1 From**  Please print and press hard.

Date  July 04 2002    Sender's FedEx Account Number

Sender's Name  ROBERT L. OSWALD    Phone ( 202 ) 331-2482

Company  NOTO & OSWALD PC

Address  1850 M ST NW STE 920

City  WASHINGTON   State  DC   ZIP  20036

**2 Your Internal Billing Reference**  (First 24 characters will appear on invoice.)
ralb michaelspocks.mo

**3 To**
Recipient's Name  US Dept. of Justice    Phone ( )

Company  Immigration & Naturalization Service

Address  California Service Center
24000 Avila Road

City  Laguna Niguel   State  CA   ZIP  92607

**4a Express Package Service**

☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☒ FedEx Express Saver

**4b Express Freight Service**
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight

**5 Packaging**
☒ FedEx Envelope/Letter
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other Pkg.

**6 Special Handling**
☐ SATURDAY Delivery
☐ SUNDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☐ No  ☐ Yes  ☐ Yes  ☐ Dry Ice  ☐ Cargo Aircraft Only

**7 Payment** Bill to:
☒ Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

Total Packages   Total Weight   Total Declared Value $ .00

**8 Release Signature**

Questions? Visit our Web site at www.fedex.com
or call 1-800-Go-FedEx (800)463-3339.

See back for application instructions.

0161031419

Sender's Copy

403