**U.S. Department of Justice**
Immigration and Naturalization Office

**Notice of Action**

| A# | Application/Petition<br>I-360 Petition for Amerasian, Widow(er), or Special Immigrant |
|---|---|
| Receipt #<br>WAC01 276 58149 | Applicant/Petitioner<br>Church of Scientology of Los Angeles |
| Notice Date<br>February 21, 2002 | Page<br>1 of 2 | Beneficiary<br>Pociej, Michal |

ROBERT L. OSWALD
NOTO & OSWALD PC
RE: MICHAL POCIEJ
1850 M ST NW STE 920
WASHINGTON DC 20036-

**Request for Evidence**

**IMPORTANT: WHEN YOU HAVE COMPLIED WITH THE INSTRUCTIONS ON THIS FORM, RESUBMIT THIS NOTICE ON TOP OF ALL REQUESTED DOCUMENTS AND /OR INFORMATION TO THE ADDRESS BELOW. THIS OFFICE HAS RETAINED YOUR PETITION/APPLICATION WITH SUPPORTING DOCUMENTS.**

YOU WILL BE NOTIFIED SEPARATELY ABOUT ANY OTHER APPLICATIONS OR PETITIONS YOU FILED. SAVE THIS NOTICE. PLEASE ENCLOSE A COPY OF IT IF YOU WRITE TO US ABOUT THIS CASE, OR IF YOU FILE ANOTHER APPLICATION BASED ON THIS DECISION.

CSC10236/ WS514/ DIV I/ JV

# RETURN THIS NOTICE ON TOP OF THE REQUESTED INFORMATION LISTED ON THE ATTACHED SHEET.

**Note:** You are given until May 16, 2002 in which to submit the information requested. If you fail to respond to this notice, a decision will be based on the evidence previously submitted.

You will be notified separately about any other applications or petitions you filed. Save a photocopy of this notice. Please enclose a copy of it if you write to us about this case, or if you file another application based on this decision. Our address is:

IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O. BOX 10360
LAGUNA NIGUEL, CA 92607-0360
(949) 831-8427

03 0231



FILED

FEB 1 2 2003

WAC-01-276-58149 WACJAU01

Form I-797 (1/00)

Please see additional information on the back.

PLAINTIFF'S EXHIBIT NO. 29

FENDAD - Bayonne, N.J.

D = 4216

WAC 01 276 58149
Page 2

**Organization Location**: Your religious organizations although they have the same name do not have the same address.  The Church of Scientology of Los Angeles is located at 4810 Sunset Blvd., Los Angeles, CA  90027.  However, your proof of tax exempt status shows a location of 6331 Hollywood Blvd., Los Angeles, CA  90028. You have not shown Church of Scientology of Los Angeles is located at 4810 Sunset Blvd., Los Angeles, CA  90027 is tax exempt.  Please provide evidence that it is or provide that it otherwise qualifies as a nonprofit religious organization.  (Note: You may submit a directory)