LAW OFFICES
# NOTO & OSWALD, PC
SUITE 920
1850 M STREET, N.W.
WASHINGTON, D.C. 20036-5820
(202) 331-2883
FAX: (202) 261-2835

COPY

ROBERT L. OSWALD
DIRECT DIAL (202) 261-2804

May 9, 2002

BY FEDERAL EXPRESS

United States Department of Justice
Immigration and Naturalization Service
California Service Center
24000 Avila Road
2nd Floor, Room 2302
Laguna Niguel, California 92607

RE: Petition for Special Immigrant Religious Worker (I-360)
Petitioner: Church of Scientology - Los Angeles
Beneficiary: POCIEJ, MICHAL
WAC# 01 276 58149

Dear Sir or Madam:

This is in response to your Notice of Action (INS Form I-797) dated February 21, 2002 in regard to the above referenced matter.

I am enclosing the following documents:

1. Letter dated May 8, 2002 signed by Matthew Ward, Assistant Secretary of the Church of Scientology of Los Angeles, indicating that the subordinate organizations under the Mother Church are exempt from federal taxation; the Mother Church being the church located at 6331 Hollywood Boulevard, Los Angeles, California.

2. IRS letter to the Church of Scientology International addressed to 6331 Hollywood Boulevard, California 90028 stating that your subordinate organizations are exempt from federal income tax under Section 501(a) of the Internal Revenue Code as an organization described in Section 501(c)(3) of same. The relevant statements in said letter are highlighted.

PLAINTIFF'S EXHIBIT NO. 30

FILED
FEB 12 2003
03-0231

NOTO & OSWALD, PC

US Department of Justice - INS
California Service Center
May 9, 2002
Page 2

3. A list of subordinate Churches under the CSI Exemption. The Church at 4810 Sunset Boulevard, Los Angeles, California appears at the top of Page 3 of these documents. The relevant section is highlighted in yellow.

I assume no other matters remain outstanding regarding this matter. Therefore, we would appreciate an early decision regarding the Church's petition on behalf of Michal Pociej.

Very truly yours,
NOTO & OSWALD, PC

By: *[signature: Robert Oswald]*

Robert L. Oswald

**U.S. Department of Justice**
Immigration and Naturalization Service

Notice of Action

| A# | Application/Petition |
|---|---|
| | I-360 Petition for Amerasian, Widow(er), or Special Immigrant |
| Receipt # | Applicant/Petitioner |
| WAC01 276 58149 | Church of Scientology of Los Angeles |
| Notice Date | Page | Beneficiary |
| February 21, 2002 | 1 of 2 | Pociej, Michal |

ROBERT L. OSWALD
NOTO & OSWALD PC
RE: MICHAL POCIEJ
1850 M ST NW STE 920
WASHINGTON DC 20036-

Request for Evidence

IMPORTANT: WHEN YOU HAVE COMPLIED WITH THE INSTRUCTIONS ON THIS FORM, RESUBMIT THIS NOTICE ON TOP OF ALL REQUESTED DOCUMENTS AND /OR INFORMATION TO THE ADDRESS BELOW. THIS OFFICE HAS RETAINED YOUR PETITION/APPLICATION WITH SUPPORTING DOCUMENTS.

YOU WILL BE NOTIFIED SEPARATELY ABOUT ANY OTHER APPLICATIONS OR PETITIONS YOU FILED. SAVE THIS NOTICE. PLEASE ENCLOSE A COPY OF IT IF YOU WRITE TO US ABOUT THIS CASE, OR IF YOU FILE ANOTHER APPLICATION BASED ON THIS DECISION.

CSC10236/ WS514/ DIV I/ JV

**RETURN THIS NOTICE ON TOP OF THE REQUESTED INFORMATION LISTED ON THE ATTACHED SHEET.**

Note: You are given until May 16, 2002 in which to submit the information requested. If you fail to respond to this notice, a decision will be based on the evidence previously submitted.

You will be notified separately about any other applications or petitions you filed. Save a photocopy of this notice. Please enclose a copy of it if you write to us about this case, or if you file another application based on this decision. Our address is:

IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O. BOX 10360
LAGUNA NIGUEL, CA 92607-0360
(949) 831-8427

09/06/2001  WAC-01-276-58149  WACJAW01

Form I-797 (1/00)

Please see additional information on the back.

D-4216

WAC 01 276 58149
Page 2

**Organization Location**: Your religious organizations although they have the same name do not have the same address. The Church of Scientology of Los Angeles is located at 4810 Sunset Blvd., Los Angeles, CA 90027. However, your proof of tax exempt status shows a location of 6331 Hollywood Blvd., Los Angeles, CA 90028. You have not shown Church of Scientology of Los Angeles is located at 4810 Sunset Blvd., Los Angeles, CA 90027 is tax exempt. Please provide evidence that it is or provide that it otherwise qualifies as a nonprofit religious organization. (Note: You may submit a directory)



# Church of
# SCIENTOLOGY
## of Los Angeles

May 8, 2002

TO WHOM IT MAY CONCERN:

My name is Matthew Ward and I am the Assistant Corporate Secretary with the Church of Scientology of Los Angeles. I am writing this letter to clarify any question there may be concerning the Church of Scientology of Los Angeles' status as a 501(c)(3) non-profit, religious organization with tax-exempt status as determined by the Internal Revenue Service on October 1, 1993.

Attached is the October 1, 1993 letter from the Internal Revenue Service to the Church of Scientology International, the mother church of the Church of Scientology of Los Angeles. In that letter on page 1, paragraph 1 the IRS "... determined that your **subordinate organizations** are exempt from federal income tax under section 501(a) of the Internal Revenue Code as organizations described in section 501(c)(3)."

As an attachment to this October 1, 1993 letter is a listing entitled, **"Subordinate Churches Under CSI Group Exemption"**. On page three of that listing at the top of the page is listed the Church of Scientology of Los Angeles at 4810 Sunset Blvd., Los Angeles, Calif. 90027 with an employer ID # 95-3671415.

Since that time there have been no further determinations by the IRS canceling or superceding this determination of October 1, 1993. This can be further verified by checking the employer ID with the IRS and they will confirm the current tax-exempt, non-profit status of the Church of Scientology of Los Angeles. We continue to be located at 4810 Sunset Blvd., Los Angeles, California 90027.

If I can be of further assistance please do not hesitate to contact me. Thank you for your consideration of this letter.

Sincerely yours,

Matthew Ward
Assistant Secretary

**Internal Revenue Service**　　　　　　　Department of the Treasury

Washington, DC 20224

Church of Scientology
  International
6331 Hollywood Blvd.
Los Angeles, CA 90028

Person to Contact:　　J. Rotz
Telephone Number:　　(202) 622-8100
Refer Reply to:　　E:EO:R:2
Date:

```
         Employer Identification Number:  59-2153303
                          Key District:   Los Angeles
                        Service Center:   Fresno, CA 93888
                Accounting Period Ending: December 31
          Foundation Status Classification: 509(a)(1) &
                                            170(b)(1)(A)(i)
                     Form 990 Required:   No
```

Dear Applicant:

　　Based on information supplied, and assuming the operations of your subordinate organizations will be as stated in your application for recognition of exemption, we have determined that your subordinate organizations are exempt from federal income tax under section 501(a) of the Internal Revenue Code as organizations described in section 501(c)(3).

　　Our records show that you were recognized as exempt from federal income tax as an organization described in section 501(c)(3) of the Code.

　　We have further determined that your subordinate organizations are not private foundations within the meaning of section 509(a) of the Code, because your subordinates are organizations described in the section(s) above.

　　If your subordinate organizations' sources of support, purposes, character, or method of operation change, please let your key district know so that office can consider the effect of the change on the exempt status and foundation status of your subordinate organizations. In the case of an amended document or bylaws, please send a copy of the amended document or bylaws to your key district. Also, you should inform your key District Director of all changes in the name or address of your subordinates.

　　As of January 1, 1984, unless specifically excepted, your subordinate organizations are liable for taxes under the Federal Insurance Contributions Act (social security taxes) on remuneration of $100 or more paid to each of your subordinates employees during a calendar year. This does not apply, however, if your

-2-

Church of Scientology
  International

subordinate organizations make or have made a timely election under section 3121(w) of the Code to be exempt from such tax. Your subordinate organizations are not liable for the tax imposed under the Federal Unemployment Tax Act (FUTA).

Since your subordinate organizations are not a private foundations, your subordinate organizations are not subject to the excise taxes under Chapter 42 of the Code. However, your subordinate organizations are not automatically exempt from other federal excise taxes. If your subordinate organizations have any questions about excise, employment, or other federal taxes, please contact the applicable key District Director.

Donors may deduct contributions to your subordinate organizations as provided in section 170 of the Code. Bequests, legacies, devises, transfers, or gifts to your subordinate organizations are deductible for federal estate and gift tax purposes if they meet the applicable provisions of sections 2055, 2106, and 2522.

Donors (including private foundations) may rely on this ruling unless the Internal Revenue Service publishes notice to the contrary. However, if your subordinate organizations lose section 509(a) status as shown above, donors (other than private foundations) may not rely on the classification shown above if they were in part responsible for, or were aware of, the act that resulted in the loss of such status, or they acquired knowledge that the Internal Revenue Service had given notice that your subordinate organization would be removed from that classification. Private foundations may rely on the classification as long as your subordinate organizations were not directly or indirectly controlled by them or by disqualified persons with respect to them. However, private foundations may not rely on the classification shown above if they acquired knowledge that the Internal Revenue Service had given notice that your subordinate organizations would be removed from that classification.

If your subordinate organizations conduct fund raising events such as benefit dinners, auctions, membership drives, etc., where something of value is received in return for contributions, your subordinate organizations can help the donors avoid difficulties with their income tax returns by assisting them in determining the proper tax treatment of their contributions. To do this your subordinate organizations should, in advance of the event, determine the fair market value of the benefit received and state it in the fund raising materials such as solicitations, tickets, and receipts in such a way that the donors can determine how much is deductible and how much is not. To assist your subordinate organizations in this, the Service has issued Publi-

-3-

Church of Scientology
  Inter..ational

cation 1391, Deductibility of Payments Made to Organizations
Conducting Fund Raising Events.  The subordinate organizations
may obtain copies of Publication 1391 from applicable key district office.

   Your subordinate organizations are not required to file
federal income tax returns unless your subordinate organizations
are subject to the tax on unrelated business income under section
511 of the Code.  If your subordinate organizations are subject
to this tax, each must file an income tax return on Form 990-T,
Exempt Organization Business Income Tax Return.  In this letter
we are not determining whether any of your subordinate organizations present or proposed activities are unrelated trade or
business as defined in section 513 of the Code.

   Your subordinate organizations are required to make their
annual return available for public inspection for three years
after the return is due.  You are required to make a copy of your
group exemption application, and supporting documents, and your
exemption letter available for public inspection.  Failure to
make these documents available for public inspection may subject
you and the subordinate organization to a penalty of $10 per day
for each day there is failure to comply.  See Internal Revenue
Service Notice 88-120, 1988-2 C.B. 454, for additional information.

   Each year, at least 90 days before the end of your annual
accounting period, please send the items listed below to the
service center shown above.

   1.  A statement describing any changes during the year in
   the purposes, character, or method of operation of your
   subordinates.

   2.  A list showing the names, mailing addresses (including
   postal ZIP codes), actual address if different, and employer
   identification numbers of subordinates that during that
   year:

      a.  changed names or addresses;
      b.  were deleted from your roster; or
      c.  were added to your roster.

   If you are not a church or church-controlled organization,
   you will receive a "List of Parents and Subsidiary Accounts," from your service center approximately six months
   prior to the end of your accounting period.  For your convenience, you may use that information to update your list

-4-

Church of Scientology
 International

   of subordinate units. An annotated directory of subordi-
   nates will not be accepted for this purpose.

   3. For subordinates to be added, attach:
      a. a statement that the information on which your
         present group exemption letter is based applies to
         the new subordinate;
      b. a statement that each has given you written
         authorization to add its name to the roster;
      c. a list of those to which the Service previously
         issued exemption rulings or determination letters;
      d. a statement that none of the subordinates is a
         private foundation as defined in section 509(a) of
         the Code;
      e. the street address of subordinates where the mailing
         address is a P.O. Box; and
      f. for each subordinate that is a school claiming
         exemption under section 501(c)(3), the information
         required by Rev. Proc. 75-50, 1975-2 C.B. 587. Also
         include any other information necessary to establish
         that the school is complying with the requirements
         of Rev. Rul. 71-447, 1971-2 C.B. 230. This is the
         same information required by Schedule B, Form 1023,
         Application for Recognition of Exemption under
         section 501(c)(3) of the Internal Revenue Code.

   4. If applicable, a statement that your group exemption
      roster did not change during the year.

   This ruling is based on evidence that the funds of your
subordinate organizations are dedicated to the purposes listed in
section 501(c)(3) of the Code. To assure your subordinate
organizations continued exemption, your subordinates should
maintain records to show that funds are expended only for those
purposes. If your subordinate organizations distribute funds to
other organizations, records should be maintained to show whether
they are exempt under section 501(c)(3). In cases where the
recipient organization is not exempt under section 501(c)(3),
there should be evidence that the funds will remain dedicated to
the required purposes and that they will be used for those
purposes by the recipient.

   If distributions are made to individuals, case histories
regarding the recipients should be kept showing names, addresses,
purposes of awards, manner of selection, and relationship (if
any) to members, officers, trustees or donors of funds to you and
your subordinate organizations, so that any and all distributions
made to individuals can be substantiated upon request by the
Internal Revenue Service. (Rev. Rul. 56-304 1956-2, C.B. 306.)

Church of Scientology
 International

In this letter, we have not determined the effect on the exempt status of your subordinate organizations of financing activities with the proceeds of tax-exempt bonds since you have not indicated that your subordinate organizations intend to use such methods now or in the future.

Your subordinate organizations need an employer identification number even if there are no employees. Please use that number on all returns filed by you and your subordinate organizations and in all correspondence with the Internal Revenue Service. We are informing your key District Director of this ruling. Because this letter could help resolve any questions about the exempt status and foundation status of your subordinate organizations, you should keep it in your permanent records.

This determination does not apply to any of your subordinate organizations organized and operated in a foreign country.

Your service center will send you a Group Exemption Number. Please provide your subordinates with the Group Exemption Number. It must be used on any tax or information return required to be filed.

If you have any questions about this ruling, please contact the person whose name and telephone number are shown in the heading of this letter. For other matters, including questions concerning reporting requirements, please contact your key District Director.

Sincerely,

Jeanne S. Gessay
Chief, Exempt Organizations
 Rulings Branch 2

## Subordinate Churches Under CSI Group Exemption

CHURCH OF SCIENTOLOGY OF ANN ARBOR
Address:  122 South Main Street
          Ann Arbor, Michigan  48104
Employer ID #:  38-2139059


CHURCH OF SCIENTOLOGY OF ARIZONA
Address:  4450 N. Central Ave, Suite 102
          Phoenix, Arizona  85013
Employer ID #:  86-0336186


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE DALLAS
Address:  8501 Manderville Lane
          Dallas, Texas  75231
Employer ID #: 75-1338096


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE INTERNATIONAL
Address:  5930 Franklin Ave.
          LA, Calif.  90028
Employer ID #:  95-2707137


CHURCH OF SCIENTOLOGY CREATIVE MISSION OF LAS VEGAS
Address:  1100 S. 10th Street
          LV, Nevada  89104
Employer ID #:  88-0123784


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE NASHVILLE
Address:  38 Music Square West
          Nashville, Tennessee
Employer ID #:  62-1233115


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE NEW YORK
Address:  65 E. 82nd Street
          NY, NY 10036
Employer ID #:  13-3239797


CHURCH OF SCIENTOLOGY CELEBRITY CENTRE PORTLAND
Address:  709 South West Salmon Street
          Portland, Oregon 97205
Employer ID #: 93-0833789

CHURCH OF SCIENTOLOGY CELEBRITY CENTRE WASHINGTON, D.C.
Address:   4214 16th Street, N.W.
           Washington, D.C.
Employer ID #:   52-1400512


CHURCH OF SCIENTOLOGY OF CENTRAL OHIO (Columbus)
Address: 167 E. State Street
         Columbus, Ohio  43215
Employer ID #: 31-0898884


CHURCH OF SCIENTOLOGY OF COLORADO
Address:   375 South Navajo Street
           Denver, Colorado
Employer ID #:   84-0690819


CHURCH OF SCIENTOLOGY OF CONNECTICUT (New Haven)
Address:   909 Whaley Ave.
           New Haven, Connecticut  06515
Employer ID #:  06-1077361


FOUNDING CHURCH OF SCIENTOLOGY OF WASHINGTON D.C.
Address:   2125 S Street N.W.
           Washington, D.C.  20008
Employer ID #:   53-6014221


CHURCH OF SCIENTOLOGY OF GEORGIA (Atlanta)
Address:   2632 Piedmont Road, NE
           Atlanta, Georgia 30324-3011
Employer ID #: 58-1877994


CHURCH OF SCIENTOLOGY OF ILLINOIS
Address:   3011 North Lincoln Avenue
           Chicago, Illinois  60651
Employer ID #:   36-2811475


CHURCH OF SCIENTOLOGY OF KANSAS CITY
Address:   3619 Broadway
           Kansas City, Missouri  64111
Employer ID #: 43-1346944


CHURCH OF SCIENTOLOGY OF LONG ISLAND
Address:   99 Railroad Station Plaza
           Hicksville, NY 11801
Employer ID #: 11-2488514

CHURCH OF SCIENTOLOGY OF LOS ANGELES
Address:  4810 W. Sunset Blvd.
          Los Angeles, Calif.  90027
Employer ID #:  95-3671415


CHURCH OF SCIENTOLOGY OF MOUNTAIN VIEW
Address:  2483 Old Middlefield Way
          Mountain View, California  94043
Employer ID #:  94-2478723


CHURCH OF SCIENTOLOGY OF NEW MEXICO (Albuquerque)
Address:  8106 Menaul Blvd, N.E.
          Albuquerque, New Mexico  87110
Employer ID #: 85-0210803


CHURCH OF SCIENTOLOGY OF OHIO (Cincinnati)
Address: 215 W. 4th Street, Fifth Floor
         Columbus, Ohio 45220
Employer ID #: 31-0929925


CHURCH OF SCIENTOLOGY OF ORANGE COUNTY
Address:  1451 Irvine Blvd.
          Tustin, Calif.  92680
Employer ID #:  23-7429358


CHURCH OF SCIENTOLOGY OF ORLANDO, INC.
Address:  1510 E. Colonial Drive, Suite 100 W
          Orlando, Florida  32803
Employer ID #: 59-2153243


CHURCH OF SCIENTOLOGY OF PENNSYLVANIA (Philadelphia)
Address:  1315 Race Street
          Philadelphia, Pennsylvania
Employer ID #:  23-1732803


CHURCH OF SCIENTOLOGY OF PUERTO RICO
Address:  272 Avenue Central
          Hyde Park
          Hato Rey, Puerto Rico  00918
Employer ID #: 66-0438770

CHURCH OF SCIENTOLOGY OF SAN FRANCISCO
Address:   83 McAllister Street
           San Francisco, Calif.   94102
Employer ID #:   94-2784858


CHURCH OF SCIENTOLOGY OF STEVENS CREEK
Address:   80 E. Rosemary
           San Jose, California   95112
Employer ID #:   94-1695341


CHURCH OF SCIENTOLOGY OF TAMPA, INC.
Address:   4809 N. Armenia Suite 215
           Tampa, Florida   33603
Employer ID #:   59-2001225


CHURCH OF SCIENTOLOGY OF UTAH
Address:   1931 South 100 East
           Salt Lake City, Utah   84106
Employer ID #: 87-0277039


CHURCH OF SCIENTOLOGY OF THE VALLEY
Address:   3619 W. Magnolia
           Burbank, Calif.   91505
Employer ID #:   95-2648209

**FedEx Express USA Airbill**

FedEx Tracking Number: 8334 2235 7625

**1 From**
Date: May 9, 2002
Sender's FedEx Account Number: 1161-2674-5
Sender's Name: Robert L. Oswald
Phone: (202) 331-2883
Company: NOTO & OSWALD PC
Address: 1850 M ST NW STE 920
City: WASHINGTON  State: DC  ZIP: 20036

**2 Your Internal Billing Reference:** H216.poury.r/o

**3 To**
Recipient's Name: U.S. DEPARTMENT OF JUSTICE
Company: Immigration & Naturalization Service California Service Center
Address: 24000 Avila Road
Address: 2nd Floor, Room 2302
City: Laguna Niguel  State: CA  ZIP: 92607

**4a Express Package Service**
- [ ] FedEx Priority Overnight
- [x] FedEx Standard Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight

**5 Packaging**
- [x] FedEx Envelope
- [ ] FedEx Pak

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location

Does this shipment contain dangerous goods?
- [ ] No
- [ ] Yes (As per attached Shipper's Declaration)
- [ ] Yes (Shipper's Declaration not required)
- [ ] Dry Ice

**7 Payment Bill to:**
- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card

**8 Release Signature**

0210198126
0215