IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHURCH OF SCIENTOLOGY OF ) <br> LOS ANGELES ) <br> 4810 Sunset Boulevard ) <br> Los Angeles, California 90027 ) <br> ) <br>     PLAINTIFF ) <br> ) <br>     V ) <br> ) <br> JOHN D. ASHCROFT, ) <br> ATTORNEY GENERAL, ) <br> U.S. IMMIGRATION AND ) <br> NATURALIZATION SERVICE, IN HIS) <br> OFFICIAL CAPACITY ) <br> 425 Eye Street, NW ) <br> Washington, DC 20536 ) <br> ) <br> MICHAEL GARCIA, ) <br> ACTING COMMISSIONER, ) <br> U.S. IMMIGRATION AND ) <br> NATURALIZATION SERVICE, IN HIS) <br> OFFICIAL CAPACITY ) <br> 425 Eye Street, NW ) <br> Washington, DC 20536 ) <br> ) <br> DONA COULTICE ) <br> SERVICE CENTER DIRECTOR ) <br> CALIFORNIA SERVICE CENTER ) <br> U.S. IMMIGRATION AND ) <br> NATURALIZATION SERVICE, ) <br> IN HER OFFICIAL CAPACITY ) <br> 24000 Avila Road, 2nd Floor ) <br> Laguna Niguel, CA 92607 ) <br> ) <br> US ATTORNEY ) <br> 555 4TH Street, NW ) <br> Washington DC 20001 ) <br> ) <br>     DEFENDANTS ) <br> ) <br> ) | CIVIL ACTION <br> CASE NO:1:03CV00231 <br> JUDGE: RICHARD J. LEON <br> DECK TYPE:General Civil <br> DATE STAMP: 02/12/2003 |

ECF

## MOTION AND MEMORANDUM TO WITHDRAW COMPLAINT FOR WRIT OF MANDAMUS WITHOUT PREJUDICE

COMES NOW the Plaintiff, by and through the undersigned Counsel, hereby submits this Motion to Withdraw the Complaint for Writ of Mandamus without prejudice.

This Complaint should be withdrawn for the following reasons:

1. The Petition for Special Immigrant Religious Worker (I-360), which was the issue of this complaint, filed by the plaintiff before the US Immigration and Naturalization /California Service Center has already been acted upon by the Service. Thus rendering this Complaint moot.

The undersigned counsel further stipulate to withdraw this complaint without prejudice and that each party pay their own costs.

Respectfully submitted

Robert L. Oswald
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

CHURCH OF SCIENTOLOGY OF )
LOS ANGELES )
4810 Sunset Boulevard )
Los Angeles, California 90027 )
)
    PLAINTIFF )
)
        V ) CIVIL ACTION
) CASE NO:1:03CV00231
JOHN D. ASHCROFT, ) JUDGE: RICHARD J. LEON
ATTORNEY GENERAL, ) DECK TYPE:General Civil
U.S. IMMIGRATION AND ) DATE STAMP: 02/12/2003
NATURALIZATION SERVICE, IN HIS)
OFFICIAL CAPACITY )
425 Eye Street, NW )
Washington, DC 20536 )
)
MICHAEL GARCIA, )
ACTING COMMISSIONER, )
U.S. IMMIGRATION AND )
NATURALIZATION SERVICE, IN HIS)
OFFICIAL CAPACITY )
425 Eye Street, NW )
Washington, DC 20536 )
)
DONA COULTICE )
SERVICE CENTER DIRECTOR )
CALIFORNIA SERVICE CENTER )
U.S. IMMIGRATION AND )
NATURALIZATION SERVICE, )
IN HER OFFICIAL CAPACITY )
24000 Avila Road, 2nd Floor )
Laguna Niguel, CA 92607 )
)
US ATTORNEY )
555 4TH Street, NW )
Washington DC 20001 )
)
    DEFENDANTS )
)
_____)

## ORDER

GOOD CAUSE being shown, it is hereby ordered that the Motion to Withdraw Complaint for Writ of Mandamus without Prejudice be GRANTED/ DENIED.

SO ORDERED.

_____
Judge Richard J. Leon

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

```
CHURCH OF SCIENTOLOGY OF        )
LOS ANGELES                     )
4810 Sunset Boulevard           )
Los Angeles, California 90027   )
                                )
     PLAINTIFF                  )
                                )
          V                     )   CIVIL ACTION
                                )   CASE NO:1:03CV00231
JOHN D. ASHCROFT,               )   JUDGE: RICHARD J. LEON
ATTORNEY GENERAL,               )   DECK TYPE: General Civil
U.S. IMMIGRATION AND            )   DATE STAMP: 02/12/2003
NATURALIZATION SERVICE, IN HIS  )
OFFICIAL CAPACITY               )
425 Eye Street, NW              )
Washington, DC 20536            )
                                )
MICHAEL GARCIA,                 )
ACTING COMMISSIONER,            )
U.S. IMMIGRATION AND            )
NATURALIZATION SERVICE, IN HIS  )
OFFICIAL CAPACITY               )
425 Eye Street, NW              )
Washington, DC 20536            )
                                )
DONA COULTICE                   )
SERVICE CENTER DIRECTOR         )
CALIFORNIA SERVICE CENTER       )
U.S. IMMIGRATION AND            )
NATURALIZATION SERVICE,         )
IN HER OFFICIAL CAPACITY        )
24000 Avila Road, 2nd Floor     )
Laguna Niguel, CA 92607         )
                                )
US ATTORNEY                     )
555 4TH Street, NW              )
Washington DC 20001             )
                                )
     DEFENDANTS                 )
                                )
_____)
```

ORDER

GOOD CAUSE being shown, it is hereby ordered that the Motion to Withdraw Complaint for Writ of Mandamus without Prejudice be GRANTED/ DENIED.

SO ORDERED.

_____
Judge Richard J. Leon

CERTIFICATE OF SERVICE

CASE NUMBER: 1:03CV00231

JUDGE: RICHARD J. LEON

DECK TYPE: General Civil

DATE STAMP: 02/12/2003

I HEREBY CERTIFY that on this 4th of April 2003, I caused to be served the following:

**COPY OF MOTION & MEMORANDUM TO WITHDRAW COMPLAINT FOR WRIT OF MANDAMUS WITHOUT PREJUDICE**

__x__ By placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid and causing the same to be mailed by first class mail at the address set forth below.

_____ By causing to be personally delivered a true copy thereof to the person at the address set forth below

_____ By Federal Express, Airborne Express to the person at the address set forth below.

JOHN D. ASHCROFT, ATTORNEY GENERAL,
U.S. IMMIGRATION AND NATURALIZATION SERVICE,
IN HIS OFFICIAL CAPACITY
425 Eye Street, NW
Washington, DC 20536

MICHAEL GARCIA, ACTING COMMISSIONER,
U.S. IMMIGRATION AND NATURALIZATION SERVICE,
IN HIS OFFICIAL CAPACITY
425 Eye Street, NW
Washington, DC 20536

DONA COULTICE, SERVICE CENTER DIRECTOR
CALIFORNIA SERVICE CENTER
U.S. IMMIGRATION AND NATURALIZATION SERVICE,
IN HER OFFICIAL CAPACITY
24000 Avila Road, 2nd Floor
Laguna Niguel, CA 92607

US ATTORNEY
555 4TH Street, NW
Washington DC 20001

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2003.

Robert L. Oswald