UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 3 0 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHURCH OF SCIENTOLOGY,
LOS ANGELES,

      Plaintiff,

v.

Civil Case Number 03-0231 (RJL)

JOHN D. ASHCROFT,
ATTORNEY GENERAL, *et al.*,

      Defendants.

## ORDER
(August 30, 2003)

Upon plaintiff's motion to withdraw the complaint for writ of mandamus, without prejudice, the Court hereby

GRANTS plaintiff's motion and

ORDERS that plaintiff's complaint for writ of mandamus be withdrawn without prejudice.

SO ORDERED.



RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

